# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DALE PHILLIPS, | : | |
| Plaintiff, | : | |
| | | Case No. 2:16-CV-880 |
| v. | : | Judge Algenon L. Marbley |
| | | Magistrate Judge Kemp |
| KAREN BLAIR, et al. | : | |
| Defendants. | : | |

## ORDER

The parties have moved for an extension of the discovery deadline and dispositive motion deadline. The motion sets forth good cause for an extension and the parties' motion (Doc. 21) is therefore granted.

All discovery shall be completed by July 14, 2017. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.

Any motions for summary judgment shall be filed by August 31, 2017.

**IT IS SO ORDERED.**

/s/ Terence P. Kemp
United States Magistrate Judge