IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DALE PHILLIPS, | Case No. 2:16-cv-880 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| KAREN BLAIR, *et al.*, | Magistrate Judge Vascura |
| Defendants. | |

## ORDER

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings as to Defendant Chief Kimberley Jacobs in her Individual Capacity (Doc. 12) and Plaintiff's Motion to Drop Claims Against Defendant Jacobs in her Individual Capacity Only (Doc. 14.)

Because the parties agree to drop the claims against Kimberley Jacobs in her individual capacity, both motions are **GRANTED** and the Court hereby **DISMISSES** Kimberley Jacobs as a defendant in her individual capacity. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing a stipulation of dismissal signed by all parties who have appeared).

**IT IS SO ORDERED.**

                                          <u>s/ Algenon L. Marbley</u>
                                          ALGENON L. MARBLEY
                                          UNITED STATES DISTRICT JUDGE

**DATED: October 11, 2017**