Δ π EXHIBIT 23
Deponent Blair
Date 9/21/17 Rptr SM
WWW.DEPOBOOK.COM

# Franklin County Municipal Court

Lori M. Tyack, Clerk of Court 375 S. HIGH ST., COLUMBUS, OHIO 43215

State of Ohio
County of Franklin
(City of Columbus) / OTHER JURISDICTION  }  v: Dale K. Phillips II, DEFENDANT

FILED
14 SEP 16 AM 1:30
FRANKLIN COUNTY MUNICIPAL COURT
LORI TYACK
TIME STAMP
D.H.

## COMPLAINT

Complainant, being duly sworn, states that the above named defendant, at Franklin County / Columbus, Ohio, on or about the **15TH** day of **September**, 20**14**, did: **WITHOUT PRIVILEGE TO DO SO AND WITH PURPOSE TO PREVENT OR OBSTRUCT OR DELAY the performance BY A PUBLIC OFFICIAL, TO WIT: P.O. BLAIR, CPD #2543, OF AN AUTHORIZED ACT WHICH WAS WITHIN PUBLIC OFFICIAL'S OFFICIAL CAPACITY, TO WIT: INVESTIGATING A BURGLARY DID HAMPER AND IMPEDE THE PUBLIC OFFICIAL IN THE PERFORMANCE OF THE PUBLIC OFFICIALS LAWFUL DUTIES, TO WIT: REFUSED TO COMPLY TO REQUESTS TO EXIT HIS VEHICLE AND BE PAT DOWN FOR WEAPONS AND WRESTLING WITH OFFICERS.**

in violation of section **2321.31**, ☒ City Code ☐ O.R.C., a ☒ Misdemeanor ☐ Felony of the **2ND** degree.

Complainant SIGNATURE: K.B. #2543
PRINT FULL NAME: K. BLAIR
BADGE NUMBER: 2543
ADDRESS OR AGENCY & ASSIGNMENT: CPD 23E2-1

Sworn to and subscribed before me, this **15TH** day of **SEPTEMBER**, 20**14**.

Lori M. Tyack
Clerk of the Franklin County Municipal Court
By /s/ PB 5788 CRT53
CLERK / DEPUTY CLERK / NOTARY PUBLIC / PEACE OFFICER

NO SEAL REQ'D
Notary Seal & Expiration Date

### ☒ ARREST WARRANT

To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named defendant and bring him/her before the Franklin County Municipal Court without unnecessary delay, to answer to the complaint hereon. WHEN APPLICABLE, IN ACCORDANCE TO CRIMINAL RULE #4, THE WARRANT HAS BEEN ISSUED BEFORE THE DEFENDANT HAS APPEARED AND THE BAIL PROVISION CRIMINAL RULE 46 SHALL APPLY. ARRAIGNMENT COURT IS HELD IN COURTROOM 4C AT 9:00 AM., MONDAY THROUGH FRIDAY.

Lori M. Tyack
Clerk of the Franklin County Municipal Court
Slate # _____ Control # _____
By D.H. DEPUTY 9/16/14 DATE

Complaint Number: **7052036**
Issuing Officer: **K. BLAIR**
Badge Number: **2543**
Case No.: **14-22515**
☒ WARRANT ☐ SUMMONS ☐ MISDEMEANOR CITATION

Charge: **OBSTRUCTING OFFICIAL BUSINESS M-2**
Section Number: **2321.31CC** ☒ City Code ☐ O.R.C.
Offense Date: **9/15/14**
Offense Time: **10:45 AM**
Offense Location: **2756 SULLIVANT AVE**
Suspect Cruiser Dist.: **194**
Name: **Phillips II, Dale K.**
Street: **3040 HAUCK DR.**
City: **GROVE CITY** State: **OH** Zip: **43123**
Sex: **M** Race: **W** Hgt: **5'8"** Wgt: **180** Hair: **BLK** Eyes: **BRO**
DOB: **11-1-69** S.S.#: **XXX-XX-2162** ☒ D/I.D.#: **RL966215**
**140-796431**

☐ SUMMONS: Read Notice #1 on reverse side.
You MUST appear in courtroom 4C ☐ or 15C ☐ on the date and time indicated. I personally served the Defendant a copy of this Summons on _____ Signature _____

Type of SUMMONS Service Requested:
☐ Personal ☐ Certified Mail

☐ CITATION: Read Notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in COURTROOM 4C ☐ COURTROOM 15C ☐ on the date and time indicated.

COURT DATE & TIME
MONTH DAY YEAR TIME AM/PM
X **STATED**

This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

8/01 ORIGINAL/COURT COPY