1

2

3

4

5

6

7

8 _____ )
                                   )
9  IN RE:  Dale Phillips,  vs.    )
           Karen Blair, et al.    )
10                                 )
   _____ )
11

12

13

14

15        TRANSCRIPT OF RECORDED INTERVIEW
             OF OFFICER KAREN BLAIR

16

17

18

19

20

21

22

23

24

25



1          P-R-O-C-E-E-D-I-N-G-S

2          SERGEANT JOHNSON:  The following will

3     be the administrative interview of

4     Officer Karen Blair, IAB Database

5     Number 201409-0040.

6          This interview is being conducted at

7     the training academy on December 3rd, 2014,

8     commencing at approximately 2:10 p.m.

9          Present during the interview,

10    Sergeant Johnson, Officer Blair.  Asking the

11    questions will be Sergeant Johnson.

12         Ma'am, can you please state your name,

13    badge number, and assignment?

14         OFFICER BLAIR:  Yes.  Karen Blair,

15    Badge 4543.  My assignment is Z3E2-1.

16         SERGEANT JOHNSON:  Have you been

17    advised in writing of the nature of this

18    investigation, and did you sign a form

19    entitled Notification of Internal

20    Investigation, Rights, and (inaudible) Order

21    to Submit to Interview?

22         OFFICER BLAIR:  Yes, sir.

23         SERGEANT JOHNSON:  Have you been

24    advised prior to this interview all City of

25    Columbus employees have the right to be

2

1    accompanied, represented, and advised by a

2    union rep and an attorney in any

3    administrative interview?

4        OFFICER BLAIR:  Yes, sir.

5        SERGEANT JOHNSON:  Do you have

6    representation with you here today?

7        OFFICER BLAIR:  No, sir.

8        SERGEANT JOHNSON:  Because I'm

9    conducting an investigation into alleged

10   misconduct, your contract requires me to

11   inform you, to the extent known at this

12   time, whether this investigation is focused

13   on you for a potential charge, either

14   departmental or criminal.

15       At this time, I can tell you this

16   investigation is administrative in nature,

17   not criminal, and is focused on determining

18   whether a violation of division rules and/or

19   policy has occurred.

20       Any charge of violating division rules

21   and/or policies will be determined by the

22   appropriate chain of command, not the

23   internal affairs bureau.

24       Okay.  Officer Blair, the reason I met

25   you out here at the academy today is

1    because, back on September 19th of this year

2    Mr. Dale Phillips filed a citizen complaint

3    against Columbus police officers out of his

4    arrest, which occurred on September 15,

5    about 10:45 p.m., right in front of

6    2756 Sullivant Avenue.

7         Out of this incident, he was charged

8    with obstruction of justice.  And looking at

9    the paperwork that I collected, it looked

10   like force was applied to him out of his

11   arrest.  And his complaint was that too much

12   force was used on him while he was being

13   arrested.  So that's why we're here.

14        And I see, from the paperwork, that you

15   completed a report -- an arrest report and a

16   U10-100.

17        So can you tell me in your words what

18   occurred that night when you made contact

19   with Mr. Dale Phillips?

20        OFFICER BLAIR:  Yes, sir.

21        I was dispatched to a burglary in

22   progress.  And I was very close to the

23   location.

24        SERGEANT JOHNSON:  Uh-huh.

25        OFFICER BLAIR:  I was so close that I

1    didn't turn on my lights and sirens because

2    I was in the alley next to the location.

3        SERGEANT JOHNSON:  Okay.

4        OFFICER BLAIR:  When I came down the

5    alley, they had dispatched that they

6    couldn't -- the caller could not describe

7    the vehicle, but people were loading up

8    property from the building into a vehicle --

9        SERGEANT JOHNSON:  Okay.

10       OFFICER BLAIR:  -- from the rear of the

11   building.

12       I was coming from the rear and I could

13   see nobody was in the rear.  So when I came

14   around to the side, I saw a truck parked

15   next to a building with a door that I knew

16   was the location.

17       SERGEANT JOHNSON:  I went out there to

18   do a field canvas, and it looks like an old

19   business or something?

20       OFFICER BLAIR:  I think it was an old

21   bar.

22       SERGEANT JOHNSON:  Right.

23       And what I noticed, it was Sullivant

24   and South Harris.

25       OFFICER BLAIR:  Yes.

1      SERGEANT JOHNSON:  So you had been in

2   that alley?

3      OFFICER BLAIR:  North of Sullivant --

4      SERGEANT JOHNSON:  Got it.

5      OFFICER BLAIR:  -- North of Sullivant,

6   west of Harris.  I was coming east towards

7   Harris.

8      SERGEANT JOHNSON:  Coming towards

9   Harris.  Got it.  All right.

10      OFFICER BLAIR:  And I know Harris -- I

11   didn't have it memorized at the time, but I

12   know now Harris is one way northbound.

13      SERGEANT JOHNSON:  Yes.

14      OFFICER BLAIR:  I was new to the

15   precinct, so I was still not --

16      SERGEANT JOHNSON:  I was new that night

17   when I went to look at this.

18      OFFICER BLAIR:  -- not completely

19   familiar with the area yet.

20      SERGEANT JOHNSON:  Right.  Okay.

21      OFFICER BLAIR:  So when I came -- came

22   from the alley, I creeped around the corner.

