# Division of Police
# Internal Affairs Bureau
# Employee Report for

## BLAIR, KAREN - 2008030

### Citizen Complaints and Internal Investigations

| | | | |
|---|---|---|---|
| IAB Number | 200908-0071 | Incident Date | 7/25/2009 8:30:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | 5200050 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Investigative Actions** | Disposition | **Unfounded** |
| Investigation Type | Citizen Complaint | Complainant | Johnson, Beth |
| Address | 7608 Heatherwood Ln | City, State, Zip | Dublin, OH 43017 |
| Phone | (614)336-1136 | Phone | |
| Sex / Race | F / U | Ethnicity | |
| Age | | Status | D - Did not Witness Incident |
| IAB Number | 201001-0208 | Incident Date | 1/30/2010 5:30:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | 5230260 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Actions Taken / Not Taken** | Disposition | **Unfounded** |
| Investigation Type | Citizen Complaint | Complainant | Hood, Antoine M. |
| Address | 4895 Adams Ave. | City, State, Zip | Columbus, Ohio |
| Phone | (614)317-6914 | Phone | |
| Sex / Race | M / B | Ethnicity | |
| Age | 24 | Status | A - Directly Involved in Incident |



Δ π EXHIBIT 27
Deponent Blair
Date 9/21/17 Rptr 8m
WWW.DEPOBOOK.COM

2/22/2017 2:17:51 PM

GB000997

| | | | |
|---|---|---|---|
| IAB Number | 201001-0208 | Incident Date | 1/30/2010 5:30:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | 5230260 |
| Criminal Charges | | Dept Charges | |
| Allegation | Force | Disposition | **Unfounded** |
| Investigation Type | Citizen Complaint | Complainant | Hood, Antoine M. |
| Address | 4895 Adams Ave. | City, State, Zip | Columbus, Ohio |
| Phone | (614)317-6914 | Phone | |
| Sex / Race | M / B | Ethnicity | |
| Age | 24 | Status | A - Directly Involved in Incident |

| | | | |
|---|---|---|---|
| IAB Number | 201009-0216 | Incident Date | 7/25/2010 7:00:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 4123207 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Striking Hands / Feet** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Use Of Force | Complainant | Kurczi, Daniel S. |
| Address | 1804 Willoway Circle South | City, State, Zip | Columbus, Ohio 43220 |
| Phone | (937)219-6230 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 29 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 201111-0130 | Incident Date | 11/5/2011 3:00:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Injury during arrest** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner | Complainant | Brown, Taylor M. |
| Address | 406 S. James Road | City, State, Zip | Columbus, Ohio 43213 |
| Phone | | Phone | |
| Sex / Race | F / W | Ethnicity | |
| Age | 18 | Status | |

2/22/2017 2:17:51 PM

GB000998

| | | | |
|---|---|---|---|
| IAB Number | 201203-0204 | Incident Date | 3/5/2012 8:00:00 AM |
| Action | Other | Duty Status | Off Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | Violation of Police Rules, Orders, Etc | Disposition | Outside of Policy |
| Investigation Type | Internal Investigation | Complainant | Guglielmi, Ralph Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | F - Immediate Supervisor |

| | | | |
|---|---|---|---|
| IAB Number | 201208-0490 | Incident Date | 6/26/2012 6:02:00 PM |
| Action | Processing Prisoner | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | Injury after arrest (transporting / processing) | Disposition | Officers Actions within Policy |
| Investigation Type | Injury To Prisoner | Complainant | Schmidt Robert C |
| Address | 5599 Hibernia Drive | City, State, Zip | |
| Phone | (614)306-1133 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 52 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 201209-0160 | Incident Date | 8/25/2012 5:20:00 PM |
| Action | Investigating and / or Questioning | Duty Status | own - Unknown |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | | Disposition | |
| Investigation Type | Use Of Force | Complainant | Goins Kenneth Lee Von |
| Address | 440 Mayfair Blvd | City, State, Zip | 43213 |
| Phone | (614)515-9336 | Phone | |
| Sex / Race | M / B | Ethnicity | |
| Age | 41 | Status | |

2/22/2017 2:17:51 PM

GB000999

| | | | |
|---|---|---|---|
| IAB Number | 201303-0082 | Incident Date | 3/4/2013 6:30:00 PM |
| Action | Processing Prisoner | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | Injury after arrest (transporting / processing) | Disposition | Officers Actions within Policy |
| Investigation Type | Injury To Prisoner | Complainant | Margiotti, Joseph C |
| Address | 160 S. Ashburton Road | City, State, Zip | 43213 |
| Phone | (614)202-4312 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 62 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 201309-0121 | Incident Date | 7/30/2013 2:30:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Striking Hands / Feet** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Weck, Tracy A |
| Address | 1515 E. Broad St | City, State, Zip | 43205 |
| Phone | | Phone | |
| Sex / Race | F / W | Ethnicity | |
| Age | 36 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 201309-0121 | Incident Date | 7/30/2013 2:30:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Injury during arrest** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Weck, Tracy A |
| Address | 1515 E. Broad St | City, State, Zip | 43205 |
| Phone | | Phone | |
| Sex / Race | F / W | Ethnicity | |
| Age | 36 | Status | |

