# Division of Police
# Internal Affairs Bureau
# Employee Report for

# BYRNE, JEAN M - 1994068

## Citizen Complaints and Internal Investigations

| | | | |
|---|---|---|---|
| IAB Number | 200304-0121 | Incident Date | 4/18/2003 9:25:00 PM |
| Action | Issue Warning | Duty Status | Special Duty |
| | | Assignment | 2320102 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Rude or Discourteous Language or Actions** | Disposition | **Unfounded** |
| Investigation Type | Citizen Complaint | Complainant | Smith, Matthew |
| Address | 3366 Rudon Ln. | City, State, Zip | Columbus, OH 43204 |
| Phone | ( )351-8250 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 46 | Status | A - Directly Involved in Incident |
| IAB Number | 200304-0121 | Incident Date | 4/18/2003 9:25:00 PM |
| Action | Issue Warning | Duty Status | Special Duty |
| | | Assignment | 2320102 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Rude or Discourteous Language or Actions** | Disposition | **Unfounded** |
| Investigation Type | Citizen Complaint | Complainant | Smith, Matthew |
| Address | 3366 Rudon Ln. | City, State, Zip | Columbus, OH 43204 |
| Phone | ( )351-8250 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 46 | Status | A - Directly Involved in Incident |

PLAINTIFF'S EXHIBIT 8

2/22/2017 2:19:12 PM

GB000761

| | | | |
|---|---|---|---|
| IAB Number | 200611-0070 | Incident Date | 11/9/2006 1:00:00 PM |
| Action | Operating Vehicle | Duty Status | Special Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Operation of Vehicle** | Disposition | **Sustained** |
| Investigation Type | Citizen Complaint | Complainant | Tipton, John |
| Address | 4926-B Woodbridge | City, State, Zip | Middletown, OH 45044 |
| Phone | (513)623-6405 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | | Status | A - Directly Involved in Incident |
| IAB Number | 200902-0079 | Incident Date | 12/8/2008 1:40:00 AM |
| Action | Conversing / Corresponding | Duty Status | On Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | ROC 1.07 AND 1.15 |
| Allegation | **Violation of Police Rules, Orders, Etc** | Disposition | **Sustained** |
| Investigation Type | Internal Investigation | Complainant | Decker, Ken Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | G - Division Employee |
| IAB Number | 200902-0079 | Incident Date | 12/8/2008 1:40:00 AM |
| Action | Conversing / Corresponding | Duty Status | On Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | ROC 1.07 AND 1.15 |
| Allegation | **Violation of Police Rules, Orders, Etc** | Disposition | **Sustained** |
| Investigation Type | Internal Investigation | Complainant | Decker, Ken Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | G - Division Employee |

2/22/2017 2:19:12 PM

| | | | |
|---|---|---|---|
| IAB Number | 200902-0079 | Incident Date | 12/8/2008 1:40:00 AM |
| Action | Conversing / Corresponding | Duty Status | On Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | ROC 1.07 AND 1.15 |
| Allegation | Violation of Police Rules, Orders, Etc | Disposition | **Sustained** |
| Investigation Type | Internal Investigation | Complainant | Decker, Ken Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | G - Division Employee |

| | | | |
|---|---|---|---|
| IAB Number | 200902-0079 | Incident Date | 12/8/2008 1:40:00 AM |
| Action | Conversing / Corresponding | Duty Status | On Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | ROC 1.07 AND 1.15 |
| Allegation | Violation of Police Rules, Orders, Etc | Disposition | **Sustained** |
| Investigation Type | Internal Investigation | Complainant | Decker, Ken Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | G - Division Employee |

| | | | |
|---|---|---|---|
| IAB Number | 200903-0096 | Incident Date | 1/24/2009 4:15:00 AM |
| Action | Performing Routine Duties | Duty Status | On Duty |
| | | Assignment | 5260303 |
| Criminal Charges | | Dept Charges | |
| Allegation | Violation of Police Rules, Orders, Etc | Disposition | **Outside of Policy** |
| Investigation Type | Internal Investigation | Complainant | Sowards, Tracie Sgt. |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | / | Ethnicity | |
| Age | | Status | F - Immediate Supervisor |

2/22/2017 2:19:12 PM

GB000763

| | | | |
|---|---|---|---|
| IAB Number | 201308-0085 | Incident Date | 1/20/2013 10:14:00 AM |
| Action | Operating Vehicle | Duty Status | On Duty |
| | | Assignment | 4837702 |
| Criminal Charges | | Dept Charges | |
| Allegation | Info Only | Disposition | **Officers Actions within Policy** |
| Investigation Type | Info Only | Complainant | Wolfe, Jerrod Todd |
| Address | 18198 Nixon Road | City, State, Zip | Logan, Ohio 43138 |
| Phone | | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 28 | Status | |
| IAB Number | 201702-1014 | Incident Date | 2/14/2017 11:22:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | Burglary S 2nd (Th/Fr/Sa) |
| Criminal Charges | | Dept Charges | |
| Allegation | **Force** | Disposition | **Pending** |
| Investigation Type | Internal - PO Involved Shooting | Complainant | Morris, Michael Lee |
| Address | | City, State, Zip | |
| Phone | | Phone | |
| Sex / Race | M / W | Ethnicity | U - Unknown |
| Age | 53 | Status | Directly Involved in Incident |

**Citizen Inquiry**

2/22/2017 2:19:12 PM

GB000764