# Sergeant John Cheatham

September 26, 2017

DALE PHILLIPS

vs.

KAREN BLAIR, et al.

Case No. 2:16-CV-880



513-233-3000
877.233.4403
FAX: 513-233-2310
depo@elitereportingagency.com

www.elitereportingagency.com

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF OHIO

3                         WESTERN DIVISION

4

5    _____
                                     )
6    DALE PHILLIPS,                  )
                                     )
7           Plaintiff,               )
                                     ) CASE NO.
8                  vs.               ) 2:16-CV-880
                                     )
9    KAREN BLAIR, et al.,            )
                                     )
10          Defendants.              )
     _____)

11

12

13

14

15          Deposition of:  SERGEANT JOHN CHEATHAM

16          Pursuant to:    Notice

17          Date and Time:  Tuesday, September 26, 2017
                            11:50 a.m.
18          Place:          Office of Columbus
                              City Attorney
19                            Richard C. Pfeiffer, Jr.
                            77 North Front Street
20                          Columbus, Ohio  43215

21          Reporter:       Wendy Haehnle
                            Notary Public - State
22                                    of Ohio

23

24

25

2

```
 1   APPEARANCES OF COUNSEL:

 2

 3           For the plaintiff:

 4               Janaya Trotter Bratton, Esq.
                     of
 5               Gerhardstein & Branch Co., LPA
                 441 Vine Street
 6               Suite 3400
                 Cincinnati, Ohio  45202
 7               513.621.9100
                 jtbratton@gbfirm.com
 8

 9

10           For the defendants:

11               Paula Jennings Lloyd, Esq.
                     and
12               Pamela J. Gordon, Esq.
                     of
13               Office of Columbus City Attorney
                   Richard C. Pfeiffer, Jr.
14               77 North Front Street
                 Columbus, Ohio  43215
15               614.645.0808
                 614.645.7385
16               pjlloyd@columbus.gov
                 pjgordon@columbus.gov
17

18

19           Also Present:

                 Dale K. Phillips, II
20

21

22                       - - -

23

24

25
```

3

```
 1                    I N D E X

 2

 3   SERGEANT JOHN CHEATHAM                    PAGE

 4       EXAMINATION BY MS. BRATTON              4

 5

 6

 7   EXHIBITS                    MARKED    REFERENCED

 8       DEFENDANTS' EXHIBIT  1        -         14

 9

10                           - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              SERGEANT JOHN CHEATHAM
 2   a defendant herein, having been duly sworn, was
 3   examined and deposed as follows:
 4                    EXAMINATION
 5   BY MS. BRATTON:
 6        Q.   Would you state your name for the
 7   record, please?
 8        A.   Sergeant John Christopher Cheatham.
 9        Q.   Okay.  And Sergeant Cheatham, how are
10   you employed?
11        A.   How am I employed?
12        Q.   Yes.
13        A.   I am a police sergeant with the
14   Columbus Division of Police.
15        Q.   Okay.  And have you had your deposition
16   taken before?
17        A.   Yes, I have.
18        Q.   Okay.  So just like trial, speak up.
19   If you don't understand something --
20        A.   Okay.
21        Q.   -- or if I ask a convoluted question,
22   just let me know and I'll rephrase it.
23        A.   Okay.
24        Q.   And if you need to take a break, just
25   let us know and we'll break.
```

1            And is there any reason that your

2    ability to concentrate would be impaired today?

3         A.    No.

4         Q.    Okay.  And what is your current

5    assignment with the Columbus Police?

6         A.    I'm the defensive tactics sergeant.

7    I'm in charge of our defensive tactics bureau.

8         Q.    Okay.  And how long have you been

9    employed in that position?

10         A.    A year and a half.

11         Q.    Okay.  And prior to that?

12         A.    I was a patrol sergeant.

13         Q.    And prior to that?

14         A.    I was a patrol officer.

15         Q.    Okay.  And how long were you a patrol

16    sergeant?

17         A.    Almost five years.

18         Q.    Okay.  And then a patrol officer?

19         A.    Fifteen years.

20         Q.    Okay.  And so you've been with the

21    force about 27 --

22         A.    Twenty-two years.

23         Q.    I can't count.

24         A.    Twenty-two years.

25         Q.    Okay.  And were you employed with any

1    other law enforcement agency prior to Columbus

2    Police?

3          A.    No.

4          Q.    What about military?

5          A.    No.

6          Q.    And you train defensive tactics, you

7    said.  Are there any other defensive tactics

8    trainers?

9          A.    Yes.

10         Q.    And do you all -- do you train

11   together, or are there separate classes, subjects

12   that each trainer teaches?

13         A.    We train together.

14         Q.    Okay.

15         A.    I oversee the entire program.  We have

16   a defensive tactics unit, which consists of

17   myself and two other instructors.

18               And then we bring in certified

19   defensive tactics instructors who normally work

20   patrol.  They'll come in to assist when we have

21   large groups.  They're typically assigned to

22   patrol duties, and they'll be brought in to help

23   teach.

24               Then we also have a crew of training

25   personnel who are also defensive tactics

1    certified.  And they belong with us, training

2    recruits.

3         Q.   Okay.  And can you tell me what

4    defensive tactics training is?

5         A.   Well, we specialize in all use-of-force

6    policy, all use-of-force procedure.  We

7    specialize in scenario training, Taser training,

8    strikes, prisoner control, pressure points, joint

9    manipulations, take-downs, foot chases, building

10   searches, active shooter, driving.

11             We do a lot.

12        Q.   Okay.  And the striking, is that with

13   like a baton or --

14        A.   Baton --

15        Q.   Okay.

16        A.   -- a flashlight.  Yes.

17        Q.   Okay.

18        A.   Strikes, closed-hand strikes, closed --

19   closed-hand strikes like with a fist or with a

20   knee or with a foot or with an elbow.

21        Q.   Okay.  And if -- specifically to -- I'm

22   sorry.  I withdraw that question.

23             Do you help write the use-of-force

24   policy?

25        A.   No.

1       Q.    Okay.  So someone else writes the

2   policies and then you train on --

3       A.    The policies have been around for

4   years.  I haven't written any use-of-force policy

5   myself.

6           Now, when there is a change of a

7   use-of-force policy, it will be sent to me.  And

8   if I agree with it, then I'll write whether I

9   agree or disagree.

10          Ultimately, the chief of police makes

11  those decisions.

12      Q.    Okay.

13      A.    I can make recommendations, but it's

14  not my decision.

15      Q.    Okay.  And if you are training on

16  chemical spray -- which is level 2 use of force,

17  correct?

18      A.    Yes.

19      Q.    Okay.  What do you train -- how do you

20  train the officers on the use of mace?

21      A.    Well, we don't actually handle

22  use-of-mace training through the division.  Our

23  ordnance bureau does.

24          Now, we talk about mace and the proper

25  way of deploying mace.  And there's just

9

1    techniques to use to make sure that you're

2    accurate in your deployment and how to protect

3    yourself during deployment.  But that's actually

4    handled by Doug Former (phonetic) in the ordnance

5    staff.

6         Q.    Okay.  So what -- what does the

7    ordnance staff do?

8         A.    ordnance is firearms.

9         Q.    Okay.

10        A.    They handle firearms and the firearms

11   training and all that sort of thing.