23   I saw a truck parked on the west side of

24   North Harris --

25      SERGEANT JOHNSON:  Okay.

1        OFFICER BLAIR:  -- right in front of a

2   door next to the building.

3        SERGEANT JOHNSON:  Okay.

4        OFFICER BLAIR:  And I could see two

5   people in the truck.  And I could see that

6   the front passenger seat was a female

7   wearing a pink or orange shirt, which was a

8   description in the dispatched run.

9        SERGEANT JOHNSON:  Okay.

10        OFFICER BLAIR:  So I had that in my

11   mind.  And I knew that there was a male

12   involved.

13        SERGEANT JOHNSON:  Okay.

14        OFFICER BLAIR:  So when I came around

15   the corner, I -- I parked my cruiser,

16   because I didn't want to come completely

17   southbound into northbound traffic.

18        SERGEANT JOHNSON:  Okay.

19        OFFICER BLAIR:  And I exited my vehicle

20   and I flagged down the truck to stop.

21        SERGEANT JOHNSON:  Okay.

22        OFFICER BLAIR:  When I -- when he saw

23   my cruiser, he turned on the lights to the

24   truck.

25        SERGEANT JOHNSON:  Okay.

1    OFFICER BLAIR:  When I first came up,

2    the lights were off.  He turned on the

3    lights.

4         So I clearly, you know, hey, I'm a

5    police officer.  Stop.

6         SERGEANT JOHNSON:  Did you get out of

7    your car to do this?

8         OFFICER BLAIR:  Yes.  I was on -- I was

9    on foot --

10        SERGEANT JOHNSON:  Okay.

11        OFFICER BLAIR:  -- because I didn't

12   want my cruiser to come southbound on the

13   northbound lanes.

14        SERGEANT JOHNSON:  Got it.

15        OFFICER BLAIR:  So I stopped my car to

16   keep -- I didn't want him to come towards me

17   and cause a collision.

18        SERGEANT JOHNSON:  Okay.

19        OFFICER BLAIR:  So I get out on foot

20   to -- so I can go over to the driver's side,

21   so I wouldn't be in, you know, traffic's

22   way.

23        You know, I put my arms in the air;

24   sir, stop, stop.

25        I said it three times, and he didn't

1    stop.

2         So I was walking as I was talking to

3    him.  He started to pull away from the curb.

4    So I tapped on the hood, sir, stop.

5         And he did put the car in park.

6         SERGEANT JOHNSON:  Okay.

7         OFFICER BLAIR:  So I went and stood by

8    the driver's side door because -- I was

9    coming northbound at not a completely

10   tactical advantage, so I stood by his

11   driver's side door --

12        SERGEANT JOHNSON:  Uh-huh.

13        OFFICER BLAIR:  -- as if it was a

14   traffic stop; I was just in reverse.

15        SERGEANT JOHNSON:  Okay.

16        OFFICER BLAIR:  And I stood there and

17   waited until more officers could come, which

18   I knew they were coming with lights and

19   sirens because it was dispatched as a

20   burglary.

21        SERGEANT JOHNSON:  So you was talking

22   to him --

23        OFFICER BLAIR:  I was just talking --

24        SERGEANT JOHNSON:  -- trying to keep

25   him -- keep him at bay?

1     OFFICER BLAIR:  I was talking to him,
2  yes.
3     SERGEANT JOHNSON:  All right.
4     OFFICER BLAIR:  I asked him for his
5  identification.  And I remember him -- he
6  didn't want to give it to me.  I said, do
7  you have an ID on you?
8     He said, no.
9     I said, do you have a driver's license,
10  to figure out if he, you know, was a valid
11  driver, because that would accelerate
12  things.
13     And he said, yes, I have a valid
14  driver's --
15     I said, what -- you know, what's your
16  information?
17     He -- he kept saying he didn't have it
18  on him.
19     And then as other officers were coming
20  up, I said, are you sure you don't have an
21  ID on you?
22     And then he produced one without
23  hesitation.
24     So I was already believed -- had the
25  belief that he was not being honest with

10

1  me.

2     SERGEANT JOHNSON:  Okay.

3     OFFICER BLAIR:  At that point,

4  Officer Jean Byrne pulled up behind the

5  truck.  Because I had aired that I had the

6  truck stopped.

7     SERGEANT JOHNSON:  Okay.

8     OFFICER BLAIR:  She pulled up behind

9  him.  And she went up to the passenger --

10     SERGEANT JOHNSON:  Okay.

11     OFFICER BLAIR:  -- passenger side of

12  the vehicle and was talking to the

13  passenger.  And she removed the passenger

14  from the vehicle, the female.

15     SERGEANT JOHNSON:  Okay.

16     OFFICER BLAIR:  And I stood waiting for

17  another officer to come to me on the

18  driver's side.  So I just kept talking to

19  the driver.

20     And then Officer Groves came up.  And I

21  told Officer Groves, hey, we need to remove

22  from the vehicle because I have reason to

23  believe he's involved in the burglary; we're

24  in the same location; he's not being honest

25  with me; the female matches the description.

1        You know, it was kind of adding up a

2    little bit.

3        SERGEANT JOHNSON:  A quick question.

4        How long -- it could have been just

5    seconds, it could have been a minute -- if

6    you can remember, how long was it

7    when -- well, two times.