2/22/2017 2:17:51 PM

GB001000

| | | | |
|---|---|---|---|
| IAB Number | 201311-0058 | Incident Date | 10/16/2013 5:47:00 PM |
| Action | Other | Duty Status | On Duty |
| | | Assignment | 5335101 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Actions Taken / Not Taken** | Disposition | **Misconduct not based on original complaint - Sustained** |
| Investigation Type | Internal Investigation | Complainant | Guglielmi, Ralph SGT |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | F - Immediate Supervisor |
| IAB Number | 201311-0058 | Incident Date | 10/16/2013 5:47:00 PM |
| Action | Other | Duty Status | On Duty |
| | | Assignment | 5335101 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Actions Taken / Not Taken** | Disposition | **Misconduct not based on original complaint - Sustained** |
| Investigation Type | Internal Investigation | Complainant | Guglielmi, Ralph SGT |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | F - Immediate Supervisor |

2/22/2017 2:17:51 PM

GB001001

| | | | |
|---|---|---|---|
| IAB Number | 201311-0058 | Incident Date | 10/16/2013 5:47:00 PM |
| Action | Other | Duty Status | On Duty |
| | | Assignment | 5335101 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Violation of Police Rules, Orders, Etc** | Disposition | **Misconduct not based on original complaint - Sustained** |
| Investigation Type | Internal Investigation | Complainant | Guglielmi, Ralph SGT |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | F - Immediate Supervisor |
| IAB Number | 201312-0016 | Incident Date | 9/18/2013 9:24:00 PM |
| Action | Performing Routine Duties | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Striking Hands / Feet** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Williams, Brooklyn |
| Address | 2430 Chelsea Ct | City, State, Zip | 43232 |
| Phone | (614)822-8843 | Phone | |
| Sex / Race | F / B | Ethnicity | |
| Age | 13 | Status | |

2/22/2017 2:17:51 PM

GB001002

| | | | |
|---|---|---|---|
| IAB Number | 201312-0016 | Incident Date | 9/18/2013 9:24:00 PM |
| Action | Performing Routine Duties | Duty Status | On Duty |
| | | Assignment | 5220906 |
| Criminal Charges | | Dept Charges | |
| Allegation | Injury during arrest | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Williams, Brooklyn |
| Address | 2430 Chelsea Ct | City, State, Zip | 43232 |
| Phone | (614)822-8843 | Phone | |
| Sex / Race | F / B | Ethnicity | |
| Age | 13 | Status | |
| IAB Number | 201501-0186 | Incident Date | 11/1/2014 2:35:00 AM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5335101 |
| Criminal Charges | | Dept Charges | |
| Allegation | Injury during arrest | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner | Complainant | Deal, Devin D |
| Address | 281 Sumption Drive | City, State, Zip | 43230 |
| Phone | (614)307-0835 | Phone | |
| Sex / Race | M / B | Ethnicity | |
| Age | 22 | Status | |

**Citizen Inquiry**

2/22/2017 2:17:51 PM

GB001003

| | | | |
|---|---|---|---|
| Admin Folder | IA150000571 | Incident Date | 6/11/2014 2:49:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 9B6 |
| Complaint | Use of Mace | Disposition | **Within Policy** |
| Incident Classification: | Action - Response - Level: 2-8 | Complainant | Deal, Dennis |
| Address | 31 S. Napoleon Ave #D | City, State, Zip | Columbus, OH 43213 |
| Phone | | Phone | |
| Sex | M | Race | Black |
| Age | 32 | Status | Treated By Squad / Medic |

| | | | |
|---|---|---|---|
| Admin Folder | IA150000545 | Incident Date | 9/15/2014 10:45:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | Patrrol |
| Complaint | **Use of Mace** | Disposition | **Within Policy** |
| Incident Classification: | Action - Response - Level: 2-8 | Complainant | Phillips, Dale |
| Address | 3040 Hauck Drive | City, State, Zip | Grove City, OH 43123 |
| Phone | | Phone | |
| Sex | M | Race | White |
| Age | 47 | Status | Treated By Squad / Medic |

| | | | |
|---|---|---|---|
| Admin Folder | IA150001475 | Incident Date | 9/13/2014 12:37:00 AM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | Z3E2-1 |
| Complaint | **Information Only** | Disposition | **Information Only** |
| Incident Classification: | Information Only | Complainant | Brown, Mariah |
| Address | 1445 Garywood Ave | City, State, Zip | Columbus, OH 43227 |
| Phone | | Phone | |
| Sex | F | Race | Black |
| Age | 18 | Status | |

2/22/2017 2:17:51 PM

GB001004