12        Q.    Okay.  So would they like handle mace,

13   Tasers, and actual firearms?

14        A.    No.  We handle Tasers.

15              They only handle mace because that's

16   where the supply of mace is stockpiled.  So when

17   people -- when officers run out of mace, they go

18   there to -- to get a new can of mace.

19        Q.    Okay.

20        A.    And it was just decided a couple years

21   ago it would be best if they handle the training

22   on that.  So they come in and train the recruits

23   for one day on mace.

24              And then when they -- every year,

25   officers get one -- one recertification class

1    through ordnance when they go out for firearms

2    training also.  They'll come through and get a

3    recertification class on deploying mace once --

4    once a year.

5         Q.   Okay.  So there's -- just to be clear,

6    there's no mace training at all in your unit, or

7    is there some mace training?

8         A.   We'll -- we'll use mace scenario

9    training.

10        Q.   Okay.

11        A.   We have -- we have scenario mace that's

12   inert.

13             Okay.  We'll give those to officers to

14   use.  And there will be times when they use that.

15   And we'll tell them if it was a right or wrong

16   deployment.

17             So we do train mace in that regard.  We

18   just don't certify officers in mace, and we don't

19   handle the mace.  We don't stockpile the mace

20   that we have.  We don't handle certifications on

21   mace.

22        Q.   Okay.  And how far away from a

23   suspect's face is an officer supposed to deploy

24   the mace?

25        A.   Point-blank, up to two inches, I would

1    say.

2        Q.   Okay.  And what about directly touching

3    the mace bottle in someone's eye?

4        A.   That's not trained.

5        Q.   Okay.  Would that be --

6        A.   You mean the canister itself touching

7    the eye ball?

8        Q.   Yes.

9        A.   No, we don't train that.

10       Q.   Okay.  So would that be inappropriate

11   use of force then?

12       A.   It would depend on many circumstances,

13   many factors, you know, what -- what was the

14   suspect doing at the time, how did that come

15   about, you know, that it was deployed in that

16   manner.  I mean, I can't say if it was

17   inappropriate or not.

18       Q.   Do you all have a part in reviewing --

19   how you said it would depend on the

20   circumstances, does your unit review uses of

21   force with, I guess, other supervisors to see if

22   it was a compliant -- if an officer's use of

23   force was in compliance?

24       A.   No.

25       Q.   Okay.  And you all train on taking

1    suspects out of a car; is that correct?

2         A.   Yes.  Vehicle extractions, yes.

3         Q.   Okay.  And do you do the law portion of

4    it or just the physical, this is how you get

5    someone out of the car, or do you do the -- this

6    is why you would get someone out of a car?

7         A.   Just the physical --

8         Q.   Okay.

9         A.   -- tactical --

10        Q.   Okay.

11        A.   -- portion of it, yes.

12        Q.   So on the physical side, if an officer

13   decides to take someone out of a car, what would

14   be the proper technique for that?

15        A.   Well, there's several techniques.  It

16   depends on the suspect's behavior.

17        Q.   If they're compliant.  I'm sorry.  If

18   it's a compliant suspect, what would be the

19   proper technique?

20        A.   How would you describe compliant?

21        Q.   If they're --

22        A.   What is compliant?

23        Q.   -- doing what the officer says.

24        A.   Okay.

25        Q.   So, hey, can you get out of the car;

13

1   open the door, start to get out.  What would

2   be --

3        A.   Well, typically, it depends on whether

4   or not the suspect's going to be arrested right

5   away or not, okay, as opposed to if they're not.

6             Now, if they're compliant, and they're

7   not under arrest at that point, we would ask --

8   we take hold of an arm and ask them to step out

9   of the car.  Okay?  And we would keep them in the

10  doorjamb if we can, okay; so where the meeting

11  comes together on the door.

12            And then we would conduct a pat-down,

13  starting with the most immediate area, and then

14  pat down.  And then it all depends on the

15  circumstances on whether or not there's a

16  pat-down or not.  But that's typical.

17            And then we would take them in what's

18  called an escort position, which is two hands,

19  one around the wrist and one around the elbow,

20  and escort them back to the cruiser.

21       Q.   Okay.  And do you let them know what

22  you're doing at that time, I'm going to pat you

23  down, I'm going touch your arms now?

24       A.   No.  We don't -- we don't give them a

25  verbal step-by-step on what's going to happen.  I

1   mean, if they ask for it, we will tell them.

2       Q.   Okay.  If they ask, why are you taking

3   me out of a car, are you supposed to tell them?

4       A.   Depends on the circumstances.  We're

5   not required to tell them.

6       Q.   And if someone is in a truck -- I'm

7   going to show you what's been marked as

8   Defendants' Deposition Exhibit 1.

9       If someone is stepping out of a truck

10   like this, where would -- what would be the

11   officer -- where would the officer, I guess,

12   first, in training, touch the suspect?

13       MS. LLOYD:  I'm going to object as to

14     form.

15       A.   The officer would be trained to stand

16   behind the doorjamb, the pillar of the door.

17   BY MS. BRATTON:

18       Q.   So on (indicating) --

19       A.   No, ma'am.  Behind where -- if you look

20   at the -- the person in the vehicle there --

21       Q.   Yes.

22       A.   -- his left elbow, standing just --

23       Q.   Oh, okay.

24       A.   -- to the rear of that.

25       Q.   Okay.  Toward the back?

1        A.    Yes.

2        Q.    So it would be driver's side, toward

3   back-tire side?

4        A.    Yes.

5        Q.    Okay.  They would be positioned there.

6        A.    And before the person stepped out of

7   the car, they would reach with their left hand

8   and place it around the wrist, and with their

9   right hand place it around the elbow, and then

10  escort them up out of the car, keeping them faced

11  towards the -- the door, and then conduct a

12  pat-down right there.

13       Q.    Okay.  So they would, basically, have

14  them turn around then?

15       A.    And again, this is a completely non --

16  non -- or a completely compliant, low-level crime

17  incident.

18       Q.    Yeah.  If it was a high-level crime

19  incident, like a burglary, what would be

20  different about how you would get someone out?

21       A.    We would remove them at gunpoint.

22       Q.    Even if you didn't know if they were

23  involved in the burglary and they were -- they

24  weren't under arrest, they were just being

25  investigated?

16

1      A.  Well, if it's a burglary suspect,

2  okay -- a burglary suspect, we may remove them at

3  gunpoint.

4      If it's somebody we're not sure what

5  their involvement is, we may approach them, take

6  them out cautiously.

7      Q.  Okay.  And if you -- is there any time

8  that you would allow an officer -- let me

9  withdraw that.

10      Are there any situations in which

11  officers are trained to not guide an individual

12  out of a car?

13      A.  No.

14      Q.  Okay.  So if an officer just lets

15  somebody walk out of the car, that would be

16  against training?

17      A.  We would prefer that they not do that,

18  yes.

19      Q.  Okay.  And would that be -- is there a

20  policy about it?

21      A.  There's no policy, but there's a lesson

22  plan.

23      Q.  Okay.  And then if someone does not

24  have both feet out of the ground -- or on the

25  ground and just one foot out, what is your -- I

1   guess, how would they be trained on getting

2   someone out --

3           MS. LLOYD:  Objection as to form.

4   BY MS. BRATTON:

5       Q.   -- if you can understand.  If you don't

6   understand, I can rephrase it.