8        You get there; you're waiting for

9    backup to get there.  How long that you're

10   talking before you see Officer -- before you

11   see Officer Byrne show up?

12       OFFICER BLAIR:  Not very long.  I mean,

13   I don't want to put a number on it, but

14   maybe 30 seconds.

15       SERGEANT JOHNSON:  Okay.

16       OFFICER BLAIR:  It was not -- it was

17   not very long at all.

18       SERGEANT JOHNSON:  Got it.

19       Okay.  How about after she takes the

20   female driver out of the car, when you see

21   Groves?

22       OFFICER BLAIR:  Again, it wasn't very

23   long.

24       SERGEANT JOHNSON:  Okay.  Good.  All

25   right.

```
 1        So basically this is all fluid?
 2        OFFICER BLAIR:  It was pretty
 3   fluid because --
 4        SERGEANT JOHNSON:  Okay.  Good.
 5        OFFICER BLAIR:  -- people running
 6   lights and sirens --
 7        SERGEANT JOHNSON:  Okay.
 8        OFFICER BLAIR:  -- because it was a
 9   burglary in progress --
10        SERGEANT JOHNSON:  Right.  I'm just --
11        OFFICER BLAIR:  -- is how it was
12   dispatched.
13        SERGEANT JOHNSON:  All right.  So
14   now --
15        OFFICER BLAIR:  It wasn't an extended
16   period of time necessarily.
17        SERGEANT JOHNSON:  All right.  So
18   Groves is there.  You tell him he needs to
19   come out of the car.  You're telling Groves
20   this because you told him in your own words
21   that you think he's part of this (inaudible)
22   you're on?
23        OFFICER BLAIR:  Yes.  And the driver
24   was -- he was being somewhat uncooperative
25   verbally.
```

13

```
 1              SERGEANT JOHNSON:  Uh-huh.

 2              OFFICER BLAIR:  He didn't want to -- he

 3     just wanted to leave --

 4              SERGEANT JOHNSON:  Right.

 5              OFFICER BLAIR:  -- and he was not happy

 6     that I was not letting him just drive

 7     away.

 8              SERGEANT JOHNSON:  Right.

 9              OFFICER BLAIR:  And I actually told

10     him -- I said, I'm investigating a burglary.

11              And he's, you know, immediately, I'm

12     not involved; I didn't burglarize anything.

13              Okay, sir.  I still have to investigate

14     it.

15              SERGEANT JOHNSON:  Right.

16              OFFICER BLAIR:  So when Groves came, I

17     told Groves, we need to remove him from the

18     car just so we can -- we can investigate

19     this a little bit further.  We need to

20     detain him.

21              SERGEANT JOHNSON:  Right.

22              OFFICER BLAIR:  So I opened -- I was

23     closer to him.  I opened the driver door --

24              SERGEANT JOHNSON:  Okay.

25              OFFICER BLAIR:  -- and Groves stepped
```

1    up, and we asked him to step out.

2        And he initially said no.

3        SERGEANT JOHNSON:  All right.

4        OFFICER BLAIR:  And we said, no, you

5    need to come out of the truck.

6        SERGEANT JOHNSON:  Okay.

7        OFFICER BLAIR:  So he did step out, but

8    he stepped out facing towards us --

9        SERGEANT JOHNSON:  Okay.

10       OFFICER BLAIR:  -- which is not,

11   tactically, what we're taught to do.

12       SERGEANT JOHNSON:  Right.

13       OFFICER BLAIR:  So we were asking him

14   to turn around so we could handcuff him and

15   detain him and put him safe in the back of

16   the cruiser.

17       SERGEANT JOHNSON:  Right.

18       OFFICER BLAIR:  When we asked him to

19   turn around, he would not.

20       So Groves grabbed his -- he grabbed

21   ahold of his left arm just to guide him, to

22   turn around.

23       SERGEANT JOHNSON:  Uh-huh.

24       OFFICER BLAIR:  And as soon as Groves

25   grabbed his left arm, he pulled it towards

15

1    his body --

2        SERGEANT JOHNSON:  Okay.

3        OFFICER BLAIR:  -- you know, like to

4    pull it away from Groves.

5        SERGEANT JOHNSON:  Right.

6        OFFICER BLAIR:  At the same time, he

7    took his right hand and grabbed it into the

8    interior handle of the truck --

9        SERGEANT JOHNSON:  Uh-huh.

10       OFFICER BLAIR:  -- up by the --

11       SERGEANT JOHNSON:  The frame of the

12   car?

13       OFFICER BLAIR:  -- the frame of the

14   car --

15       SERGEANT JOHNSON:  Yeah.

16       OFFICER BLAIR:  -- not in the door, but

17   in the frame of the car.

18       SERGEANT JOHNSON:  Yes.

19       OFFICER BLAIR:  I don't know the

20   technical term for that.

21       SERGEANT JOHNSON:  I know what you're

22   saying, yeah.

23       OFFICER BLAIR:  He grabbed onto that

24   with his right arm.

25       SERGEANT JOHNSON:  Okay.

16

1      OFFICER BLAIR:  And Groves and I could

2  not get him to move.  He was, you know, much

3  larger than both of us.

4      SERGEANT JOHNSON:  Right.

5      OFFICER BLAIR:  So Groves is trying to

6  pull him off the truck, and he would -- he

7  would not let go.