7       A.   Rephrase it, please.

8       Q.   Yes.  So looking at Defendants'

9   Exhibit 1, it's -- Mr. Phillips has a pickup

10  truck.  And the pickup truck doesn't have -- I

11  guess I'll call it the step stool piece --

12      A.   Uh-huh.

13      Q.   -- so there's height to it.

14      A.   Uh-huh.

15      Q.   You -- so if one foot is out, and

16  Mr. Phillips is supposed to turn around before he

17  gets out, how do you -- how is an officer trained

18  to assist him so that -- I guess, so that he

19  doesn't fall?

20          MS. LLOYD:  And I'm going to object as

21      to the form of the question.

22      A.   Well, if -- what's the name you gave?

23  BY MS. BRATTON:

24      Q.   Mr. Phillips.

25      A.   Okay.  If Mr. Phillips is being

1   compliant, completely compliant, like you

2   described before --

3       Q.   Yes.

4       A.   -- the procedure would be the same.

5       Q.   No, I understand.

6            What I'm saying is -- so he would

7   pivot, I want to say, I guess, midair, because if

8   one foot is in and one foot is out, when you grab

9   the suspect --

10      A.   Okay.  We're still going to take ahold

11  of the arm.  But I don't see any difference in us

12  taking ahold of the arm and Mr. Phillips

13  routinely exiting the car without us being there.

14  It would be the same.

15      Q.   Okay.  I'm not being clear.  I'm sorry.

16  That's me.

17           Would Mr. Phillips, in this situation,

18  be expected to turn around and face the inside of

19  the truck prior to putting a second foot down?

20           MS. LLOYD:  Again, I'm going to object

21       as to the form of that question.

22           Because   Mr. Phillips, in that

23       photograph, he's not in a situation.  I

24       think that was something done by you, taking

25       his photograph, or someone taking his

19

1        photograph.

2            A.    Answer?

3    BY MS. BRATTON:

4            Q.    Yeah.  If she doesn't direct you to

5    answer -- or not to answer, then you answer the

6    question.

7            A.    Okay.

8            Q.    And she'll make the objection for the

9    record.

10           A.    We -- well, I never said that we would

11   want him to face the inside of the truck.  We

12   want him to face the door -- the doorjamb, where

13   the door comes together with the car.

14           Q.    Okay.

15           A.    We would, again, take him by the left

16   wrist and left elbow, in the escort position,

17   assist him out of the car, and have him face the

18   doorjamb.

19           Q.    Okay.  So he would face --

20           A.    Where the door meets the car.

21           Q.    Okay.

22           A.    Yes.

23           Q.    And then can you tell me what the

24   double-leg takedown is?

25           A.    The double-leg takedown?

1          Q.    Yes.

2          A.    The double-leg takedown is where you

3     lower your level.  An officer lowers their level

4     and wraps both legs around -- or both arms around

5     both legs and takes the person to the ground.

6          Q.    And when you say lower the level,

7     they -- is that kneeling?

8          A.    On their knees.

9          Q.    Okay.

10         A.    On their knees, yes.

11         Q.    Okay.  And if a person is exiting a

12    vehicle -- compliant in exiting a vehicle, would

13    there be -- is there any training that allows an

14    officer to -- or that it wouldn't be -- let me

15    see how I can ask this question.

16              Would they be trained to grab someone's

17    legs as they're exiting the vehicle?

18         A.    Is there -- can I ask a question --

19         Q.    Yes.

20         A.    -- clarify a question?

21              There's no -- they're completely

22    physically compliant and completely verbally

23    compliant, correct?

24         Q.    Correct.

25         A.    Okay.  Well, a double-leg takedown is a

1    level 1 on our use-of-force continuum.

2         Q.   Okay.

3         A.   We have eight levels.  Okay?  So it's

4    the second-lowest level, right above our mere

5    presence at the scene.

6         Q.   Okay.

7         A.   Okay?  So if an officer would

8    articulate a reason for feeling this person needs

9    to be on the ground, based on their behavior,

10   then, yes, that would be within policy.

11        Q.   Okay.

12        A.    If there is no reason at all, no

13   defiance at all, they're completely cooperative,

14   then that would be against policy.

15        Q.   Okay.  And then once there is a

16   double-leg takedown and everybody falls to the

17   ground with the suspect, and a suspect falls face

18   forward, how are officers trained to handcuff the

19   suspect at that point?

20             MS. LLOYD:  I'm going to object as to

21        the form of question.

22        A.   There's many factors involved.  What is

23   the position of the body?  Where are the arms?

24   Is he kneeling?  Is he proned out?  Is he looking

25   at you or away from you?  Is he -- is he

1    screaming profanities?  Is he making it -- is he

2    wiggling his body so as not to have his arms

3    moved?  Is he tensing his muscles so as not to

4    get his arms behind his back?  I mean, there's

5    many things that a -- that a person can do in the

6    situation not to be handcuffed.

7           So if the officer were to merely take

8    him to the ground and there's absolutely no

9    resistance at all, the proper procedure would be

10   to take the most -- the closest arm, bring it

11   back behind the back, the other arm behind the

12   back, get the handcuffs on him as quickly as

13   possible.

14   BY MS. BRATTON:

15       Q.   Are officers trained to give a

16   suspect -- if a suspect fall on their -- face

17   forward, hands under them, are officers trained

18   to first say, put your arms behind your back, or,

19   give me your arms --

20       A.   Could --

21       Q.   -- to -- I'm sorry -- to give the

22   suspect time to comply?

23       A.   We're trained to give verbal commands.

24   We train our officers to give loud verbal

25   commands so the suspect knows exactly what we

1    expect of them.

2         Q.    Okay.   And -- and how long are -- or is

3    there any training around how long to give

4    someone to comply?

5         A.    Yes.   We call it the three-second rule.

6    A person has three seconds to comply.   If they

7    don't, then we try a different technique.

8         Q.    Okay.   And is that technique like going

9    up the use-of-force continuum, or would it be

10   asking a different question?

11        A.    Not necessarily.   Again, there's

12   many -- there's many factors involved in the

13   suspect's actions that would dictate whether or

14   not you escalate on the use-of-force continuum.

15             If they attempt a diff -- a same -- a

16   level that's similar to the level that you're

17   already attempting -- or you may escalate,

18   depending on how you articulate what had

19   happened.

20        Q.    Uh-huh.   So what would -- so when you

21   said, three-second rule, you would try a

22   different technique.   What would that -- can you

23   give me an example of what a different technique

24   would be that you would try?

25        A.    If I have a person on their feet and I

24

1    try -- I attempt an arm bar takedown, and as I'm

2    attempting to get them to the ground they pull

3    their arm into their side and I can't get them to

4    the ground, I would transition to a row

5    (phonetic) technique, which is a way of

6    separating that arm from the body and using their

7    forward momentum to get them to the ground.

8        Q.   And then are officers trained -- when

9    multiple officers are on the ground and they

10   can't see, is there any training around what

11   their actions should be in regard to handcuffing

12   or identifying -- let me go back -- in regard to

13   identifying the suspect on the ground?

14            MS. LLOYD:  I'm going to object as to

15       form.

16       A.   I don't understand what you mean by,

17   they can't see.