8      So I went to his hands and -- his right

9  hand and tried to pry off his fingers, like

10  peel back his fingers to get his hand off

11  the handle so we can get his right hand

12  behind his back.

13      SERGEANT JOHNSON:  Right.

14      OFFICER BLAIR:  At that point --

15      SERGEANT JOHNSON:  Did that work?

16      OFFICER BLAIR:  Yes, eventually it

17  did.

18      SERGEANT JOHNSON:  Okay.

19      OFFICER BLAIR:  It was not immediate

20  because, every time I'd get a finger off, he

21  would put it back.

22      SERGEANT JOHNSON:  Okay.

23      OFFICER BLAIR:  And then

24  Officer McClain and Cazan --

25      SERGEANT JOHNSON:  Uh-huh.

1    OFFICER BLAIR:  -- in the wagon, pulled

2    up.

3        And I didn't see exactly when they

4    pulled up, because my focus was on --

5        SERGEANT JOHNSON:  Right.

6        OFFICER BLAIR:  -- the driver.

7        But when they came, they grabbed ahold

8    of -- they tried to help Groves in pulling

9    him off by pulling him away from the

10   truck --

11       SERGEANT JOHNSON:  Okay.

12       OFFICER BLAIR:  -- assuming, you know,

13   if they pull, he'll let go.

14       SERGEANT JOHNSON:  Right.

15       OFFICER BLAIR:  So they pull, and at

16   the same time we're able to get the fingers

17   off, we get him off of the truck, and then

18   everyone went to the ground.

19       SERGEANT JOHNSON:  So a joint effort of

20   pulling and you peeling the finger --

21       OFFICER BLAIR:  Yes.

22       SERGEANT JOHNSON:  -- off the handle

23   grip, he finally --

24       OFFICER BLAIR:  Yes.

25       SERGEANT JOHNSON:  -- is released from

```
 1   the truck?

 2        OFFICER BLAIR:  Yes.

 3        SERGEANT JOHNSON:  Okay.  Go ahead.

 4        OFFICER BLAIR:  And that took -- I

 5   mean, it took four of us to -- to get him

 6   off of the truck.

 7        SERGEANT JOHNSON:  Right.

 8        That would have been you, Groves,

 9   McClain, and Cazan?

10        OFFICER BLAIR:  Yes.

11        SERGEANT JOHNSON:  Did you know what

12   they did as far as, like, getting him down

13   to the ground?

14        OFFICER BLAIR:  No, sir --

15        SERGEANT JOHNSON:  All right.

16        OFFICER BLAIR:  -- I didn't.

17        SERGEANT JOHNSON:  Okay.  Go ahead.

18        OFFICER BLAIR:  I -- you know, I

19   was -- my focus was watching that right hand

20   so he didn't get it into the truck and grab

21   a weapon.

22        SERGEANT JOHNSON:  Right.

23        OFFICER BLAIR:  I wanted to make

24   sure -- I knew Groves had his left arm.  I

25   was focused on the right arm and getting
```

19

1    that hand off of the truck so we could get

2    him detained.

3        Because at this point, you know, he's

4    making it look more and more like he's

5    involved in a burglary.

6        SERGEANT JOHNSON:  Absolutely.

7        Okay.  So the fingers come off and he

8    goes down to the ground?

9        OFFICER BLAIR:  Yes.

10       SERGEANT JOHNSON:  All right.  Take it

11   from there.

12       OFFICER BLAIR:  So while we're on the

13   ground, it's -- he's still not -- he keeps

14   trying to get up.  He still would not let us

15   handcuff him.  We're giving him orders.

16       SERGEANT JOHNSON:  He's face-down on

17   the ground; like his chest is facing the

18   ground?

19       OFFICER BLAIR:  I'll be honest; I'm not

20   certain.

21       SERGEANT JOHNSON:  Okay.

22       OFFICER BLAIR:  I don't know.  It was

23   kind of a melee of officers and him.

24       SERGEANT JOHNSON:  Right.

25       OFFICER BLAIR:  And he was wearing a

1    white shirt, too.

2        SERGEANT JOHNSON:  That's right.  He

3    was.  Yeah.

4        OFFICER BLAIR:  So, to be honest, I'm

5    not sure which direction he was facing.

6        SERGEANT JOHNSON:  Okay.  Did you get

7    down on the ground with him at all?

8        OFFICER BLAIR:  I was trying to keep

9    his legs from kicking.

10       SERGEANT JOHNSON:  Okay.

11       OFFICER BLAIR:  But, yes, I was

12   in -- in the mix, I guess.

13       SERGEANT JOHNSON:  Okay.

14       OFFICER BLAIR:  I'm not sure who

15   applied the handcuffs.  It may have been

16   me.

17       SERGEANT JOHNSON:  Well, how did

18   you keep -- how -- how did you prevent his

19   legs from kicking around?

20       OFFICER BLAIR:  Just tried to keep them

21   down so that they wouldn't kick the officers

22   who were coming in to --

23       SERGEANT JOHNSON:  Did you sit on them?

24   Did you hug them?

25       OFFICER BLAIR:  I --

1      SERGEANT JOHNSON:  Put your hands on

2    his ankles?

3      OFFICER BLAIR:  I'm not -- I'm not sure

4    if I actually touched them or if I just kind

5    of kept an eye on them, to be honest.