18   BY MS. BRATTON:

19       Q.   So in this particular case, there has

20   been testimony that it was dark outside, the

21   officers couldn't see -- couldn't see well, that

22   one of the officers almost -- or not even

23   almost -- grabbed an officer's arm, mistaking it

24   for Mr. Phillips's arm, and almost handcuffed

25   him.

1          Is there any training about, stop,

2    identify, make sure that the person you're

3    struggling with is the suspect?  Is there any --

4    what are they supposed to do, I guess, in that

5    situation?

6          MS. LLOYD:  I'm going to object to the

7          form of that question and to the

8          characterization of the previous testimony.

9          A.   Well, we tell our officers -- first of

10   all, we recognize it as fast evolving -- a tense,

11   fast evolving situation.

12         And we give them different techniques

13   for a maximum resister.  That's what we call it,

14   a person who is face down on the ground, arms

15   pinned underneath them, fighting, not wanting to

16   be handcuffed.  And we try to get officers to

17   cordon off the body.  So one officer would be

18   around the head, to stabilize the head, one on

19   each arm, one on the legs.

20         But -- but we also recognize that it

21   depends on the situation.  There may not be room

22   for all that, you know, depending where -- where

23   you're at.

24         We ask officers to use loud verbal

25   commands and to try to communicate as much as

26

1    possible with each other.  The fact that you

2    can't see, that -- that happens sometimes.  Areas

3    just aren't well lit.  I mean, we recognize that

4    as well.

5    BY MS. BRATTON:

6         Q.   Okay.  So I guess the -- I guess the

7    question I am asking is, is there anything in

8    the training, you know, stop, make sure you're on

9    one body part, somebody else is on another, just

10   so that you can identify the person you're

11   struggling is a suspect and not another

12   officer?

13        MS. LLOYD:  Again, objection as to the

14        form of the question.

15        A.   We -- again, we train our officers

16   to -- to take a different position on the body so

17   two officers aren't on one -- one part of the

18   body.  But we also recognize, during a tense,

19   fast evolving situation, that -- that may be the

20   case.

21        We also train our officers that we

22   don't know if a suspect's armed until we do a

23   search or a pat-down.  So that's always in the

24   back of their mind:  Is this person armed?

25        Is -- and usually, where most people

27

1  carry a weapon is their waistband.  So we know if

2  their arms are pinned underneath them, there is

3  chance they may come out with a gun or a knife,

4  which -- which escalates the situation for us

5  rapidly.  Okay?

6          So we -- we have to -- we have to be

7  aware that that's a possibility, there's a

8  potential they may be armed.

9  BY MS. BRATTON:

10     Q.   Okay.  Going back -- that made me think

11  of another question.

12          Going back, if someone has -- if you

13  walk up to a car, someone's in a car when you do

14  a stop, and their ID is in the back seat, is

15  there any training about what an officer is

16  supposed to do; supposed to shine a flashlight in

17  the back, or is there any --

18          MS. LLOYD:  Objection as to form.

19     A.   Well, again, we would want to slow this

20  down.  If the ID -- if the ID is in the back, it

21  would be best if the officer reached in and

22  retrieved the ID.

23  BY MS. BRATTON:

24     Q.   Okay.

25     A.   That's -- you keep the back seat

1  illuminated as much as possible, keep the

2  suspect -- or the person illuminated as much as

3  possible and then retrieve the ID in that

4  fashion.

5          And most people comply in that

6  situation.  Most people go along with the program

7  and say, yes, Officer, retrieve that ID.  You

8  know, they'll allow -- that's usually not a

9  problem.

10     Q.   And when -- how should an officer stop

11  a car if they are approaching, I guess, hood to

12  hood, in the car?

13     A.   How should they make a vehicle stop in

14  their car?

15     Q.   Yes.

16     A.   Well, we -- we train to try to do a

17  stop from the rear if at all possible.  But

18  that's not always possible.

19          Ideally, they would want to angle their

20  cruiser so, at least when they get out of the

21  cruiser, they have the engine block as cover.

22  Okay?

23          Because -- especially at nighttime, a

24  lot of times you can't see in the car.  We would

25  tell them -- to take the spotlight and illuminate

1       the inside of the car.  Try not to direct it

2       directly into the driver's eyes, but into a place

3       like on the passenger side so you can see the

4       inside of the car.

5               Use the take-down lights on top, and

6       make a safe approach.

7       Q.   Okay.  So when you illuminate the -- if

8       you pull in -- what was it, like catty-corner

9       kind of -- and you illuminate the light, you're

10      able to see inside of a subject's vehicle?

11      A.   Not always.  It depends on the type of

12      car, where they're at, the time -- what time of

13      day, the lighting.  It's not always possible to

14      see -- see at all or everything, but you make

15      every attempt.

16              You can also use your flashlight to

17      see.

18      Q.   Okay.  And do you get out of the car

19      prior to the car being stopped?

20      A.   You mean while the car is still

21      rolling?

22      Q.   Yes.  Do you stop a car -- no, sorry --

23      not the officer's car.

24              Do you stop a car on foot if you can

25      stop it, I guess, in the car?  Do you get out and

1    stop a car on foot?

2            Is that how officers are trained, I

3    guess would be the question.

4        A.   Is my cruiser right there?

5        Q.   Yes.

6        A.   Is the suspect's car moving?

7        Q.   Yes.

8        A.   We train officers not to position

9    themselves in front of a moving vehicle, if

10   that's what you're asking.

11       Q.   Okay.

12       A.   We don't do that.

13       Q.   Okay.

14       A.   That is one of our most dangerous stops

15   that we have to make, though, in front of the

16   stop.

17       Q.   And do you make decisions about

18   retraining or -- decisions about retraining?

19       A.   No.

20       Q.   Okay.  What about someone passing or

21   failing training?

22       A.   Yes.

23       Q.   Okay.  And what would be -- and if

24   someone fails a training, do they just have to

25   retake it or --

1          A.    It depends on what level.  Are we

2     talking recruits, at a recruit level, or at an

3     officer level?

4          Q.    At officer level.

5          A.    At officer level, they're remediated

6     and retrained.

7          Q.    Okay.  And have you ever supervised an

8     officer who was required to retake or to be

9     retrained on use of force?

10         A.    When I was patrol sergeant?

11         Q.    Yes.

12         A.    No.

13         Q.    Okay.  And in your position now, have

14    you encountered officers who had to be retrained

15    on use of force?

16         A.    Yes.

17         Q.    And what were those circumstances?

18               MS. LLOYD:  Objection as to form.

19         A.    I -- I had -- I'm trying to remember.

20    It's been a while.

21               I did have one where -- it was a -- it

22    was a bad situation all around.  But there was

23    shoplifting at a Lowe's.  And it ended up being a

24    felony shoplifting.  The car was stolen.  The

25    suspect ended up being a wanted felon.

32

```
 1              Officers -- officers boxed the car in.
 2    And as it was trying to leave with the wagon, it
 3    went up, the person threw the car in drive and
 4    tried to drive off.  The officers reached in.
 5              And from one side of the car, the
 6    officer was fighting over the gear shift, trying
 7    to get the car in park; other officer ended up
 8    having to dive through the passenger window
 9    because -- because the guy was trying to drive
10    away.
11              And the officer ends up falling out of
12    the car and getting run over by the car.
13    BY MS. BRATTON:
14         Q.   The driver or the passenger officer?
15         A.   The driver's side officer.
16         Q.   Okay.  So that's why the passenger
17    officer jumped --
18         A.   Dove in --
19         Q.   Okay.
20         A.   -- and had his hand on the gear shift,
21    fighting over the gear shift to keep it in
22    drive.
23              There was a Taser deployed by the
24    officer on the passenger side, which was
25    ineffective.
```

1          And the officer was retrained on diving

2 into that car.