6      SERGEANT JOHNSON:  Okay.

7      OFFICER BLAIR:  Because I don't -- I

8    didn't have to use force on his legs --

9      SERGEANT JOHNSON:  Right.

10     OFFICER BLAIR:  -- but he was still

11    trying to get up.  We're trying to keep him

12    on the ground.

13     SERGEANT JOHNSON:  Okay.

14     OFFICER BLAIR:  I know I was trying to

15    handcuff, because at one point I confused

16    Officer Groves' arm with his arm.

17     SERGEANT JOHNSON:  Uh-huh.

18     OFFICER BLAIR:  I almost handcuffed

19    Officer Groves in the -- in the struggle.

20     SERGEANT JOHNSON:  Really?

21     OFFICER BLAIR:  Yes.

22     SERGEANT JOHNSON:  Okay.

23     OFFICER BLAIR:  And I -- I'm not sure

24    who all was trying to handcuff.  Like I

25    said, it was -- we were still in

1    that -- kind of that doorjamb area where --

2        SERGEANT JOHNSON:  Uh-huh.

3        OFFICER BLAIR:  -- we couldn't see what

4    was going on.

5        SERGEANT JOHNSON:  So eventually he's

6    handcuffed?

7        OFFICER BLAIR:  Yes.

8        I -- I do know at some point he was

9    maced.  I don't know who maced him.

10       SERGEANT JOHNSON:  Okay.  At one point

11   he was -- you don't know who did that?

12       OFFICER BLAIR:  No, sir.

13       SERGEANT JOHNSON:  All right.

14       So he is now handcuffed and maced.

15       Is it over?  Does he stop fighting,

16   stop resisting?

17       OFFICER BLAIR:  Yes.  Physically,

18   yes.

19       SERGEANT JOHNSON:  Okay.  All right.

20   Take it from there.

21       OFFICER BLAIR:  He went into the rear

22   of Jean Byrne's car, I think 7314.

23       SERGEANT JOHNSON:  Okay.  What car were

24   you driving that night?

25       OFFICER BLAIR:  I was 9190, probably.

```
 1          SERGEANT JOHNSON:  Okay.  9190.
 2    Okay.
 3          OFFICER BLAIR:  And I know the medics
 4    came.
 5          SERGEANT JOHNSON:  Yeah.
 6          OFFICER BLAIR:  I was collecting
 7    information, because we still had people in
 8    the -- the building that was being
 9    burglarized.  We still had a burglary at the
10    same time --
11          SERGEANT JOHNSON:  Okay.
12          OFFICER BLAIR:  -- so we had to secure
13    the building, also.
14          SERGEANT JOHNSON:  Okay.
15          OFFICER BLAIR:  So I was -- so after he
16    was secured in the back of the cruiser, more
17    officers came and were able to watch him
18    when I went to the back of the building and
19    watched the back door of the building.
20          SERGEANT JOHNSON:  Okay.
21          OFFICER BLAIR:  And, in that, we were
22    able to get officers on top of the roof who
23    went in the building.
24          Because we could hear people in the
25    building and they would not open the door.
```

1    So we found an open door on the roof, who

2    went -- and officers went in and were able

3    to bring a female out.

4         And they brought them out the door that

5    Mr. -- that the driver was parked next to.

6         SERGEANT JOHNSON:  Okay.

7         OFFICER BLAIR:  So there was a -- a

8    burglary at the -- at the same time.

9         SERGEANT JOHNSON:  So after you get

10   Mr. Phillips into the back of a cruiser, you

11   help with clearing this building, what

12   determination do you come to?  Was he

13   involved with the burglary?

14        OFFICER BLAIR:  I don't believe so.  I

15   believe, honestly, that the female passenger

16   that he had in his vehicle -- I believe that

17   she came out of the building.

18        SERGEANT JOHNSON:  Okay.

19        OFFICER BLAIR:  I don't think he was

20   directly involved in the -- in the burglary

21   of the building.

22        SERGEANT JOHNSON:  Why do you think he

23   was so resistant towards the officers?

24        OFFICER BLAIR:  Honestly, I believe he

25   was -- the female that ran away was a

1    prostitute --

2         SERGEANT JOHNSON:  Was a prostitute?

3         OFFICER BLAIR:  -- and he wouldn't

4    admit to it.

5         But the female, I know, admitted to

6    Officer Jean Byrne before she ran away that

7    she was a prostitute.

8         SERGEANT JOHNSON:  Were -- were you

9    guys able to get her information before she

10   took off running?

11        OFFICER BLAIR:  No, sir.

12        SERGEANT JOHNSON:  Okay.

13        OFFICER BLAIR:  And his story with

14   picking her up didn't make sense.  He said

15   he -- that she was a friend and he was

16   picking her up and he was going to drop her

17   off at a Marathon.  But there's a Marathon

18   down the street.  His story didn't make

19   sense with why he was picking her up.

20        So, honestly, I think he was picking up

21   a prostitute and didn't want -- didn't want

22   to own up to it.

23        SERGEANT JOHNSON:  And was that a -- a

24   true burglary?  Like, was it vacant or was

25   it -- or was it -- or was it a -- an

1    occupied dwelling, like somebody was home?

2        OFFICER BLAIR:  It ended up being like

3    a vacant, old bar.