3     Q.  Okay.  And do you make decisions on

4 whether force is necessary or excessive?

5     A.  No.

6          But we don't -- the Supreme Court says

7 that we don't speak of force in terms of the term

8 necessary.  It's reasonable.  Necessary isn't a

9 word.

10     Q.  Do you make decisions on reasonable

11 uses of force?

12     A.  No.

13     Q.  I might be done.

14          (A recess was taken from 12:20 to

15          12:26.)

16 BY MS. BRATTON:

17     Q.  This may or may not be within the

18 purview of your training.  But do you have

19 training -- do you conduct the training on when

20 officers are supposed to use the video and

21 mics?

22     A.  No.

23     Q.  Okay.  And the three-second rule you

24 spoke of, is that three seconds for full

25 compliance or three seconds to start complying?

1          A.   If the person is fully compliant,

2     there's no force being used at all.  So it would

3     be for a noncompliant person.

4          Q.   Okay.  What about if -- if someone -- a

5     door is open, someone -- you say, get out of the

6     car; they say, why do I have to get out of the

7     car; more than three seconds.

8               At that point, do you pull them out of

9     the car, or would you give another command and

10    say, get out of the car?

11         A.   It would depend on the situation and on

12    the type of crime you're investigating, what

13    you're suspicious of, the person's gestures or

14    mannerisms, their age, their sex, their size,

15    their body type.

16               There's a lot that's involved in

17    that.

18         Q.   Okay.  So there is training that if a

19    person -- and I'm going with a compliant person

20    at this point.  If a person is compliant but just

21    asking a question, and their hands and feet are

22    visible to you, based on the crime that you're

23    investigating, it would be okay to pull someone

24    out of the car?

25         A.   Yes.

1      Q.   And that's a policy of Columbus

2   Police?

3      A.   Yes.

4      Q.   And then when you are removing -- when

5   an officer is removing someone from a car -- and

6   we talked about, I guess, the rear -- is this

7   called the rear of the doorjamb?

8      A.   Or pillar, door pillar.

9      Q.   Okay.  Door pillar, and then this is

10  doorjamb?

11     A.   Yes.

12     Q.   Where are the officers, when they get

13  someone out, trained to stand; so if they're

14  guiding someone out of a car?

15          MS. LLOYD:  Objection as to form.

16     A.   They will stand the person up out of

17  the car and face them towards the doorjamb.  So

18  they're trained to stand at the rear of the

19  person and bring both hands behind their back.

20  BY MS. BRATTON:

21     Q.   Okay.  So they should be behind the

22  person, not on the side?

23     A.   They -- well, they're going to

24  eventually have to be on the side when they help

25  them up out of the car.  But if the person's

1    completely compliant, then that's not an issue.

2    They're going to do what they're directed to do.

3         Q.    Okay.  And I guess what I'm asking --

4    the question is, the officer is supposed to give

5    the person room to get out of the car?

6         A.    Yes.

7         Q.    Okay.

8              MS. BRATTON:  I think that's it.  Thank

9         you.

10              THE REPORTER:  Signature?

11              MS. LLOYD:  Oh, yes, please.

12

13                        _____

14                        SERGEANT JOHN CHEATHAM

15

16                              - - -

17              DEPOSITION ADJOURNED AT 12:30 P.M.

18                              - - -

19

20

21

22

23

24

25

37

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF OHIO       :
                          :  SS
 4    COUNTY OF HAMILTON  :

 5             I, Wendy Scott, the undersigned, a duly

 6    qualified and commissioned notary public within

 7    and for the State of Ohio, do certify that before

 8    the giving of his deposition, SERGEANT JOHN

 9    CHEATHAM was by me first duly sworn to depose the

10    truth, the whole truth and nothing but the truth;

11    that the foregoing is the deposition given at

12    said time and place by SERGEANT JOHN CHEATHAM;

13    that I am neither a relative of nor employee of

14    any of the parties or their counsel, and have no

15    interest whatever in the result of the action.

16             IN WITNESS WHEREOF, I hereunto set my hand

17    and official seal of office at Cincinnati, Ohio,

18    this 6th day of October 2017.