4        SERGEANT JOHNSON:  Okay.

5        OFFICER BLAIR:  And I don't think we

6    were able to get ahold of a victim that

7    night.

8        SERGEANT JOHNSON:  Okay.

9        OFFICER BLAIR:  So it was -- it would

10   have been a criminal trespass, based on the

11   circumstances.

12       SERGEANT JOHNSON:  But your interaction

13   with him is, he probably was not involved

14   with the burglary; however, because of the

15   girl in the -- in the car with him,

16   he's -- he's really amped up --

17       OFFICER BLAIR:  Correct.  Correct.

18       SERGEANT JOHNSON:  -- probably because

19   of (inaudible) behavior?

20       OFFICER BLAIR:  Correct.

21       And his actions kept us from being able

22   to determine what was going on with the

23   burglary sooner.

24       SERGEANT JOHNSON:  Okay.  Well, you

25   answered that one.

27

1    Did you -- and you did not apply the

2 mace?

3    OFFICER BLAIR:  No, sir.

4    SERGEANT JOHNSON:  Right.

5    You don't know who applied the mace?

6    OFFICER BLAIR:  At the time, I did not

7 know who applied the mace.

8    SERGEANT JOHNSON:  Right.  At the time,

9 yeah.

10    And the force that you applied on him

11 was basically getting his fingers off that

12 grip?

13    OFFICER BLAIR:  Yes, sir.

14    SERGEANT JOHNSON:  All right.  And as

15 far as -- you tried to keep his feet -- or

16 his legs down, but there was no force

17 applied there?

18    OFFICER BLAIR:  No, sir.

19    SERGEANT JOHNSON:  All right.  Did he

20 ever complain to you of any type of injury

21 that -- okay.  Do that in two parts.

22    Right after you guys were able to

23 secure him, did he complain?  Did you see

24 any visible injuries?

25    OFFICER BLAIR:  It -- it seemed -- like

28

1    I said, after he went into the rear of

2    Cruiser 7314, I -- I knew his face was

3    scratched up --

4         SERGEANT JOHNSON:  Yeah.

5         OFFICER BLAIR:  -- and he had -- and a

6    lot of it -- it looked worse than it really

7    was, because there was a lot of gravel on

8    his face --

9         SERGEANT JOHNSON:  Okay.

10        OFFICER BLAIR:  -- and there was mace,

11   and the mace was stuck to the gravel.

12        So it --

13        SERGEANT JOHNSON:  Oh.  Got it.

14        OFFICER BLAIR:  -- in the pictures, it

15   looks worse than it did in person.

16        Because we were on pavement when this

17   was going down.

18        SERGEANT JOHNSON:  Okay.

19        OFFICER BLAIR:  But he never directly

20   said anything to me about his injuries --

21        SERGEANT JOHNSON:  Okay.

22        OFFICER BLAIR:  -- because I was

23   dealing with the burglary.

24        SERGEANT JOHNSON:  Okay.

25        OFFICER BLAIR:  He was never in the

29

1    rear of my car.

2        But I know it seemed -- I believe they

3    just treated him for the scrapes and the

4    mace.

5        SERGEANT JOHNSON:  Okay.  In looking at

6    the picture, I see a scrape on his knee, and

7    then his face looks all muddy and bruised a

8    little bit --

9        OFFICER BLAIR:  Yes, sir.

10        SERGEANT JOHNSON:  -- and puffy from

11    the -- from the mace.

12        OFFICER BLAIR:  Yes.  It was

13    mostly -- I don't believe it was puffy; it

14    was --

15        SERGEANT JOHNSON:  (Inaudible) puffy,

16    he is a puffy guy.

17        OFFICER BLAIR:  Most of it was -- I

18    mean, there were definitely scrapes on his

19    face, but a lot of it was gravel stuck to

20    the mace --

21        SERGEANT JOHNSON:  Okay.

22        OFFICER BLAIR:  -- on his face.

23        SERGEANT JOHNSON:  Did he have redness

24    from the -- from the mace?

25        OFFICER BLAIR:  Not -- not an unusual

30

1   amount.

2       SERGEANT JOHNSON:  Okay.

3       OFFICER BLAIR:  I mean, I would say

4   normal --

5       SERGEANT JOHNSON:  Okay.

6       OFFICER BLAIR:  -- macing on that.

7       SERGEANT JOHNSON:  All right.  So --

8       OFFICER BLAIR:  But he never said

9   anything else about any other injuries at

10  the scene.  He never made any other

11  complaints.

12      SERGEANT JOHNSON:  But you called a

13  medic because of the macing?

14      OFFICER BLAIR:  We -- we called a

15  medic.

16      And an officer -- a sergeant responded

17  to the scene and photographed the

18  injuries -- injuries that he claimed at that

19  time.

20      SERGEANT JOHNSON:  Okay.  Did you hear

21  the sergeant's conversation with him when he

22  attempted to interview him at all?

23      OFFICER BLAIR:  No, sir.

24      SERGEANT JOHNSON:  Okay.  Now, I see

25  you worked a straight car, but you wound up

1    doing a transport of Mr. --

2         OFFICER BLAIR:  Yes, sir.

3         He would --

4         SERGEANT JOHNSON:  -- Phillips?

5         OFFICER BLAIR:  -- he -- we took him

6    out of Officer Jean Byrne's car and put him

7    in the rear of Officer Groves' car.