19

20    _____

21    Wendy Scott
      Notary Public - State of Ohio
22    My commission expires September 3, 2022

23

24

25
```

38

```
1              E R R A T A   S H E E T

2         DEPOSITION OF:  SERGEANT JOHN CHEATHAM
                 TAKEN:  SEPTEMBER 26, 2017
3

4    Please make the following corrections to my
     deposition transcript:
5

6    Page  Line Number              Correction Made

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24

25   _____    _____
     Witness Signature               Date
```

39

## 1

**1** 14:8 17:9 21:1
**12:20** 33:14
**12:26** 33:15
**12:30** 36:16

## 2

**2** 8:16
**27** 5:21

## A

**ability** 5:2
**able** 29:10
**absolutely** 22:8
**accurate** 9:2
**actions** 23:13 24:11
**active** 7:10
**actual** 9:13
**ADJOURNED** 36:16
**age** 34:14
**agency** 6:1
**ago** 9:21
**agree** 8:8,9
**ahold** 18:10,12
**allow** 16:8 28:8
**allows** 20:13
**angle** 28:19
**answer** 19:2,5
**approach** 16:5 29:6
**approaching** 28:11
**area** 13:13
**Areas** 26:2
**arm** 13:8 18:11,12 22:10,
   11 24:1,3,6,23,24 25:19
**armed** 26:22,24 27:8
**arms** 13:23 20:4 21:23
   22:2,4,18,19 25:14 27:2
**arrest** 13:7 15:24
**arrested** 13:4
**articulate** 21:8 23:18
**asking** 23:10 26:7 30:10
   34:21 36:3
**assigned** 6:21
**assignment** 5:5
**assist** 6:20 17:18 19:17
**attempt** 23:15 24:1 29:15
**attempting** 23:17 24:2
**aware** 27:7

## B

**back** 13:20 14:25 22:4,11,
   12,18 24:12 26:24 27:10,
   12,14,17,20,25 35:19
**back-tire** 15:3
**bad** 31:22
**ball** 11:7
**bar** 24:1
**based** 21:9 34:22
**basically** 15:13
**baton** 7:13,14
**behavior** 12:16 21:9
**belong** 7:1
**best** 9:21 27:21
**block** 28:21
**body** 21:23 22:2 24:6
   25:17 26:9,16,18 34:15
**bottle** 11:3
**boxed** 32:1
**BRATTON** 4:5 14:17
   17:4,23 19:3 22:14 24:18
   26:5 27:9,23 32:13 33:16
   35:20 36:8
**break** 4:24,25
**bring** 6:18 22:10 35:19
**brought** 6:22
**building** 7:9
**bureau** 5:7 8:23
**burglary** 15:19,23 16:1,2

## C

**call** 17:11 23:5 25:13
**called** 13:18 35:7
**canister** 11:6
**car** 12:1,5,6,13,25 13:9
   14:3 15:7,10 16:12,15
   18:13 19:13,17,20 27:13
   28:11,12,14,24 29:1,4,12,
   18,19,20,22,23,24,25
   30:1,6 31:24 32:1,3,5,7,12
   33:2 34:6,7,9,10,24 35:5,
   14,17,25 36:5
**carry** 27:1
**case** 24:19 26:20
**catty-corner** 29:8
**cautiously** 16:6
**certifications** 10:20
**certified** 6:18 7:1
**certify** 10:18
**chance** 27:3
**change** 8:6
**characterization** 25:8

**charge** 5:7
**chases** 7:9
**Cheatham** 4:1,8,9 36:13
**chemical** 8:16
**chief** 8:10
**Christopher** 4:8
**circumstances** 11:12,20
   13:15 14:4 31:17
**clarify** 20:20
**class** 9:25 10:3
**classes** 6:11
**clear** 10:5 18:15
**closed** 7:18
**closed-hand** 7:18,19
**closest** 22:10
**Columbus** 4:14 5:5 6:1
   35:1
**come** 6:20 9:22 10:2 11:14
   27:3
**comes** 13:11 19:13
**command** 34:9
**commands** 22:23,25 25:25
**communicate** 25:25
**completely** 15:15,16 18:1
   20:21,22 21:13 36:1
**compliance** 11:23 33:25
**compliant** 11:22 12:17,18,
   20,22 13:6 15:16 18:1
   20:12,22,23 34:1,19,20
   36:1
**comply** 22:22 23:4,6 28:5
**complying** 33:25
**concentrate** 5:2
**conduct** 13:12 15:11 33:19
**consists** 6:16
**continuum** 21:1 23:9,14
**control** 7:8
**convoluted** 4:21
**cooperative** 21:13
**cordon** 25:17
**correct** 8:17 12:1 20:23,24
**count** 5:23
**couple** 9:20
**Court** 33:6
**cover** 28:21
**crew** 6:24
**crime** 15:16,18 34:12,22
**cruiser** 13:20 28:20,21
   30:4
**current** 5:4

## D

**dangerous** 30:14

**dark** 24:20
**day** 9:23 29:13
**decided** 9:20
**decides** 12:13
**decision** 8:14
**decisions** 8:11 30:17,18
  33:3,10
**defendant** 4:2
**Defendants'** 14:8 17:8
**defensive** 5:6,7 6:6,7,16,
  19,25 7:4
**defiance** 21:13
**depend** 11:12,19 34:11
**depending** 23:18 25:22
**depends** 12:16 13:3,14
  14:4 25:21 29:11 31:1
**deploy** 10:23
**deployed** 11:15 32:23
**deploying** 8:25 10:3
**deployment** 9:2,3 10:16
**deposed** 4:3
**deposition** 4:15 14:8 36:16
**describe** 12:20
**described** 18:2
**dictate** 23:13
**diff** 23:15
**difference** 18:11
**different** 15:20 23:7,10,22,
  23 25:12 26:16
**direct** 19:4 29:1
**directed** 36:2
**directly** 11:2 29:2
**disagree** 8:9
**dive** 32:8
**diving** 33:1
**division** 4:14 8:22
**doing** 11:14 12:23 13:22
**door** 13:1,11 14:16 15:11
  19:12,13,20 34:5 35:8,9
**doorjamb** 13:10 14:16
  19:12,18 35:7,10,17
**double-leg** 19:24,25 20:2,
  25 21:16
**Doug** 9:4
**Dove** 32:18
**drive** 32:3,4,9,22
**driver** 32:14
**driver's** 15:2 29:2 32:15
**driving** 7:10
**duly** 4:2
**duties** 6:22

**E**

**eight** 21:3
**elbow** 7:20 13:19 14:22
  15:9 19:16
**employed** 4:10,11 5:9,25
**encountered** 31:14
**ended** 31:23,25 32:7
**ends** 32:11
**enforcement** 6:1
**engine** 28:21
**entire** 6:15
**escalate** 23:14,17
**escalates** 27:4
**escort** 13:18,20 15:10
  19:16
**especially** 28:23
**eventually** 35:24
**everybody** 21:16
**evolving** 25:10,11 26:19
**exactly** 22:25
**EXAMINATION** 4:4
**examined** 4:3
**example** 23:23
**excessive** 33:4
**Exhibit** 14:8 17:9
**exiting** 18:13 20:11,12,17
**expect** 23:1
**expected** 18:18
**extractions** 12:2
**eye** 11:3,7
**eyes** 29:2

**F**

**face** 10:23 18:18 19:11,12,
  17,19 21:17 22:16 25:14
  35:17
**faced** 15:10
**fact** 26:1
**factors** 11:13 21:22 23:12
**failing** 30:21
**fails** 30:24
**fall** 17:19 22:16
**falling** 32:11
**falls** 21:16,17
**far** 10:22
**fashion** 28:4
**fast** 25:10,11 26:19
**feeling** 21:8
**feet** 16:24 23:25 34:21
**felon** 31:25
**felony** 31:24

**Fifteen** 5:19
**fighting** 25:15 32:6,21
**firearms** 9:8,10,13 10:1
**first** 14:12 22:18 25:9
**fist** 7:19
**five** 5:17
**flashlight** 7:16 27:16
  29:16