8         So he didn't -- he wasn't in a wagon;

9    he was in a straight car.

10        SERGEANT JOHNSON:  Oh, okay.  Okay.

11        OFFICER BLAIR:  So his car and my car

12   transported him to headquarters

13   for identification.

14        SERGEANT JOHNSON:  Got it.

15        So the wagon went back -- the

16   wagon --

17        OFFICER BLAIR:  Yes, sir.  They were --

18        SERGEANT JOHNSON:  -- went back

19   to (inaudible) --

20        OFFICER BLAIR:  They were on

21   overtime.

22        SERGEANT JOHNSON:  Got it.  Okay.

23        I thought you guys took the wagon --

24        OFFICER BLAIR:  No.

25        SERGEANT JOHNSON:  -- because he was

32

1   big and --

2       OFFICER BLAIR:  No.  Uh-uh.

3       SERGEANT JOHNSON:  -- you know -- okay.

4       So -- all right.  So you and Groves do

5   the transport?

6       OFFICER BLAIR:  Yes.

7       We take him to ID.  Nothing is unusual.

8   He said nothing to us.

9       SERGEANT JOHNSON:  Uh-huh.

10      OFFICER BLAIR:  At the end of all of

11  his fingerprints, when he's washing his

12  hands, he says something to us about his arm

13  hurting.

14      SERGEANT JOHNSON:  Uh-huh.

15      OFFICER BLAIR:  And we ask him, what

16  are you talking about, sir?

17      And he shows us his -- his right arm.

18      SERGEANT JOHNSON:  Uh-huh.

19      OFFICER BLAIR:  And I did see -- at the

20  very base of his bicep, close to his -- the

21  joint of his elbow, I saw a slight raise.

22      SERGEANT JOHNSON:  Uh-huh.

23      OFFICER BLAIR:  And inside of his elbow

24  it looked -- looked like it was bruising.

25      SERGEANT JOHNSON:  Uh-huh.

1    OFFICER BLAIR:  So we asked him if he
2    needed to see a medic.
3        And I don't -- I don't remember -- I
4    think he declined the medic at that time.
5    SERGEANT JOHNSON:  Okay.
6    OFFICER BLAIR:  I'm not for certain on
7    that, but I believe he declined the medic.
8        So when we left identification and we
9    got in the Sally port, we called the
10   sergeant on duty --
11   SERGEANT JOHNSON:  Okay.
12   OFFICER BLAIR:  -- which -- which ended
13   up being Sergeant Sorry (phonetic).
14   SERGEANT JOHNSON:  Right.
15   OFFICER BLAIR:  And then he responded
16   to -- when we went to the clerk's, we
17   stopped outside, and Sergeant Sorry came out
18   and photographed him outside of the clerk's
19   office.
20   SERGEANT JOHNSON:  Okay.  And was
21   he -- they photograph him.
22       What did Sorry say to him at all?
23   Like --
24   OFFICER BLAIR:  I don't know.
25   SERGEANT JOHNSON:  All right.  And

```
 1    then, from there, he goes into the jail?
 2         OFFICER BLAIR:   Yeah.   Then we took him
 3    over to the jail and we slated him there.
 4         We told the -- the on-call nurse who
 5    was doing his medical intake, we told her
 6    about it.   And she said it looked fine.
 7    And -- and they accepted him medically in
 8    the jail.
 9         SERGEANT JOHNSON:   Okay.   He was not
10    rejected at the jail?
11         OFFICER BLAIR:   No.
12         SERGEANT JOHNSON:   (Inaudible) was not
13    refused?
14         OFFICER BLAIR:   Correct.
15         SERGEANT JOHNSON:   Okay.   All right.
16    So, to recap, you -- you get there first
17    because you're right in the alley.
18         You walk up to him and you -- and you
19    talk to him to keep him -- to keep him there
20    until the cruisers get there, because you
21    think he's part of the burglary, coming out
22    of this -- this structure here.
23         Jean Byrne gets there first, so she
24    goes over to the passenger side and -- and
25    she has the girl come out of that car.
```

1       And then, right after that,

2   Officer Groves come (sic) over to your side,

3   and you and Officer Groves have him get out

4   of his car.

5       You say you believe he opened up the

6   door?

7       OFFICER BLAIR:  Uh-huh.

8       SERGEANT JOHNSON:  When he opened up

9   the door -- does he step out when he

10  wouldn't move any further?  Like, did he put

11  his feet on the ground?

12      OFFICER BLAIR:  Yes.

13      SERGEANT JOHNSON:  All right.  So

14  he -- he's -- he's attempting to get out and

15  then he just stops?

16      OFFICER BLAIR:  Uh-huh.  Yeah.

17  Initially he came out, and I think maybe he

18  thought we were going to ask him to come out

19  and lead him back away from his car.

20      SERGEANT JOHNSON:  Right.

21      OFFICER BLAIR:  I'm not sure he

22  believed that he was going to be detained

23  when he agreed to step out initially.