**follows** 4:3
**foot** 7:9,20 16:25 17:15
  18:8,19 29:24 30:1
**force** 5:21 8:16 11:11,21,
  23 31:9,15 33:4,7,11 34:2
**form** 14:14 17:3,21 18:21
  21:21 24:15 25:7 26:14
  27:18 31:18 35:15
**Former** 9:4
**forward** 21:18 22:17 24:7
**front** 30:9,15
**full** 33:24
**fully** 34:1

**G**

**gear** 32:6,20,21
**gestures** 34:13
**getting** 17:1 32:12
**give** 10:13 13:24 22:15,19,
  21,23,24 23:3,23 25:12
  34:9 36:4
**go** 9:17 10:1 24:12 28:6
**going** 13:4,22,23,25 14:7,
  13 17:20 18:10,20 21:20
  23:8 24:14 25:6 27:10,12
  34:19 35:23 36:2
**grab** 18:8 20:16
**grabbed** 24:23
**ground** 16:24,25 20:5
  21:9,17 22:8 24:2,4,7,9,13
  25:14
**groups** 6:21
**guess** 11:21 14:11 17:1,11,
  18 18:7 25:4 26:6 28:11
  29:25 30:3 35:6 36:3
**guide** 16:11
**guiding** 35:14
**gun** 27:3
**gunpoint** 15:21 16:3
**guy** 32:9

**H**

**half** 5:10
**hand** 15:7,9 32:20
**handcuff** 21:18

41

**handcuffed** 22:6 24:24
  25:16
**handcuffing** 24:11
**handcuffs** 22:12
**handle** 8:21 9:10,12,14,15,
  21 10:19,20
**handled** 9:4
**hands** 13:18 22:17 34:21
  35:19
**happen** 13:25
**happened** 23:19
**happens** 26:2
**head** 25:18
**height** 17:13
**help** 6:22 7:23 35:24
**hey** 12:25
**high-level** 15:18
**hold** 13:8
**hood** 28:11,12

**I**

**ID** 27:14,20,22 28:3,7
**Ideally** 28:19
**identify** 25:2 26:10
**identifying** 24:12,13
**illuminate** 28:25 29:7,9
**illuminated** 28:1,2
**immediate** 13:13
**impaired** 5:2
**inappropriate** 11:10,17
**inches** 10:25
**incident** 15:17,19
**indicating** 14:18
**individual** 16:11
**ineffective** 32:25
**inert** 10:12
**inside** 18:18 19:11 29:1,4,
  10
**instructors** 6:17,19
**investigated** 15:25
**investigating** 34:12,23
**involved** 15:23 21:22
  23:12 34:16
**involvement** 16:5
**issue** 36:1

**J**

**John** 4:1,8 36:13
**joint** 7:8
**jumped** 32:17

**K**

**keep** 13:9 27:25 28:1
  32:21
**keeping** 15:10
**kind** 29:9
**knee** 7:20
**kneeling** 20:7 21:24
**knees** 20:8,10
**knife** 27:3
**know** 4:22,25 11:13,15
  13:21 15:22 25:22 26:8,22
  27:1 28:8
**knows** 22:25

**L**

**large** 6:21
**law** 6:1 12:3
**leave** 32:2
**left** 14:22 15:7 19:15,16
**legs** 20:4,5,17 25:19
**lesson** 16:21
**level** 8:16 20:3,6 21:1,4
  23:16 31:1,2,3,4,5
**levels** 21:3
**light** 29:9
**lighting** 29:13
**lights** 29:5
**lit** 26:3
**LLOYD** 14:13 17:3,20
  18:20 21:20 24:14 25:6
  26:13 27:18 31:18 35:15
  36:11
**long** 5:8,15 23:2,3
**look** 14:19
**looking** 17:8 21:24
**lot** 7:11 28:24 34:16
**loud** 22:24 25:24
**low-level** 15:16
**Lowe's** 31:23
**lower** 20:3,6
**lowers** 20:3

**M**

**ma'am** 14:19
**mace** 8:20,24,25 9:12,15,
  16,17,18,23 10:3,6,7,8,11,
  17,18,19,21,24 11:3
**making** 22:1
**manipulations** 7:9
**manner** 11:16
**mannerisms** 34:14

**marked** 14:7
**maximum** 25:13
**mean** 11:6,16 14:1 22:4
  24:16 26:3 29:20
**meeting** 13:10
**meets** 19:20
**mere** 21:4
**merely** 22:7
**mics** 33:21
**midair** 18:7
**military** 6:4
**mind** 26:24
**mistaking** 24:23
**momentum** 24:7
**moved** 22:3
**moving** 30:6,9
**multiple** 24:9
**muscles** 22:3

**N**

**name** 4:6 17:22
**necessarily** 23:11
**necessary** 33:4,8
**need** 4:24
**needs** 21:8
**never** 19:10
**new** 9:18
**nighttime** 28:23
**non** 15:15,16
**noncompliant** 34:3
**normally** 6:19

**O**

**object** 14:13 17:20 18:20
  21:20 24:14 25:6
**objection** 17:3 19:8 26:13
  27:18 31:18 35:15
**officer** 5:14,18 10:23
  12:12,23 14:11,15 16:8,14
  17:17 20:3,14 21:7 22:7
  25:17 26:12 27:15,21
  28:7,10 31:3,4,5,8 32:6,7,
  11,14,15,17,24 33:1 35:5
  36:4
**officer's** 11:22 24:23
  29:23
**officers** 8:20 9:17,25
  10:13,18 16:11 21:18
  22:15,17,24 24:8,9,21,22
  25:9,16,24 26:15,17,21
  30:2,8 31:14 32:1,4 33:20
  35:12
**Oh** 14:23 36:11

**okay** 4:9,15,18,20,23 5:4,
8,11,15,18,20,25 6:14 7:3,
12,15,17,21 8:1,12,15,19
9:6,9,12,19 10:5,10,13,22
11:2,5,10,25 12:3,8,10,24
13:5,9,10,21 14:2,23,25
15:5,13 16:2,7,14,19,23
17:25 18:10,15 19:7,14,
19,21 20:9,11,25 21:2,3,6,
7,11,15 23:2,8 26:6 27:5,
10,24 28:22 29:7,18
30:11,13,20,23 31:7,13
32:16,19 33:3,23 34:4,18,
23 35:9,21 36:3,7
**once** 10:3,4 21:15
**open** 13:1 34:5
**opposed** 13:5
**ordnance** 8:23 9:4,7,8
10:1
**outside** 24:20
**oversee** 6:15

**P**

**P.M.** 36:16
**park** 32:7
**part** 11:18 26:9,17
**particular** 24:19
**passenger** 29:3 32:8,14,16,
24
**passing** 30:20
**pat** 13:14,22
**pat-down** 13:12,16 15:12
26:23
**patrol** 5:12,14,15,18 6:20,
22 31:10
**people** 9:17 26:25 28:5,6
**person** 14:20 15:6 20:5,11
21:8 22:5 23:6,25 25:2,14
26:10,24 28:2 32:3 34:1,3,
19,20 35:16,19,22 36:5
**person's** 34:13 35:25
**personnel** 6:25
**Phillips** 17:9,16,24,25
18:12,17,22
**Phillips's** 24:24
**phonetic** 9:4 24:5
**photograph** 18:23,25 19:1
**physical** 12:4,7,12
**physically** 20:22
**pickup** 17:9,10
**piece** 17:11
**pillar** 14:16 35:8,9
**pinned** 25:15 27:2
**pivot** 18:7

**place** 15:8,9 29:2
**plan** 16:22
**please** 4:7 17:7 36:11
**point** 13:7 21:19 34:8,20
**Point-blank** 10:25
**points** 7:8
**police** 4:13,14 5:5 6:2 8:10
35:2
**policies** 8:2,3
**policy** 7:6,24 8:4,7 16:20,
21 21:10,14 35:1
**portion** 12:3,11
**position** 5:9 13:18 19:16
21:23 26:16 30:8 31:13
**positioned** 15:5
**possibility** 27:7
**possible** 22:13 26:1 28:1,3,
17,18 29:13
**potential** 27:8
**prefer** 16:17
**presence** 21:5
**pressure** 7:8
**previous** 25:8
**prior** 5:11,13 6:1 18:19
29:19