24      SERGEANT JOHNSON:  Okay.

25      OFFICER BLAIR:  Because when we first

36

```
 1    asked him to step out, he said, no.

 2         Right.

 3         OFFICER BLAIR:  We said, no, you have

 4    to come out of the car -- the truck.

 5         So he did step out, but he came out

 6    facing us --

 7         SERGEANT JOHNSON:  Okay.

 8         OFFICER BLAIR:  -- which we didn't

 9    want, obviously.

10         SERGEANT JOHNSON:  Right.

11         OFFICER BLAIR:  And we asked him to

12    turn around.  That's when he refused

13    and -- and started resisting.

14         SERGEANT JOHNSON:  Right.  Okay.

15         And then -- he started resisting.  You

16    realize he's not going with the program.  He

17    has a death grip on that handle inside the

18    frame of the car --

19         OFFICER BLAIR:  Yes, sir.

20         SERGEANT JOHNSON:  -- and you

21    apply -- you focus on -- on that hand,

22    because this hand can go into the car --

23         OFFICER BLAIR:  Correct.

24         SERGEANT JOHNSON:  -- and grab anything

25    or do whatever?
```

1        OFFICER BLAIR:  Correct.

2        SERGEANT JOHNSON:  So you're -- at that

3    point, you were trying to get his fingers

4    off that handle?

5        OFFICER BLAIR:  Uh-huh.

6        SERGEANT JOHNSON:  And, basically,

7    eventually, with -- with coordination of

8    your co-workers, you got the fingers off the

9    handle, and they pulled at the right time,

10   and he came off the car?

11       OFFICER BLAIR:  Yes, sir.

12       SERGEANT JOHNSON:  And then he went to

13   the ground?

14       OFFICER BLAIR:  Yes.

15       SERGEANT JOHNSON:  All right.  And, on

16   the ground, you basically are keeping his

17   feet at bay while they're trying to handcuff

18   him?  You may have even helped in the

19   handcuffing?

20       OFFICER BLAIR:  Yeah.  I -- I do

21   remember having my handcuffs out, because I

22   do recall almost handcuffing

23   Officer Groves --

24       SERGEANT JOHNSON:  Got it.

25       OFFICER BLAIR:  -- because he was -- we

1  were all wearing white shirts.

2       SERGEANT JOHNSON:  Got it.

3       And -- and then, once he's

4  handcuffed -- and, in the middle of that,

5  right before you handcuff him, he's maced?

6       OFFICER BLAIR:  Yes.

7       SERGEANT JOHNSON:  And then eventually

8  it's over.

9       And once it's done, he stopped

10  resisting?

11       OFFICER BLAIR:  Yes.

12       SERGEANT JOHNSON:  And then, because of

13  the macing, medic 12 came out to the scene,

14  treated him for the macing, the cuts and

15  scrapes to his -- to his face and his knee.

16       And you didn't hear him complain about

17  anything else, really.  But you wound up

18  doing the transport.  And while you did the

19  transport, you -- he complained of his right

20  arm hurting, and you saw a little bruising

21  there, a little slight -- would you say

22  slight --

23       OFFICER BLAIR:  A little swelling at

24  the --

25       SERGEANT JOHNSON:  A little swelling at

1    the base --

2         OFFICER BLAIR:  -- just in the very

3    base of his bicep.

4         SERGEANT JOHNSON:  So you believe you

5    asked him for a medic, and he declined it.

6    But you called the sergeant out, and the

7    sergeant came, photographed the

8    injuries -- Sergeant Sorry -- before you

9    went into the jail.

10        And when you went into the jail, you

11   advised the nurse.  And the nurse said he's

12   fine, and he was not refused?

13        OFFICER BLAIR:  Correct.

14        SERGEANT JOHNSON:  All right.  Is there

15   anything else you would like to add to this

16   interview?

17        OFFICER BLAIR:  No, sir.

18        SERGEANT JOHNSON:  Has the statement

19   you've given been truthful and factual to

20   the best of your knowledge?

21        OFFICER BLAIR:  Yes, sir.

22        SERGEANT JOHNSON:  Real quick, he may

23   have asked for the medic, but you're not

24   sure?

25        OFFICER BLAIR:  At what point?

1     SERGEANT JOHNSON:  Inside ID.

2     OFFICER BLAIR:  He did not ask for one.

3     I am not -- I believe we asked him if

4  he wanted one.

5     But I remember him just saying, I need

6  surgery.

7     He diagnosed himself as having a torn

8  bicep in -- in there.

9     SERGEANT JOHNSON:  Got it.

10     OFFICER BLAIR:  He said, I'm going to

11  need surgery.

12     So I think he turned -- he rejected

13  the -- the medic.

14     SERGEANT JOHNSON:  Okay.

15     OFFICER BLAIR:  But I know we -- we

16  called the sergeant and waited to make sure

17  everything was --

18     SERGEANT JOHNSON:  Okay.

19     OFFICER BLAIR:  -- taken care of.

20     SERGEANT JOHNSON:  All right.  Got it.

21     And have we discussed anything while

22  the tape recorder was off that you feel

23  should be placed on the record now?

24     OFFICER BLAIR:  No, sir.

25     SERGEANT JOHNSON:  All right.

41

1    Interview concludes at 2:35 p.m.

2    (End of audio.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

42

```
1                    C E R T I F I C A T E

2

3           I, Kelly A. Graff, the undersigned

4      court reporter, state the foregoing transcript

5      was transcribed by me via audio file to the best

6      of my ability.

7

8           _____

9           Kelly A. Graff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

43