**prisoner** 7:8
**problem** 28:9
**procedure** 7:6 18:4 22:9
**profanities** 22:1
**program** 6:15 28:6
**proned** 21:24
**proper** 8:24 12:14,19 22:9
**protect** 9:2
**pull** 24:2 29:8 34:8,23
**purview** 33:18
**put** 22:18
**putting** 18:19

**Q**

**question** 4:21 7:22 17:21
18:21 19:6 20:15,18,20
21:21 23:10 25:7 26:7,14
27:11 30:3 34:21 36:4
**quickly** 22:12

**R**

**rapidly** 27:5
**reach** 15:7
**reached** 27:21 32:4
**rear** 14:24 28:17 35:6,7,18
**reason** 5:1 21:8,12
**reasonable** 33:8,10

**recertification** 9:25 10:3
**recess** 33:14
**recognize** 25:10,20 26:3,
18
**recommendations** 8:13
**record** 4:7 19:9
**recruit** 31:2
**recruits** 7:2 9:22 31:2
**regard** 10:17 24:11,12
**remediated** 31:5
**remember** 31:19
**remove** 15:21 16:2
**removing** 35:4,5
**rephrase** 4:22 17:6,7
**REPORTER** 36:10
**required** 14:5 31:8
**resistance** 22:9
**resister** 25:13
**retake** 30:25 31:8
**retrained** 31:6,9,14 33:1
**retraining** 30:18
**retrieve** 28:3,7
**retrieved** 27:22
**review** 11:20
**reviewing** 11:18
**right** 10:15 13:4 15:9,12
21:4 30:4
**rolling** 29:21
**room** 25:21 36:5
**routinely** 18:13
**row** 24:4
**rule** 23:5,21 33:23
**run** 9:17 32:12

**S**

**safe** 29:6
**saying** 18:6
**says** 12:23 33:6
**scenario** 7:7 10:8,11
**scene** 21:5
**screaming** 22:1
**search** 26:23
**searches** 7:10
**seat** 27:14,25
**second** 18:19
**second-lowest** 21:4
**seconds** 23:6 33:24,25
34:7
**see** 11:21 18:11 20:15
24:10,17,21 26:2 28:24
29:3,10,14,17
**sent** 8:7
**separate** 6:11

**separating** 24:6
**sergeant** 4:1,8,9,13 5:6,12, 16 31:10 36:13
**sex** 34:14
**she'll** 19:8
**shift** 32:6,20,21
**shine** 27:16
**shooter** 7:10
**shoplifting** 31:23,24
**show** 14:7
**side** 12:12 15:2,3 24:3 29:3 32:5,15,24 35:22,24
**Signature** 36:10
**similar** 23:16
**situation** 18:17,23 22:6 25:5,11,21 26:19 27:4 28:6 31:22 34:11
**situations** 16:10
**size** 34:14
**slow** 27:19
**somebody** 16:4,15 26:9
**someone's** 11:3 20:16 27:13
**sorry** 7:22 12:17 18:15 22:21 29:22
**sort** 9:11
**speak** 4:18 33:7
**specialize** 7:5,7
**specifically** 7:21
**spoke** 33:24
**spotlight** 28:25
**spray** 8:16
**stabilize** 25:18
**staff** 9:5,7
**stand** 14:15 35:13,16,18
**standing** 14:22
**start** 13:1 33:25
**starting** 13:13
**state** 4:6
**step** 13:8 17:11
**step-by-step** 13:25
**stepped** 15:6
**stepping** 14:9
**stockpile** 10:19
**stockpiled** 9:16
**stolen** 31:24
**stool** 17:11
**stop** 25:1 26:8 27:14 28:10,13,17 29:22,24,25 30:1,16
**stopped** 29:19
**stops** 30:14
**strikes** 7:8,18,19

**striking** 7:12
**struggling** 25:3 26:11
**subject's** 29:10
**subjects** 6:11
**supervised** 31:7
**supervisors** 11:21
**supply** 9:16
**supposed** 10:23 14:3 17:16 25:4 27:16 33:20 36:4
**Supreme** 33:6
**sure** 9:1 16:4 25:2 26:8
**suspect** 11:14 12:18 14:12 16:1,2 18:9 21:17,19 22:16,22,25 24:13 25:3 26:11 28:2 31:25
**suspect's** 10:23 12:16 13:4 23:13 26:22 30:6
**suspects** 12:1
**suspicious** 34:13
**sworn** 4:2

**T**

**tactical** 12:9
**tactics** 5:6,7 6:6,7,16,19,25 7:4
**take** 4:24 12:13 13:8,17 16:5 18:10 19:15 22:7,10 26:16 28:25
**take-down** 29:5
**take-downs** 7:9
**takedown** 19:24,25 20:2, 25 21:16 24:1
**taken** 4:16 33:14
**takes** 20:5
**talk** 8:24
**talked** 35:6
**talking** 31:2
**Taser** 7:7 32:23
**Tasers** 9:13,14
**teach** 6:23
**teaches** 6:12
**technique** 12:14,19 23:7,8, 22,23 24:5
**techniques** 9:1 12:15 25:12
**tell** 7:3 10:15 14:1,3,5 19:23 25:9 28:25
**tense** 25:10 26:18
**tensing** 22:3
**term** 33:7
**terms** 33:7
**testimony** 24:20 25:8

**Thank** 36:8
**thing** 9:11
**things** 22:5
**think** 18:24 27:10 36:8
**three** 23:6 33:24,25 34:7
**three-second** 23:5,21 33:23
**threw** 32:3
**time** 11:14 13:22 16:7 22:22 29:12
**times** 10:14 28:24
**today** 5:2
**top** 29:5
**touch** 13:23 14:12
**touching** 11:2,6
**train** 6:6,10,13 8:2,19,20 9:22 10:17 11:9,25 22:24 26:15,21 28:16 30:8
**trained** 11:4 14:15 16:11 17:1,17 20:16 21:18 22:15,17,23 24:8 30:2 35:13,18
**trainer** 6:12
**trainers** 6:8
**training** 6:24 7:1,4,7 8:15, 22 9:11,21 10:2,6,7,9 14:12 16:16 20:13 23:3 24:10 25:1 26:8 27:15 30:21,24 33:18,19 34:18
**transition** 24:4
**trial** 4:18
**tried** 32:4
**truck** 14:6,9 17:10 18:19 19:11
**try** 23:7,21,24 24:1 25:16, 25 28:16 29:1
**trying** 31:19 32:2,6,9
**turn** 15:14 17:16 18:18
**Twenty-two** 5:22,24
**two** 6:17 10:25 13:18 26:17
**type** 29:11 34:12,15
**typical** 13:16
**typically** 6:21 13:3

**U**

**Uh-huh** 17:12,14 23:20
**Ultimately** 8:10
**underneath** 25:15 27:2
**understand** 4:19 17:5,6 18:5 24:16
**unit** 6:16 10:6 11:20
**use** 8:16,20 9:1 10:8,14 11:11,22 25:24 29:5,16

31:9,15 33:20
**use-of-force** 7:5,6,23 8:4,7
21:1 23:9,14
**use-of-mace** 8:22
**uses** 11:20 33:11
**usually** 26:25 28:8

———————————
**V**
———————————

**vehicle** 12:2 14:20 20:12,
17 28:13 29:10 30:9
**verbal** 13:25 22:23,24
25:24
**verbally** 20:22
**video** 33:20
**visible** 34:22

———————————
**W**
———————————

**wagon** 32:2
**waistband** 27:1
**walk** 16:15 27:13
**want** 18:7 19:11,12 27:19
28:19
**wanted** 31:25
**wanting** 25:15
**way** 8:25 24:5
**we'll** 4:25 10:8,13,15
**we're** 14:4 16:4 18:10
22:23
**weapon** 27:1
**went** 32:3
**weren't** 15:24
**wiggling** 22:2
**window** 32:8
**withdraw** 7:22 16:9
**word** 33:9
**work** 6:19
**wouldn't** 20:14
**wraps** 20:4
**wrist** 13:19 15:8 19:16
**write** 7:23 8:8
**writes** 8:1
**written** 8:4
**wrong** 10:15

———————————
**Y**
———————————

**Yeah** 15:18 19:4
**year** 5:10 9:24 10:4
**years** 5:17,19,22,24 8:4
9:20