**Officer Adam Groves**

September 26, 2017

DALE PHILLIPS

vs.

KAREN BLAIR, et al.

Case No. 2:16-CV-880



513-233-3000
877.233.4403
FAX: 513-233-2310
depo@elitereportingagency.com

www.elitereportingagency.com

```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                   WESTERN DIVISION

 4

 5    _____
                                      )
 6    DALE PHILLIPS,                  )
                                      )
 7          Plaintiff,                )
                                      ) CASE NO.
 8                 vs.                ) 2:16-CV-880
                                      )
 9    KAREN BLAIR, et al.,            )
                                      )
10          Defendants.               )
      _____)
11

12

13

14

15       Deposition of:  OFFICER ADAM GROVES

16       Pursuant to:    Notice

17       Date and Time:  Tuesday, September 26, 2017
                         9:05 a.m.
18       Place:          Office of Columbus
                            City Attorney
19                         Richard C. Pfeiffer, Jr.
                         77 North Front Street
20                       Columbus, Ohio  43215

21       Reporter:       Wendy Haehnle
                         Notary Public - State
22                                 of Ohio

23

24

25
```

2

1    APPEARANCES OF COUNSEL:

2

3         For the plaintiff:

4             Janaya Trotter Bratton, Esq.
                  of
5             Gerhardstein & Branch Co., LPA
              441 Vine Street
6             Suite 3400
              Cincinnati, Ohio  45202
7             513.621.9100
              jtbratton@gbfirm.com
8

9

10        For the defendants:

11            Paula Jennings Lloyd, Esq.
                  and
12            Pamela J. Gordon, Esq.
                  of
13            Office of Columbus City Attorney
                Richard C. Pfeiffer, Jr.
14            77 North Front Street
              Columbus, Ohio  43215
15            614.645.0808
              614.645.7385
16            pjlloyd@columbus.gov
              pjgordon@columbus.gov
17

18

19        Also Present:

              Dale K. Phillips, II
20

21

22                      - - -

23

24

25

3

```
 1                    I N D E X

 2

 3   OFFICER ADAM GROVES                      PAGE

 4       EXAMINATION BY MS. BRATTON            4

 5

 6   EXHIBITS                    MARKED   REFERENCED

 7       PLAINTIFF'S EXHIBIT  2      -         29
         PLAINTIFF'S EXHIBIT  3      -         27
 8       PLAINTIFF'S EXHIBIT 16      -         46
         PLAINTIFF'S EXHIBIT 18      -         34
 9       PLAINTIFF'S EXHIBIT 28     33         33
         PLAINTIFF'S EXHIBIT 29     44         45
10       PLAINTIFF'S EXHIBIT 30     53         54
         PLAINTIFF'S EXHIBIT 31     73         74
11       PLAINTIFF'S EXHIBIT 32     77          -

12       DEFENDANTS' EXHIBIT  1      -         23

13

14                          - - -

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                  OFFICER ADAM GROVES

 2   a defendant herein, having been duly sworn, was

 3   examined and deposed as follows:

 4                       EXAMINATION

 5   BY MS. BRATTON:

 6        Q.   Good morning, Officer.

 7        A.   Good morning.  How are you?

 8        Q.   Good, and yourself?

 9        A.   Oh, tired as heck.

10        Q.   Can you state your name for the

11   record?

12        A.   Adam Groves.

13        Q.   And have you had your deposition taken

14   before, Officer Groves?

15        A.   Have I had a deposition before today?

16        Q.   Yes, ever before --

17        A.   No.  No.  This is the first one.

18        Q.   Okay.  So kind of like trial -- you've

19   testified at trial?

20        A.   Oh, yeah.

21        Q.   Okay.  So just speak up so the court

22   reporter --

23        A.   Okay.

24        Q.   -- can get everything that you're

25   saying.
```

```
 1              If you don't understand a question that
 2    I ask, just ask me to repeat it a different way
 3    or --
 4         A.   Okay.
 5         Q.   -- if it's too long or convoluted or
 6    what have you.
 7         A.   Okay.
 8         Q.   If, later on, you remember an answer or
 9    you want to expound on something, just let me
10    know.  We'll go back to it.
11         A.   I will need bathroom breaks.  I will
12    need that.
13         Q.   That's fine.  I was just about to say,
14    if you need a break, let us know.
15         A.   Okay.
16         Q.   There will be objections, most likely,
17    throughout.  Unless your attorney says, do not
18    answer the question, she's objecting for the
19    record -- or she and I will have a discussion.
20    But you will still need to answer the question
21    unless --
22         A.   Okay.
23         Q.   -- she specifically instructs you not
24    to.
25         A.   Okay.
```

1            MS. BRATTON:  Here's Mr. Phillips.

2    BY MS. BRATTON:

3        Q.   And is there any reason that you would

4    not be able to concentrate or to participate

5    today, medications or --

6        A.   Oh, no.

7        Q.   Okay.  And have you reviewed any

8    documents, outside of anything that you've

9    discussed with your attorney, prior to coming

10   here today?

11       A.   No.  Uh-uh.

12       Q.   Okay.  Have you talked to any of the

13   other officers or witnesses prior to today about

14   your deposition?

15       A.   Just that it keeps getting moved.

16       Q.   Okay.  Well, thank you for being

17   accomodating.  Most of that was because of me.

18       A.   Oh, it's okay.  I know it happens.

19       Q.   Okay.  And can you let me know what

20   your current position is?

21       A.   Police officer.

22       Q.   Okay.  With Columbus Police?

23       A.   Yes.

24       Q.   And how long have you been employed --

25       A.   It will be seven years this December.

```
 1          Q.   And have you had any other law
 2    enforcement outside of the Columbus Police?
 3          A.   No.
 4          Q.   Military experience?
 5          A.   Yes.
 6          Q.   Okay.  And what was your millitary
 7    experience?
 8          A.   National Guard.
 9          Q.   Okay.  And what about your education?
10          A.   OSU, four years, bachelor's degree.
11          Q.   Okay.  And how old are you?
12          A.   Thirty.
13          Q.   Okay.  And in lieu of giving any
14    personal information to us --
15          A.   Uh-huh.
16          Q.   -- we will just go through your
17    attorney if we need you for trial.
18          A.   Oh, that's fine.
19          Q.   So you need to make yourself available
20    to counsel.  Okay?
21               And can you let me know about your
22    training at the -- with the Columbus Police?
23          A.   Six months; it goes anywhere from
24    accident investigations all the way through to
25    homicide investigations and anything in between.
```

1      Q.   Okay.  And how long were you in the

2   academy?

3      A.   Six months.

4      Q.   Okay.  And then what about follow-up

5   trainings?

6      A.   We had yearly trainings for defensive

7   tactics, legal.  I'm trying to think what else.

8           Are you talking yearly qualifications

9   or just anything between -- anything else?

10      Q.   Just any trainings.

11      A.   I've done survivable conflict training,

12   writing U-10.128s, rifle training.  I think

13   that's it.

14      Q.   The defensive tactics trainings --

15      A.   Yeah.

16      Q.   -- what is that training?

17      A.   It's a review, pretty much, surviving

18   fights when you're on the ground, on your feet,

19   different arm bars, pressure points.  Pretty much

20   anything we're taught in the academy, it's a

21   refresher, every year, to go through it.

22      Q.   Do you all -- is it like based out of a

23   book, or is it hand-to-hand and you try it on one

24   another?

25      A.   We do it to each other.

1      Q.    Okay.

2      A.    Sometimes harder than others.

3      Q.    And the legal training --

4      A.    Yeah.

5      Q.    -- what is the basis -- is that just a

6  refresher of --

7      A.    Just keeping -- refresher, keeping

8  updated on the news that's in the system now.

9      Q.    Okay.

10      A.    So if there's an update to law, we

11  review that.

12      Q.    Okay.  And updates to law, do you all

13  get e-mails or memos?  How do you -- or do you

14  just get the refresher once a year in training?

15      A.    It's not legal updates -- a year.

16      Q.    Okay.

17      A.    And we can just look them up and read

18  them.  And it's like every few months or whatever

19  they send it out.  I don't know in particular

20  what dates, but they just send it out whenever

21  they get it.

22      Q.    Okay.  And you all have policies,

23  outside of how you're trained, to deal with the

24  defensive tactics?  You all have policies on use

25  of force as well --

10

```
 1              MS. LLOYD:  Again, I'm just going to
 2         object to the qualification of outside the
 3         way you're trained.
 4    BY MS. BRATTON:
 5         Q.   You can answer --
 6         A.   Oh, okay.
 7         Q.   -- the question.
 8         A.   I was going to wait.
 9              We're just trained -- or trained -- I'm
10    not sure what you mean by outside.  Like whatever
11    we're taught in the academy is what we're kept
12    teaching.
13         Q.   So -- so maybe that's the question.
14    The policy -- is your defensive tactic trainings
15    written down as a policy, or do you have policies
16    that are specific to use of force?
17              MS. LLOYD:  Objection as to form.
18         A.   I guess I'm confused what you're
19    asking.
20    BY MS. BRATTON:
21         Q.   So you -- you get training on defensive
22    tactics --
23         A.   Right.
24         Q.   -- you said.
25         A.   Right.
```

```
 1          Q.    They teach you arm bars --

 2          A.    Right.

 3          Q.    -- and all of that.

 4                Is there -- are there policies about

 5    when you can use those --

 6          A.    Oh, yeah.

 7          Q.    -- defensive tactics?

 8          A.    Sorry.  Yes.

 9          Q.    Okay.  And where do you find those

10    policies?

11          A.    They're in our -- I think it's the SOP

12    book.

13          Q.    Okay.  And are there policies --

14          A.    There's also a directive about it,

15    too.

16          Q.    Okay.  And is that directive the level

17    0, 1, 2, 3 --

18          A.    Yes.  It goes from 0 up to 8.

19          Q.    Okay.  And within that spectrum is the

20    use of mace?

21          A.    Yes.  Level 2.

22          Q.    Okay.  And how are you supposed to

23    deploy mace?

24          A.    Spray it.

25          Q.    Is -- is there a policy or best --
```

12

1    well, let me know, first, are there policies

2    about how you use it, like close to someone's

3    face or actually in someone's eyes or how far

4    away?

5        A.    I don't recall at this time like what

6    the exact distance is.

7        Q.    Okay.

8        A.    But when we spray, we spray to the

9    face.

10       Q.    Okay.  And do you -- I know you don't

11   recall what the distance is, but do you recall

12   whether or not there is a distance, best

13   practices or requirement?

14       A.    There is, but I just don't know the

15   exact number, what it is.

16       Q.    Okay.  And what about a policy or best

17   practice of how you deploy it?  So do you keep

18   your hand on it and just continuously deploy it

19   or --

20       A.    Uh-uh.  It's supposed to be a

21   one-second burst, like one, one thousand.

22       Q.    Okay.  And then if it doesn't work, you

23   do it again or --

24       A.    Uh-huh.

25       Q.    Okay.  So in one-second-burst

13

1    increments?

2        A.   One thousand.  If it's still -- the

3    person's still fighting -- another one if you

4    want to.

5        Q.   Okay.

6        A.   Or if you have to keep moving up, keep

7    moving up.

8        Q.   Okay.  And does the mace bottle, does

9    it stop on its own, like do you have to like -- I

10   don't want to say reload it.  But does an officer

11   have the ability to continuously press it down if

12   they want to, or does -- is there some

13   mechanism that makes you kind of --

14       A.   Stops after a second.

15       Q.   -- makes you reload after one, one

16   thousand?

17       A.   It doesn't reload.  Once you press

18   it -- once you lift up, it's done.

19       Q.   Okay.  So an officer could hold it down

20   longer than the one --

21       A.   Yes.

22       Q.   -- one thousand, count?

23            Okay.  And are you all taught that you

24   are never to use force as punishment?

25       A.   Yes.

14

1          Q.    Okay.  And I'm assuming that you've

2    seen Mr. Phillips before?

3          A.    Yes.

4          Q.    And you recognize him to be a black

5    male?

6          A.    Now I know that.  But before, we

7    thought he was white.

8          Q.    Okay.  And on September 15th, 2014, you

9    were in the uniform of the day?

10         A.    Not this uniform but the --

11         Q.    Okay.

12         A.    -- pants and shirt, the other

13   uniform.

14         Q.    Okay.  And was that the department

15   standard uniform at that time?

16         A.    Yes.

17         Q.    Okay.

18         A.    It still is.  This is just a bike

19   uniform.

20         Q.    Okay.  And that uniform, was it like a

21   white shirt and --

22         A.    White shirt, the pants.

23         Q.    Okay.  And you were -- what was your

24   detail, do you remember?

25         A.    CRT, community response team.

1     Q.   Okay.  And are the CRT vans -- they're

2  vans, correct?

3     A.   We don't drive vans in CRT.

4     Q.   Okay.  Was it a police cruiser or --

5     A.   What I was driving?

6     Q.   Yes.

7     A.   Yes.  It was a cruiser.

8     Q.   Okay.  And are the cruisers equipped

9  with cameras?

10     A.   At that time, I don't remember, but I

11  don't think CRT had cameras in their cars at that

12  time.

13     Q.   Okay.  What about microphones?

14     A.   If there's no camera, there's no

15  microphone.

16     Q.   Okay.  And what were your duties in

17  that particular unit that day?

18     A.   Be proactive, go after anything that

19  the community has issues with.

20     So Hilltop is what I normally patrol.

21  So when I went to CRT, I focused on the Hilltop,

22  with narcotics, prostitution, gangs.  Anything

23  that bothers the community, that they tell us, we

24  deal with.

25     Q.   Okay.  And are you still on that

16

1    assignment now?

2         A.   No.  That was a temp assignment for

3    like 60 or 90 days, something like that.

4         Q.   Okay.  And do you remember how far away

5    you were when you got the call that a burglary

6    was in progress?

7         A.   I think I was at 19th precinct

8    substation on Sullivant and Belvidere.

9         Q.   Okay.  About how far is that away;

10   miles?

11        A.   It's not -- it's far, but not that far.

12        Q.   Okay.

13        A.   As far as exact distance, I have no

14   idea.

15        Q.   Okay.

16        A.   But it took me a minute or two to get

17   there.

18        Q.   Okay.  And what was the street again?

19   19th and --

20        A.   19th precinct.

21        Q.   19th precinct.  Okay.

22        A.   Yeah.  The street -- it's Sullivant and

23   Belvidere.

24        Q.   Okay.  And can you tell me what

25   happened when you got the call?

17

```
 1        A.   I honestly don't remember.  It's over

 2   three years ago.  So I'll try to remember as best

 3   I can.

 4             The call went out.  And I can't

 5   remember who got on the air.  I think somebody

 6   said they had a car near a location or something

 7   like that.  And so I get there.  I respond to

 8   help out as best I can.

 9             I'm -- honestly, it's three years ago.

10   I'm trying to remember.

11        Q.   Do you remember whether or not you all,

12   at the substation, kept your radio running so

13   that you could --

14        A.   Our radios on?

15        Q.   Yeah, so that you could hear calls --

16        A.   Oh, yeah.

17        Q.   -- coming in?

18        A.   Uh-huh.

19        Q.   Okay.  So then you could hear like the

20   description of suspects and --

21        A.   Sometimes we hear it, sometimes we

22   don't.  And we ask them to reair, or we look at

23   our computer as we're driving there.

24        Q.   Okay.  Do you remember whether you did

25   that in this case?
```

1       A.   I have no idea.  Usually, I keep asking

2   them as I'm on my way there --

3       Q.   Okay.

4       A.   -- who was that again?  What is it?

5       Q.   Okay.

6       A.   How many?

7       Q.   So that's your normal practice is to

8   ask how many suspects --

9       A.   We ask radio, we look at our computer,

10  we have a partner.  We ask them, hey, what did

11  they say.

12      Q.   Okay.  And why do you do that?

13      A.   Just so I can keep in my head who it is

14  that we're looking for, how many, and what we're

15  dealing with.

16      Q.   Okay.  And when you got there, do you

17  remember anything about that?

18      A.   Not really.

19      Q.   Do you remember anything about your

20  interaction with Mr. Phillips?

21      A.   Bits and pieces.

22      Q.   Okay.  What do you remember?

23      A.   He was driving.  And I think he was

24  driving a truck or an SUV.  I think it was a

25  truck.  Karen was talking to him.  Jean was on

1    the other side, talking to the chick on the

2    passenger side.  It was dark out.

3              I think we were at Sullivant and

4    Harris, I think; is that right?

5         Q.   Yeah.

6         A.   Sullivant and Harris.

7         Q.   Uh-huh.

8         A.   And the burglary was about the building

9    next door, where he was -- I don't know if he was

10   parked on the street or what he was doing; unless

11   he stopped to -- I really don't know.  But he was

12   on the street, on Harris, north of Sullivant.

13   I'm trying to think.

14             I can't remember if I went to the

15   passenger side first, to see if Jean needed help,

16   or whichever way I went.

17             I evenutally made my way over to where

18   Karen was with Dale; talked to him, told him I

19   needed him to step out so we could detain him to

20   figure out if he was part of the burglary at this

21   building right next door.

22             And then he like -- I think his -- I

23   don't know, three years ago, I'm still trying to

24   think -- left foot, I think, went to the

25   pavement.  And part of his body was out.  Half

1   his body was out, the other half was in the truck

2   kind of.

3           I grabbed his left arm -- left arm.

4   And that's when he tensed up.  And I can't

5   remember what we said to each other then, but it

6   went south from there.

7           And I just kept yanking on his arm,

8   trying to get him out of the truck.  I think the

9   truck was still on.  And the thing that was going

10  through my head is, I'm not dying here.  I'm not

11  going to get truck (sic) by a freaking truck.

12          And I don't know what he's got in his

13  truck.  I don't know if he's going to pull

14  something on me.  I don't know if he's going to

15  pull me in.  I have no idea; playing tug of war,

16  trying to get him away from his truck.

17          I took a spin with him, trying to get

18  him in custody.  He was a lot stronger than I

19  was.  Somehow we get to the ground.  I'm on his

20  right side.  He wasn't giving up his right arm.

21  And I think other people were on his left side

22  and on his legs.

23          And then I'm trying to get his right

24  arm.  And I know I sprayed the mace, and then,

25  eventually, got his right arm out.  And then we

21

1    got him in the cuffs.

2        Q.   Okay.  What is your training about when

3    to take a potential suspect out of the car, when

4    to remove them from a car?

5        A.   When we need to detain him --

6        Q.   Yeah.

7        A.   -- for an investigation.

8        Q.   Yes.

9             And are there certain times when you

10   leave individuals in a car when you're

11   investigating?

12       A.   Well, if we're at a traffic stop and we

13   don't want them to get out of the car, we have

14   them stay there, because we know where they're

15   at, if we don't want them out and moving around.

16       Q.   Okay.  And so what was the reason to

17   remove Mr. Phillips?

18       A.   To get him away from the girl, because

19   we were going to separate them both, put them in

20   different cruisers to see what's going on.

21            Because I think we had three people

22   that were involved.  And eventually, once we got

23   him out of the car, Micah took off running.

24            There was another chick inside that

25   building.  I think she had warrants or something

22

1    like that.

2          Q.    Did -- I'm sorry.

3          A.    Oh, no.  Go ahead.

4          Q.    Did Officer Byrne let any of the other

5    officers there know that she had -- in her

6    conversation with the woman she was talking to,

7    that she had cleared her of involvement in the

8    burglary?

9          A.    Did she let us know at the scene that

10   she was good to go?

11         Q.    Did she let you know ever, wherever it

12   was?

13         A.    Oh, not that I recall.

14         Q.    Okay.  And so what is your policy about

15   getting -- once you get an individual out of the

16   car --

17         A.    Uh-huh.

18         Q.    -- how do you -- what's the policy

19   about how you remove them from the car?

20         A.    Hold on to their arm, escort them out.

21   We like to stand them in the doorjamb, away from

22   us, so they don't turn and fight us, so we have

23   complete control when we hold onto them.

24         Q.    Okay.  Do you let them know, hey, I'm

25   going to touch you now?

1        A.   Oh, yeah.  We tell them --

2        Q.   Okay.

3        A.   -- hey, you're being detained, we're

4   getting you out, we're going to put you in cuffs,

5   detain you, and we're going to talk about what's

6   going on.

7        Q.   Okay.  And when you were getting

8   Mr. Phillips -- I'm going to show what's been

9   marked as Defendant's Exhibit 1.

10       A.   Okay.

11       Q.   Is this how Mr. Phillips began to get

12  out of the car?

13       A.   I don't remember at this time.  I mean,

14  he was getting out that way.  As far as which

15  hand was grabbing the handle and which hand

16  was -- I have no idea his position.  But he was

17  getting out that way.

18       Q.   Okay.

19       A.   And one foot touched the ground, and

20  half of his body was kind of still in, like he

21  was unsure if he was going to come out or not.

22       Q.   Okay.  And when he started getting out

23  he had his hand on the handle, correct?

24       A.   I don't remember if it was when I

25  grabbed his arm or as he was going -- I don't

24

1    remember.

2          Q.    Okay.  And when Mr. Phillips was

3    getting out of the car, at that time he was just

4    being detained, but he wasn't under arrest; is

5    that accurate?

6          A.    He was being detained.

7          Q.    Okay.  But he wasn't under arrest at

8    that time?

9          A.    Not at that time, no.  Because we were

10   trying to figure out if he was involved or if he

11   was there to pick up Micah.  We don't know.

12         Q.    Okay.  And when you started giving

13   Mr. Phillips the commands, get out of the car,

14   you're being detained, how much time for -- well,

15   let's start -- do you remember what your initial

16   command to him was?

17         A.    No idea.

18         Q.    Okay.  Do you remember how much time

19   you gave him to comply with the commands?

20         A.    No idea.

21         Q.    Okay.  How important is it for an

22   officer, when they get on scene, to know who

23   dispatch has aired that they're looking for?

24               MS. LLOYD:  Objection.

25         A.    Do what now?

1   BY MS. BRATTON:

2       Q.   How important to an officer -- so how

3   important would it be to you --

4       A.   Yeah.

5       Q.   -- when you arrive on a scene, to have

6   listened and respond to what dispatch has aired;

7   so age, weight, height, hair color, clothing?

8   How does that factor for you?

9            MS. LLOYD:  Objection as to form.

10      A.   Do I answer?

11  BY MS. BRATTON:

12      Q.   Uh-huh.

13      A.   Do I just -- okay.

14      Q.   Yes.

15      A.   I'm still trying to understand what

16  you're asking.  So how important is it to me, as

17  far as --

18      Q.   Yeah.  So do you listen to dispatch --

19      A.   Yeah.

20      Q.   -- when they come over -- we talked

21  about that.

22      A.   Yeah.

23      Q.   And dispatch gives you a potential

24  suspect's race, maybe about 40 or 50 --

25      A.   Uh-huh.

1     Q.   -- so some estimate of age --

2     A.   Yeah.

3     Q.   -- clothing description.

4         How important is that information to

5  you when you arrive on scene?

6         MS. LLOYD:  Objection as to form.

7     A.   It is.  But a lot of times, dispatch go

8  off -- a lot of times, they go off what people

9  call in and say.  A lot of times, the public is

10  off on a few details:  age, weight, car, their

11  clothing, race, anything.

12  BY MS. BRATTON:

13     Q.   Okay.  So do you all then ignore what

14  dispatch is saying, or do you --

15     A.   No.  I mean, we use that.  But, again,

16  if we go off of what the public says, then it's

17  like playing the telephone game.  What they tell

18  radio and what radio tells us could be

19  different.

20     Q.   Do you remember -- I'm going to assume

21  no, because we kind of assessed -- but you said

22  you don't remember what radio aired?

23     A.   No.  Not exactly, no.

24     Q.   Okay.  Let's --

25     A.   Could I do a bathroom break real quick?

1        Q.    Uh-huh.

2              (A recess was taken from 9:26 to 9:28.)

3    BY MS. BRATTON:

4        Q.    I am going to play for you the radio

5    dispatch.

6        A.    Okay.

7        Q.    It's already been marked as Plaintiff's

8    Exhibit 3.

9              (Audio was played.)

10             MS. BRATTON:  And I'm going to play

11        Exhibit 3 at 22:45 and 32 seconds.

12             (Audio was played.)

13   BY MS. BRATTON:

14       Q.    Were you aware, at the time, that

15   dispatch had said that all suspects were back

16   inside at the time Mr. Phillips' plates were run?

17       A.    I don't remember.

18       Q.    Okay.

19       A.    There -- I will say, there is a lag of

20   of time between the call to dispatch, to us.

21   Whether it's like 20 or 30 seconds, I don't

22   know.

23       Q.    Okay.

24       A.    But there is a lag in time.

25       Q.    Okay.  Do you know whether Mr. Phillips

1    was stopped in the rear of the bar, on the side

2    of the bar?

3         A.   I think he was on Harris.  Because he

4    was in his truck -- so I think he was on

5    Harris.

6         Q.   Okay.  And do you know if that's the

7    rear or the side of the bar?

8         A.   From what I best remember, the bar

9    was -- because that property is bulldozed now.

10   Harris is to the east of the bar, so it's on the

11   side.

12        Q.   Okay.  So then Mr. Phillips -- the

13   dispatch said rear, and Mr. Phillips was on the

14   side of the bar --

15        A.   Yes.

16        Q.   -- correct?

17             Okay.  And do you remember the race of

18   the woman, Ms. -- Officer Byrne was speaking

19   with?

20        A.   She was white.

21        Q.   Okay.  And the dispatch called in a

22   black woman, correct?

23        A.   Well, she was inside the bar.  Because

24   after we got Dale in the cruiser and Micah took

25   off running, I think it was me and Cazan went up

29

1    to the roof, looked through like a skylight and

2    started yelling out to somebody, to make

3    ourselves known.  That's when a woman came in

4    view, and we told her to go outside.

5         Q.   Okay.  But the woman who was -- the two

6    people who were -- initially were stopped,

7    Mr. Phillips and --

8         A.   Micah.

9         Q.   -- the -- Micah --

10        A.   Uh-huh.

11        Q.   -- that is -- Micah is white or

12   black?

13        A.   She's white.

14        Q.   Okay.  And do you remember whether she

15   had on shorts?

16        A.   Oh, I have no idea.

17        Q.   Okay.  And if you could, open up the

18   exhibit binder and go to Exhibit 2.

19        A.   Uh-huh.

20        Q.   And then on the bottom there will be

21   some kind of Bates numbers down here.  If you

22   would, go to page GB799.  And is -- in the middle

23   of 799, under where it says Signature, would this

24   be your signature?

25        A.   Yes.

1       Q.    Okay -- and you're number 2651?  Is

2  that your badge?

3       A.    Uh-huh.

4       Q.    Is that your badge?

5             Okay.

6       A.    Yes.  Sorry.

7       Q.    All right.  And so you wrote this

8  narrative summary?

9       A.    For the 128 -- yes, I wrote that.

10      Q.    Okay.  And about midway through,

11  second paragraph, second -- third sentence,

12  Officer Cazan and Officer Groves physically

13  placed Mr. Phillips on the pavement while

14  struggling to control his arms.

15            Do you remember how you physically --

16  he was physically placed?

17      A.    I have no idea.  Because from what I

18  remember, I was on the upper part of his body and

19  Chad had his lower parts.  I'm not sure what he

20  did.  But we were able to get him on the

21  ground.

22      Q.    Okay.  And when he got on the ground,

23  do you remember whether you all placed him or

24  whether everybody just fell once --

25      A.    I -- I don't remember.

1      Q.    Okay.

2      A.    Usually, we all just fall over.

3      Q.    Okay.  And then, let's see, the last

4   three sentences, Officer Groves then deployed a

5   one-second burst of the division-issued mace into

6   Mr. Phillips' face.  He continued to pull his

7   arms in and rub his face on the ground.

8   Eventually, the officers were able to get him

9   handcuffed, and then he complied with the

10  officers' commands.

11         Those were your words that you typed?

12     A.    Uh-huh.

13     Q.    Okay.  And that was September 16th of

14  2014?

15     A.    Yep.

16     Q.    So that was the day after the

17  incident?

18     A.    What was the date on the video?  Was it

19  the 15th?

20     Q.    The 15th, uh-huh.

21     A.    Yeah.  We wrote it the next day --

22     Q.    Okay.

23     A.    -- or wrote it that night.  Because --

24  what time did we arrest him?  It could have been

25  past midnight.

1      Q.   Okay.

2      A.   It has a date of --

3      Q.   Okay.  So this would have been --

4      A.   It still was the next -- oh, I'm sorry.

5  I'm sorry.  Go ahead.

6      Q.   This would have been like the immediate

7  report?

8      A.   What do you mean?

9      Q.   The first report that you wrote about

10  this incident.

11      A.   As far as use of force?

12      Q.   Yes.

13      A.   Yes.

14      Q.   Okay.  Would there have been any

15  other -- anything else that you wrote that was

16  not use of force?

17      A.   Not that I recall.

18      Q.   Okay.  Do you recall getting together

19  or speaking in a group with Officer Blair and

20  Sergeant Rector about what to charge Mr. Phillips

21  with?

22      A.   I don't remember.

23      Q.   Okay.  You had a internal -- you had an

24  internal affairs interview, correct?

25      A.   I don't remember.

1      Q.    Okay.

2      A.    You're going on three years now.

3      Q.    I'm going to hand you what we will mark

4    as Exhibit -- let's see, what was -- I think we

5    were on 28.

6            (Plaintiff's Exhibit 28 was marked for

7            identification.)

8    BY MS. BRATTON:

9      Q.    Handing you what's been marked as

10   Exhibit 28, and if you could, turn --

11           MS. LLOYD:  Excuse me just a second.

12   BY MS. BRATTON:

13     Q.    So Exhibit 28 is a transcript of your

14   internal affairs interview.

15           MS. LLOYD:  Okay.  If I could just add,

16           for the record, I believe, as you've

17           represented, this is a transcript that

18           counsel has had prepared --

19           MS. BRATTON:  Correct.

20           MS. LLOYD:  -- of the -- of the

21           interview?

22           MS. BRATTON:  Yes.

23           MS. LLOYD:  And just for the record, we

24           have not had any opportunity to review it to

25           determine its accuracy.

1           MS. BRATTON:  Yes.

2           MS. LLOYD:  While I realize you say it

3      is prepared by a recorder.

4           MS. BRATTON:  Uh-huh.

5           MS. LLOYD:  So it may be accurate, but

6      we've never seen it before.

7           MS. BRATTON:  Okay.

8  BY MS. BRATTON:

9      Q.   So let me -- I'm going to put in a

10  disk.  Okay.  And this has been previously marked

11  Exhibit 18.

12     A.   Okay; or 28?

13     Q.   The video --

14     A.   Okay.

15     Q.   -- or I'm sorry -- the audio.

16          (Audio was played.)

17  BY MS. BRATTON:

18     Q.   Did you recognize that to be you --

19     A.   Yes, that was me.

20     Q.   -- speaking?

21          Okay.  All right.  If you can, turn to

22  page 6 of --

23     A.   Uh-huh.

24     Q.   -- Exhibit 28, the transcribed

25  interview with Sergeant Johnson, IAB interview

1    with Sergeant Johnson, and on line 11, you state

2    that you asked Mr. Phillips to step out of the

3    vehicle, and he asked you why.

4            To your knowledge, prior to you telling

5    him that you were investigating the burglary and

6    you wanted to further investigate what was going

7    on, do you know whether Mr. Phillips knew he was

8    being stopped for a burglary?

9            MS. LLOYD:  Again, objection as to

10        form, as to asking him what Mr. Phillips

11        knew.

12       A.   Are you asking, prior to me going out

13    there and saying those things --

14    BY MS. BRATTON:

15       Q.   Yes.

16       A.   -- did I know what he knew?

17       Q.   Yes.  What was your knowledge?  Did you

18    know or not whether someone else had informed

19    Mr. Phillips --

20       A.   I -- I don't know.

21       Q.   Okay.  And when you told him, we're

22    investigating a burglary, do you remember what

23    his response was to you?

24       A.   Not his exact response, no.

25       Q.   Okay.  Do you remember whether he said

36

1    something along the lines of, I'm not a

2    burglar?

3         A.   No.

4         Q.   And who was with you at that time?

5         A.   On the side of truck, with --

6         Q.   Yes, when you told Mr. Phillips you

7    were investigating a burglary and you needed to

8    further investigate what was going on.

9         A.   Just me and Blair.

10        Q.   Okay.  And you say that he put -- on

11   lines 19 through 23, He put one foot out of the

12   truck door, realized it wasn't a good idea for

13   him.

14             What did -- what made you come to the

15   conclusion that Mr. Phillips realized it wasn't a

16   good idea for him?

17        A.   He stopped.

18        Q.   Okay.  And then how long did you give

19   him to continue coming out?

20        A.   I don't remember.

21        Q.   Do you remember whether you grabbed him

22   immediately?

23        A.   As he was coming out of the truck?

24        Q.   Yes.

25        A.   I know I grabbed his arm, but I don't

37

1    remember at what point, if it was right away or
2    as he was getting out or as he put the left
3    foot -- I don't remember.
4         Q.   Okay.  And on page 7, lines 23 to 25,
5    and then going through to page 8, line 1, you
6    say, and he put his door -- his door opening, he
7    put his left arm and hand on the door and he put
8    his right hand up on that handle.  He had that
9    on -- he had his hand on the handle as he was
10   getting out; correct?
11            If you need to read back some --
12        A.   What was the question again?
13        Q.   As Mr. Phillips was getting out --
14        A.   As he was getting out.
15        Q.   -- he had his hand on the handle, on
16   the upper handle.  Because I guess --
17        A.   You're talking about this one, right?
18        Q.   -- there were two handles.
19            Yes, the door frame handle.
20        A.   Right.  Yeah.
21        Q.   Okay.  Is that, yes, he had his --
22        A.   You're asking, as he was getting out he
23   put it up there?
24        Q.   Yes.
25        A.   Based on this, yes.

38

1          Q.   And if you could, turn to page 11.  Can

2    you explain to me how the mace comes out?

3               So there's a one-second burst.  Is

4    there -- and I don't know if you all have ever

5    seen this --

6          A.   I'm not going to spray it, but I'll

7    show you.

8          Q.   Okay.

9          A.   So it comes out this nozzle right

10   here.

11         Q.   Yes.

12         A.   Okay?  As far as if it's a flat spray

13   or mist or whatever, I don't know.

14         Q.   Okay.

15         A.   But you put your thumb in there and

16   push down.

17         Q.   Okay.

18         A.   And then it comes out.

19         Q.   Okay.  So then when you do the

20   one-second burst, is there a significant amount

21   that comes out?

22         A.   Oh, yeah.

23         Q.   Okay.  So it might --

24         A.   It burns --

25         Q.   I'm sorry?

```
 1        A.   We've been struck with it before, and
 2   it burns.
 3        Q.   Okay.
 4        A.   There's a lot of it.
 5        Q.   Okay.  So you, on line 11, number 2,
 6   where you said, and as I was macing him he kept
 7   moving his face across the payment, do you
 8   remember was it one -- one burst or more?
 9        A.   Based on this, I think it said one.
10   But I don't remember.
11        Q.   Okay.
12        A.   He did move his face away, because he
13   knew -- I can't remember if I yelled out, mace.
14   I can't remember what I yelled out, but he knew
15   it was coming.  That's why he kept doing this to
16   not get sprayed with it.
17        Q.   Okay.  And when he went down to the
18   ground, he went down face forward, correct?
19        A.   I don't remember if it was side, face,
20   back, or what.
21        Q.   Okay.  And if you turn to page 18,
22   lines -- lines 13 and 14 --
23        A.   Uh-huh.
24        Q.   So when you were getting Mr. Phillips
25   out of the vehicle, it looks like you said it was
```

40

1    only you and Chad, which was Officer Cazan?

2            MS. LLOYD:  Again, objection as to

3        form.

4            I think that's a mischaracterization of

5        this -- where this discussion is at this

6        point in time.

7        A.    Initially, it was me and Karen.

8    BY MS. BRATTON:

9        Q.    Yes.

10       A.    And what was your question?  When I was

11   actively pulling him out of the vehicle --

12       Q.    Yes.

13       A.    -- is that what you're asking?

14       Q.    Yes.

15       A.    As me and Chad were physically pulling

16   him out of the vehicle.

17       Q.    Okay.  So Officer Blair then --

18       A.    She was messing with his fingers on the

19   handle, trying to pull his fingers off, to get

20   him to get away from that handle.

21       Q.    Okay.  So Officer Blair was on the

22   handle.  So let's go -- I'm sorry -- line 10,

23   Sergeant Johnson asked you, What did Karen Blair

24   do, Officer Blair?  At that point, then, did --

25   then, you didn't even notice?

41

1           And your response was, It was me and
2    Chad.  It was just me and Chad.
3           A.   Right.  Because before that, we were
4    talking about -- I was saying he had his legs and
5    I had his upper half.  So that's what I was
6    referring to --
7           Q.   Okay.
8           A.   -- versus his whole body, like what
9    were -- get his body out of there.
10          Q.   Okay.  If you turn back to page 17 --
11          A.   Uh-huh.
12          Q.   -- and start at line 5, it looks like
13   this is where Sergeant Johnson starts to take you
14   back through what happened, from the time you got
15   there to the scene --
16          A.   Uh-huh.
17          Q.   -- and Dale had his door open.
18          If you could, read from line 5.  And
19   you can read to yourself or out loud if you want.
20   But from line 5 on page 17 --
21          A.   Uh-huh.
22          Q.   -- to line 14 on page 18.
23          A.   Okay.
24          Q.   And from there, you never mention, from
25   the time Sergeant Johnson starts to go through

42

1    when you got to the scene he had his door open,

2    to when he asked you, on page 18, starting at

3    line 10, at what point did Karen Blair do -- in

4    this transcript, on those two lines, 17 and 18,

5    did you ever mention Officer Blair?

6              MS. LLOYD:  Again, I'm going to object

7         to the form.

8              The -- the transcript is -- assuming it

9         is accurate, of course, is what it is.  The

10        lines are exactly there.  If you're asking

11        him what's on the page --

12        A.   What's the question again?

13   BY MS. BRATTON:

14        Q.   Did you -- line 17 --

15        A.   Uh-huh.

16        Q.   -- starting at -- oh, I'm sorry --

17   page 17 --

18        A.   Yes.

19        Q.   -- starting at line 5, when Sergeant

20   Johnson --

21        A.   Uh-huh.

22        Q.   -- goes back through what happened from

23   the time you arrived to the time Mr. Phillips was

24   on the ground.

25        A.   Okay.

43

```
 1         Q.   When you just reread your testimony --
 2    or your interview --
 3         A.   Uh-huh.
 4         Q.   -- did you mention anything Officer
 5    Blair was doing?
 6         A.   Based on this, no.
 7         Q.   Okay.  And you -- after he asked about
 8    Karen Blair, you say it was just you and Chad; is
 9    that correct?
10              MS. LLOYD:  Again, objection as to
11         form.
12              The question speaks for itself, and
13         that's a mischaracterization of the
14         question.  The question specifically says,
15         What did Karen Blair do, Officer Blair, at
16         that point.
17         A.   Question again?  I'm sorry.
18    BY MS. BRATTON:
19         Q.   You told him -- you, in response to
20    Sergeant Johnson --
21         A.   Correct.
22         Q.   -- you said it was just you and Chad;
23    is that correct?
24         A.   Correct --
25         Q.   Okay.
```

44

1         A.    -- based off of what he was -- again,
2    to point out Chad had his legs, I had his upper
3    half.
4         Q.    Okay.  And then the very next one says
5    that, then you get him onto the ground; correct?
6              Okay.  All right.  So then you get him
7    onto the ground.
8         A.    That's what he said.
9         Q.    Okay.  So prior to that, you were
10   discussing it was you and Chad, prior to getting
11   him on the ground?
12             MS. LLOYD:  Objection as to form.
13             The testimony speaks for itself.
14        A.    We're talking about I've got his upper
15   half, he's got his lower half.  And based on me
16   and him together, we got him on the ground.
17   BY MS. BRATTON:
18        Q.    Okay.  And let's see.  And then on page
19   20, lines 4 and 5, Mr. Phillips did not resist
20   after he was handcuffed.  Would that be an
21   accurate --
22        A.    It said he stopped.
23        Q.    Okay.
24             (Plaintiff's Exhibit 29 was marked for
25              identification.)

45

1    BY MS. BRATTON:

2        Q.   Okay.  I am going to give you what has

3    been marked Exhibit 29.  And it is your trial

4    testimony from the first trial.

5            Do you remember testifying?

6        A.   First one -- but I don't remember

7    anything that was -- it was just --

8        Q.   Okay.  And, again, we're going to look

9    at the numbers on the bottom --

10       A.   Okay.

11       Q.   -- the GB numbers.

12           If you go to GB339, and starting at

13   line 1, you couldn't tell -- And then what

14   happened after you couldn't tell if there were

15   any weapons in the vehicle?

16           And your answer was, We asked him to

17   step out of the vehicle.

18           The question the prosecutor posed was,

19   did he comply with your request to step out of

20   the vehicle?

21           And you said, Partially.  And then you

22   are asked to describe what you meant by

23   partially.

24           And your answer was, After about a

25   minute or two of us telling him to step out of

1    the vehicle.

2              Do you remember what the conversation

3    was for a minute or two?

4         A.   No.

5         Q.   Okay.

6         A.   I'm sure it would be something to do

7    with him being detained, eventually, from

8    there.

9         Q.   And when you first came up, do you

10   remember having a conversation with Officer Blair

11   before you engaged Mr. Phillips?

12        A.   No.

13        Q.   Okay.  And we'll switch videos again.

14             I'm going to show you what's been

15   previously marked as Plaintiff's Exhibit 16 which

16   is the cruiser cam video.

17             (Video was played.)

18   BY MS. BRATTON:

19        Q.   I'm going to stop it at 22 hours,

20   47 minutes, and 20 seconds.

21             Do you recognize this as you walking up

22   to the passenger side of Mr. Phillips' car?

23        A.   I don't know if that's me or not.

24        Q.   Okay.

25             (Video was played.)

```
 1   BY MS. BRATTON:

 2        Q.   Okay.  Do you know if that was you?

 3   Are you able to see the person walking up?

 4        A.   I think that was Cazan.

 5        Q.   Okay.

 6             (Video was played.)

 7   BY MS. BRATTON:

 8        Q.   So based on Officer Cazan walking up,

 9   do you recognize whether or not that was you?

10        A.   That was me.

11        Q.   Okay.  So let me go back, now that we

12   know where you were.

13        A.   Okay.

14             (Video was played.)

15   BY MS. BRATTON:

16        Q.   I'll stop it at 22 hours, 47 minutes,

17   and 35 seconds.

18             You first ask Mr. Phillips to get out

19   of the car on his driver's side, do you

20   remember?

21        A.   I don't know if I talked to him on that

22   side first or that side.  I don't remember --

23        Q.   Okay.

24        A.   -- what point I talked to him first.

25        Q.   Okay.  Let's see.
```

48

1              (Video was played.)

2    BY MS. BRATTON:

3        Q.   I don't know if you paid attention to

4    the time codes, but it looks like you walked

5    up -- and I can rewind it if you want me to --

6    walked up on the passenger side of Mr. Phillips'

7    car at approximately 22 hours, 47 minutes, and

8    18 seconds.

9        A.   Okay.

10       Q.   And then you can clearly see

11   Mr. Phillips in handcuffs, being walked to a

12   cruiser, at 22 hours, 49 minutes, and 20 seconds.

13            So the entire incident was actually

14   less than two minutes from the time you

15   approached his vehicle.

16       A.   Okay.

17       Q.   Would that be accurate?

18       A.   Based on the video, yes.

19       Q.   Okay.  Okay.  And if you go to

20   line 18 of the same page, GB339, you testified

21   that Mr. Phillips was trying to pull you with him

22   after he pulled his arms to his chest --

23       A.   Uh-huh.

24       Q.   -- and was pulling into the vehicle; is

25   that correct?

49

1       A.    Yes.

2       Q.    Okay.  And is there a reason why you

3  didn't tell Sergeant Johnson that he attempted to

4  pull you into the vehicle?

5       A.    I don't remember him asking me.

6       Q.    Okay.

7       A.    Yeah.  I don't think he asked me.

8       Q.    Okay.  And here, did the prosecutor ask

9  you about him pulling you into the vehicle?

10      A.    Looks -- the prosecutor asked about

11 weapons in the vehicle, and then he asked if he

12 complied with my request to step out of the

13 vehicle, on that page.

14      Q.    Okay.  But nothing specifically about

15 him pulling you --

16      A.    I don't -- I'm not sure if he

17 specifically asked if he was pulling me into the

18 vehicle or not.  I don't know.

19      Q.    Okay.  So what I see here is, he asked,

20 what happened next, after you couldn't tell if

21 there were any weapons in the vehicle.

22            And your answer was, We asked him to

23 step out of the vehicle.

24            And then the next questions was, did he

25 comply with your request to step out of the

50

1   vehicle?

2          And your answer was, Partially.

3          And then the prosecutor asked you, And

4   describe what you mean by, partially.

5          And then in that description, would you

6   agree that you weren't asked any more questions

7   prior to you saying that he tried to pull you

8   with him?

9      A.   No more questions before I gave that

10  long answer?

11     Q.   Correct.

12     A.   Right.  There's no more questions --

13     Q.   Okay.

14     A.   -- before I gave that long answer.

15     Q.   Okay.  And in the trial you also

16  testified, looking at line 9, that Mr. Phillips

17  grabbed ahold of the handle on the truck door

18  with his right arm.  He then took his left foot

19  out and stepped his left foot to the ground,

20  correct?

21     A.   Correct.

22     Q.   Okay.  And if you would, turn to GB343.

23     A.   (Witness complies.)

24     Q.   Okay.  And line 5 -- this was after you

25  stated Officer Cazan was trying to go for his

51

1    leg -- He eventually got control of his legs and

2    took him down to the ground.  At that point, he

3    went on his belly and again put his arms

4    underneath him.

5            This is at that point when you all fall

6    or end up on the ground, correct?

7        A.   Uh-huh.

8        Q.   Okay.  And do you know whether or not

9    he fell on his arms, he tried to break his fall

10   with his arms?

11       A.   I don't --

12           MS. LLOYD:  Again, objection as to

13           mischaracterization of testimony.  I think

14           it says what it says right there, as to the

15           description.

16       A.   I don't remember --

17   BY MS. BRATTON:

18       Q.   Okay.

19       A.   -- exactly.

20       Q.   But at -- he did go down on his belly;

21   is that correct?

22           It says, At that point, he went on his

23   belly.  So would that be accurate testimony?

24       A.   Based on line 5, yes.

25       Q.   Okay.

1        A.    It says, At that point, he went on his

2    belly.

3        Q.    Okay.  And if you could, turn to GB354,

4    line 19.  And this looks -- if you go up to the

5    top of line 3 it says, Cross-Examination.  So it

6    looks like you're -- it's switching up over from

7    the prosecutor asking you questions to

8    Mr. Phillips' attorney, Mr. Hemminger.

9        A.    Okay.

10        Q.    It starts at line 4.

11              So Mr. Hemminger asked you, Okay.  And

12    so at that point in time -- and if you look

13    above, it's when he's partially exiting the

14    vehicle -- he is cooperating and he's peacefully,

15    partially exiting the vehicle, correct.

16              And your answer was, Correct.

17        A.    On line 19 and 20?

18        Q.    Correct.  And probably you want --

19    because he's referencing line 16.  So if you want

20    to start reading at line 16 --

21        A.    Okay.  Sorry what was the question

22    again?

23        Q.    Initially, when Mr. Phillips -- prior

24    to you touching Mr. Phillips he was exiting the

25    vehicle peacefully?

53

1       A.    Based on the testimony, yeah.

2       Q.    Okay.  And that's your testimony?

3       A.    Uh-huh.

4       Q.    Okay.  Yes?

5       A.    Yes.  Sorry.

6       Q.    Okay.

7       A.    Sorry.  They tell me that all the time

8    in court, too.  Say yes, say no.

9       Q.    I do it, too.

10            And then, again, on the next page,

11   GB355, line 21, Mr. Hemminger asked you, he was

12   exiting and holding a hand rail of some sort,

13   right?

14            And you respond, With his right hand,

15   yep.

16       A.    Yes.

17       Q.    Okay.

18            MS. BRATTON:  All right.  And if you

19       don't mind, I will take a bathroom break.

20            THE WITNESS:  Thank you.

21            (A recess was taken from 10:21 to

22       10:24.)

23            (Plaintiff's Exhibit 30 was marked for

24            identification.)

25   BY MS. BRATTON:

54

1      Q.   So looking at Exhibit 30 -- and this is

2  the trial transcript, just your portion --

3      A.   Okay.

4      Q.   -- from the second trial.

5      A.   Number two.

6      Q.   Yes, number two.

7           Okay.  And, again, we'll look at the

8  numbers on the bottom, the GB numbers.

9      A.   Okay.

10     Q.   Okay.  And if you could, go to GB93.

11  And you were asked -- lines 20 and 21 -- at the

12  time that you went up to the truck, you believe

13  that the individuals may have been involved in

14  the burglary that you had been called out to?

15          And you said yes.

16          What made you believe, when you got on

17  scene, that Mr. Phillips and Micah, or whomever

18  Officer Blair was talking to, were involved in

19  the burglary?

20     A.   He asked the question, may have been.

21  And they were right next to the building where

22  these three individuals were supposedly carrying

23  stuff out, or whatever they were doing.  And they

24  may have been involved.

25          And unless we ask questions and detain

55

1    them and investigate what's going on, then we

2    don't know.  And so it's our duty to find out if

3    they are or not.

4         Q.   So at that point in time, would it be

5    fair to say that their proximity to the building

6    was the reason?

7         A.   That's one of them.

8              Again, we have -- what did they say in

9    the video?  What did she say -- the radio?  Was

10   it two males and a female?

11        Q.   Two white males and a black female.

12        A.   Okay.

13        Q.   White male with a gray coat, black

14   female with shorts and an orange wrap on her

15   head.

16        A.   Okay.  So we have three individuals

17   involved.  And it's -- at least two of them that

18   we were talking with, a female and a male, were

19   there.  So we don't know if they're involved or

20   not.

21             A lot of times the public gets

22   information wrong.

23        Q.   Okay.  So just going to

24   specifics then --

25        A.   Uh-huh.

56

1       Q.   -- proximity -- there's one -- at least
2   one male and one female?
3       A.   Uh-huh.
4       Q.   Okay.  Are there -- is there anything
5   else, at that time, that you're believing would
6   tie them to the burglary?
7       A.   We don't know.
8       Q.   Okay.  So I'm -- I guess what I'm
9   trying to ask you is the -- you have to have a
10  basis to detain someone, correct?
11      A.   Reasonable suspicion, yes.
12      Q.   So I'm asking you, what was your
13  reasonable suspicion?
14           So right now, we have proximity, and
15  there's a male and a female.  Was there any other
16  distinguishing characteristics of Mr. Phillips
17  and Micah, or the woman, that would give you the
18  reasonable suspicion to --
19      A.   Not that I can recall at this time.
20      Q.   Okay.  And if you turn to GB94,
21  starting at line 7, you talk about -- you ask
22  Mr. Phillips to step out so that you could detain
23  him to further investigate the burglary.
24           The prosecutor asked, did he comply
25  with your order to step out of the vehicle?

```
1              You respond, At first, then he stopped.
2              Is that accurate so -- thus far?
3       A.   Yes.
4       Q.   Okay.  And then the prosecutor asked
5   you, And what did he do to stop.
6              And then your answer, We got his door
7   open.  He put his left foot down on the pavement.
8   And I had his left arm to guide him out so --
9   then turning to GB95, line 15 -- we could keep
10  control of the person.  And he grabbed that
11  handle on the truck.  That's when he tensed up.
12             Was your testimony here --
13             MS. LLOYD:  Are you going to finish the
14      statement?
15             MS. BRATTON:  No.  I'm going to ask the
16      question.
17             MS. LLOYD:  Okay.
18  BY MS. BRATTON:
19      Q.   So was your testimony here that he had
20  his left arm -- that you had his left arm to
21  guide him out, and then he grabbed onto the
22  handle?
23      A.   Put his left foot down on the pavement.
24  I had his left arm to guide him out.  And he
25  grabbed the handle on the truck.
```

58

1          Your question was, did I grab his left

2     arm before he grabbed the handle?

3          Q.   Yes.  Is that what your testimony is

4     here?

5          A.   Yeah.  Based on what I said, yes.

6          Q.   Okay.  And if you go to GB98, starting

7     at line 10, the prosecutor asked you, Were you

8     able to see his hands -- his, Mr. Phillips' --

9     while this struggle was going on on the ground.

10          And your answer was, Just the right

11     side of his body.  It was dark out, so I couldn't

12     tell what was happening on the left side of his

13     body.

14          Is that correct?

15          A.   So line 10 through --

16          Q.   14.

17          A.   -- 14?

18          Q.   Uh-huh.

19          A.   And I'm sorry.  What was your question;

20     was I on his right side or left side?

21          Q.   No.  It was dark.  You couldn't see --

22          A.   Oh.

23          Q.   -- at least a part of him; is that

24     correct?

25          A.   It was dark out.

59

1      Q.   Okay.  And from the video, there are no

2  street lights directly where you all were?

3      A.   No.  Uh-uh.

4      Q.   Okay.  And were you aware that

5  Officer Blair almost handcuffed you?  I think --

6      A.   Oh, yeah.  I remember that part.

7      Q.   Okay.

8      A.   Because I yelled out some -- I forget

9  what I yelled, but I was like, that's me.

10      Q.   Okay.

11      A.   Because there was a bunch of arms and

12  legs everywhere.

13      Q.   Okay.  So she actually did put them on

14  you --

15      A.   She --

16      Q.   -- or attempt to --

17      A.   Somebody grabbed my left arm and kept

18  pulling it.

19      Q.   Okay.

20      A.   And I -- I kind of figured they were

21  trying to cuff me, because they thought my arm

22  was his.

23      Q.   Okay.  When did you find out it was

24  Officer Blair?

25      A.   I didn't know.  And for the longest

1    time I thought it was Jean that was doing it.

2         Q.   Okay.  Did they let go of you

3    immediately after you said, hey, that's me.

4         A.   I can't remember if it was a second or

5    two or immediately.  I don't remember the time.

6         Q.   Okay.  Do you remember if that was

7    before or after the mace?

8         A.   I don't remember.

9         Q.   Okay.

10        A.   It all happened like -- it seemed like

11   it all happened at the same time.  There was so

12   much going on --

13        Q.   Okay.

14        A.   -- a fast evolving situation.  It

15   just -- so much was going on.

16        Q.   Okay.  So -- so this may help us answer

17   one of the earlier questions.

18             If you go to GB108, and line 12, the

19   prosecutor is asking you about Officer Cazan's

20   leg sweep or double-leg kick-down.

21             Do you see that?

22        A.   Uh-huh.  Yes.

23        Q.   Okay.

24        A.   I'm sorry.

25        Q.   And then you respond to him you didn't

1    see what Officer Cazan did, you just know that

2    you all went down.

3        A.   Yes.  We just went down.

4        Q.   Okay.  And you -- and then

5    your testimony -- he asked you, did you all --

6    And you all go down, and Dale's face down on the

7    pavement, was your testimony earlier, correct?

8            And you said, Correct.

9        A.   Yes.

10       Q.   Okay.  And when Mr. Phillips goes down

11   face down, how many people are on him, do you

12   remember?

13       A.   I don't remember.

14       Q.   Okay.  Excuse me.

15       A.   Yeah.  Because this second trial was

16   two years, almost, from the initial date of the

17   incident, right.

18       Q.   Yes.  8/2/16.

19       A.   Okay.

20       Q.   And if you turn to the next page,

21   GB109, you were -- on line 17 -- excuse me --

22   you're asked, How did you deploy the mace.

23           It looks like you read from a

24   transcript.  Yes, a reading from a June 12

25   transcript.  This would be line 17.

62

```
 1              And the question is -- line 5,
 2    question, How did you deploy the mace?
 3              And your answer is, A couple of inches
 4    away (sic) from his face.
 5       A.   I'm sorry.  Was that a question?
 6       Q.   Yes.  Is that --
 7       A.   Yes.
 8       Q.   Is that --
 9       A.   That's what he was reading.  And that
10    was from the first trial.  Is that what he was
11    referring to?
12       Q.   Yes.
13       A.   Okay.
14       Q.   Okay.  And mace is not to be deployed
15    directly in someone's eye; is that accurate?
16       A.   We try to spray it in the face.
17       Q.   Okay.
18       A.   I mean, wherever it goes it's going to
19    affect the eyes and nose and everything.
20       Q.   That was a horrible question on my
21    part.
22              The actual nozzle --
23              THE WITNESS:  Did you get that in
24         there?
25              THE REPORTER:  (Indicating.)
```

1          A.    Sorry.  Go ahead.

2     BY MS. BRATTON:

3          Q.    No, you're fine.

4                The actual nozzle is not supposed to go

5     in someone's eye.

6          A.    Oh, the actual part where it comes out,

7     going --

8          Q.    Yes.

9          A.    Oh, no.  Uh-uh.

10         Q.    Okay.  And I'm going to play the

11    cruiser cam, which is Exhibit 16, at -- starting

12    at 23 hours, 54 minutes, and 13 seconds.

13               (Video was played.)

14    BY MS. BRATTON:

15         Q.    And I stopped at 23 hours, 54 minutes,

16    and 37 seconds.

17         A.    Yeah.

18         Q.    Were you there -- or do you recognize

19    the voice?

20         A.    I think I heard Doug in there.

21         Q.    Okay.  And that's Doug McClain?

22         A.    I'm sorry.  Officer McClain.

23         Q.    Okay.  And were you there when -- I

24    don't know whether that was Officer McClain

25    speaking, who said that Mr. Phillips said, I did

1   not resist, I complied.

2       A.   I don't remember if I was there at that

3   time.

4            Where is Doug at in this video?  Is he

5   up there or is he in the back?

6       Q.   It looks -- I believe he's inside of

7   the van, because the audio was inside.  They

8   didn't have their mics on, so all the audio

9   was --

10      A.   Inside the van.  Okay.

11      Q.   Yeah.

12      A.   I don't remember if I was in the van

13  with them or not.

14      Q.   Okay.  Let's see.  Were you around when

15  Mr. Phillips told Officer McClain or when -- or

16  at least whoever was talking, that, I wasn't

17  resisting, I complied, and that he was a trooper?

18      A.   I remember him saying the trooper part.

19  As far as the other stuff, I don't remember.

20      Q.   Okay.  And if you go to page GB112, it

21  looks like this is redirect examination by

22  Mr. Bennington, the prosecutor -- excuse me --

23  and he's asking you -- line 6 -- When did he --

24  Mr. Phillips -- grab the handle of the truck, to

25  your knowledge?

1          And you answer, As I was escorting him out
2     of the truck.
3               And then he asked the question, So he
4     did not grab the handle before, as he was getting
5     out of the vehicle, just himself.
6               And your response was No.
7               Is that accurate, of the redirect
8     testimony?
9          A.   Yes.
10         Q.   Did you handcuff Mr. Phillips?
11         A.   I don't remember.
12         Q.   Could Mr. Phillips have been handcuffed
13    prior to him being maced?
14         A.   No.  Because I was still dealing with
15    the right -- yeah, right arm.
16         Q.   Did you have an opportunity to talk to
17    any of the other officers about -- at the time,
18    about their -- the way they remembered the macing
19    happening?
20         A.   At the time of incident?
21         Q.   Yes.
22         A.   I know I talked to Officer Blair,
23    because I think she wrote the U-10 narrative.
24         Q.   Okay.
25         A.   So I would have had to tell her what I

1    did on my end.

2         Q.   Okay.

3         A.   And I told Sergeant Rector, at the

4    scene, what I did, to just let him know, hey, I

5    used a level 2, and this is what I did, this is

6    what Dale did.  This is why I did this, because

7    of what Dale did.  It was the back-and-forth.

8         Q.   Okay.

9         A.   I know that.  But as far as anybody

10   else, I don't remember.

11        Q.   Okay.  So the U-10 is like the arrest

12   report?

13        A.   The U-10.100 is the arrest narrative.

14        Q.   Okay.

15        A.   That's the one that goes to court.

16        Q.   Okay.

17        A.   The U-10.128 is what we talked about

18   earlier, we talked about right here, is what I

19   write down that goes to chain of command.  I

20   think -- it goes to IA, I think.  I don't know.

21        Q.   Okay.

22        A.   I just know it goes through the chain

23   of command and lets everybody know, hey, I did

24   this on this date and time because of this and

25   that.  There's a record of it.

1    Q.   Okay.  And so in Officer Blair's

2  report, you gave her your actions to put into

3  the --

4    A.   I told her what I did.

5    Q.   Okay.

6    A.   I think she did the U-10.100.  She

7  wrote the narrative, I think.

8    Q.   Okay.  And have you written narratives

9  before?

10   A.   Yes.

11   Q.   Okay.  And have you written narratives

12  where multiple officers had a part in the

13  arrest?

14   A.   Yes.

15   Q.   Okay.  So when you do that, do you

16  write just off of what you remember, or do you

17  take what the other officers have told you and

18  incorporated it into your narrative?

19   A.   Both.

20   Q.   Okay.

21   A.   There is a paragraph for me, what I

22  did, saw, heard, smelled, whatever, and then so

23  on and so forth for each person.

24        That's how I write them.

25   Q.   Okay.  I'm going to put in and play

68

1   Exhibit 18.  And I'm going to go to 6 minutes and
2   15 seconds.
3           (Audio was played.)
4   BY MS. BRATTON:
5       Q.   Okay.  And that was Officer Cazan's
6   interview.
7       A.   Okay.
8       Q.   That -- after the handcuffing, that's
9   when he smelled the mace.
10      A.   Okay.  Did he say handcuffed both hands
11  or left hand?  I thought I heard him say left
12  hand.
13      Q.   Let's go back.
14      A.   Because I know he was on the left
15  side.
16          (Audio was played.)
17  BY MS. BRATTON:
18      Q.   Okay.  So that was --
19      A.   His left hand.
20      Q.   Yes.
21      A.   Uh-huh.
22      Q.   Did you hear him say that -- after he
23  was handcuffed, though?
24      A.   I think he was referring to the left
25  hand, though.  Because he got the left hand

69

1    before I was able to get the right hand.

2            MS. LLOYD:  Again, I'm just going to

3        raise an objection as to trying to interpret

4        what Officer Cazan is saying.  Officer Cazan

5        is saying what he said.  It speaks for

6        itself.

7            This is not Officer Groves' testimony,

8        it's Officer Cazan's statement to internal

9        affairs.

10   BY MS. BRATTON:

11       Q.   Okay.  I'm going to play it again so

12   that I can hear it.  Okay?

13           (Audio was played.)

14   BY MS. BRATTON:

15       Q.   Okay.  And so Officer Cazan did say, We

16   got him handcuffed; is that correct?

17       A.   Yeah.  Him and whoever was on that side

18   got his left hand cuffed.

19       Q.   So different people cuff different

20   hands?

21       A.   When we're wrestling somebody that's a

22   possibility, if there's a bunch of us there.

23       Q.   No.  I'm asking in this incident.

24       A.   Yeah.  Because they were on his left

25   side -- whoever he was with on the left side.  I

1    was on the right side.  So there could be a bunch

2    of us going after both hands.

3            And sometimes we get one cuff on and

4    we're still struggling with the other.

5        Q.    So do you remember how and who

6    handcuffed him?

7        A.    No, I don't.

8        Q.    Okay.

9        A.    I just remember going for the right

10   hand, and it took me a good time to get it up

11   from underneath him.

12           That's why I maced him.

13       Q.    Okay.  But you don't remember if you

14   were the one who handcuffed him?

15       A.    No.  I don't remember who handcuffed

16   him, because there was a lot of us there.

17       Q.    So there is a possibility that someone

18   else handcuffed him, outside of you, and his

19   right arm; is that --

20       A.    Are you talking about on his left side?

21       Q.    No.  Either, left or right; that

22   someone else completely handcuffed him.  Because

23   you don't remember if you did or not; is that

24   correct?

25       A.    Right.

71

1       Q.   So someone else could have besides

2   you?

3       A.   After I got that right arm out, yes.

4       Q.   Okay.  And so the, we handcuffed him,

5   that Officer Cazan was referring to, could be you

6   or could be a third --

7       A.   It could be him or --

8       Q.   -- another officer --

9            MS. LLOYD:  Objection.

10  BY MS. BRATTON:

11      Q.   -- who was there?

12           MS. LLOYD:  Again, objection as to

13           form, as to trying to interpret what

14           Officer Cazan is referring to.  It could be

15           the royal we, that he's just referring to

16           himself.

17                We can't ask Officer Groves to

18           speculate on what Officer Cazan is meaning

19           by his words.

20  BY MS. BRATTON:

21      Q.   You can answer the question.

22      A.   Okay.  What's the question again?

23           MS. LLOYD:  Is the question what

24           Officer Cazan means?

25  BY MS. BRATTON:

1    Q.   The question that I am asking you is --

2    A.   Okay.

3    Q.   -- the, we could, could be you, or it

4  could be a third --

5    A.   Any one of us.

6    Q.   Thank you.

7         Do you remember how many times you

8  interviewed with internal affairs?

9    A.   Oh, I don't know.

10    Q.   Do you remember whether -- or did the

11  prosecutor ever discuss with you whether or not

12  to dismiss charges against Mr. Phillips if he

13  would agree not to sue?

14    A.   I have no idea.

15    Q.   Okay.

16    A.   I'm not sure.

17    Q.   Did you talk to the prosecutor prior to

18  your testimony --

19    A.   Both trials?

20    Q.   -- in either trial?  Either one.

21    A.   Well, they tell us they're going to be

22  calling us in one at a time.  But as far as what

23  we discussed, I don't remember the details of

24  what we discussed.

25    Q.   Okay.  And did you talk to -- I'm

73

```
 1   sorry.  Did you make any other statements to
 2   anyone else besides the statements that have been
 3   shown today, which are the use-of-force report,
 4   the statement to internal affairs, and the two
 5   trials?
 6        A.   Did I say anything different from all
 7   that?
 8        Q.   Anywhere where it could be recorded,
 9   did you write anything different?
10        A.   Oh, no --
11        Q.   Okay.
12        A.   -- I don't believe.
13        Q.   Okay.  And did you meet with the safety
14   director about any of the incidents involving
15   Mr. Phillips?
16        A.   Uh-uh.
17        Q.   What --
18        A.   I'm sorry.  No.
19        Q.   Okay.  What about Commander Curmode?
20        A.   I don't remember.  I don't think we
21   did.
22        Q.   What about Assistant Chief Kuebler?
23        A.   No.
24        Q.   Okay.
25             (Plaintiff's Exhibit 31 was marked for
```

74

```
 1              identification.)
 2    BY MS. BRATTON:
 3         Q.   I'll hand you what has been marked as
 4    Exhibit 31.  Do you recognize this to be your
 5    internal affairs bureau report?
 6         A.   Yes.
 7         Q.   Okay.  On the first page, GB1013,
 8    January 18th of 2012, an injury to a prisoner
 9    while making an arrest, what were the facts
10    surrounding that incident?
11         A.   We're talking over five years.  I have
12    no clue.
13         Q.   Okay.
14         A.   I know that was in The Bottoms, but
15    other than that, I don't remember.
16         Q.   What is it called?  I'm sorry.
17         A.   It was in The Bottoms.
18         Q.   What is The Bottoms?
19         A.   Franklinton.  I'm sorry.
20         Q.   Oh, okay.
21         A.   They call it The Bottoms --
22         Q.   Okay.
23         A.   -- but also Franklinton.
24              THE REPORTER:  What are you saying?
25              THE WITNESS:  The Bottoms.
```

75

```
 1              THE REPORTER:  The other.
 2              THE WITNESS:  Franklinton.
 3    BY MS. BRATTON:
 4        Q.   Okay.  If you turn to the next page, on
 5    March 21, 2012, it looks like there was a finding
 6    of some behavior that was outside of policy.  Do
 7    you know what that was?
 8        A.   No.
 9        Q.   Let's go closer in time.  If you go to
10    the last page --
11        A.   Okay.
12        Q.   -- GB1032, 4/25/15, injury to a
13    prisoner, making an arrest.  Do you remember --
14        A.   Did you say last page?
15        Q.   Yes.
16        A.   I have --
17        Q.   GB1032.
18        A.   Oh, I see it.
19        Q.   Not the one with Mr. Phillips.
20        A.   Oh, I was like, that was the one most
21    recent.
22        Q.   Do you remember that incident,
23    4/25/15?
24        A.   No, I do not.
25        Q.   Okay.  All right.  If you go to the
```

76

1   page prior to, GB1031, it looks like these were

2   in 2016.  There have a 6/14/16 injury to a

3   prisoner.  Do you remember that incident?

4         A.   6/14 of '16.

5         Q.   Yes.

6         A.   Page 10 --

7         Q.   Yes, on the bottom.

8         A.   Okay.  Yeah, got it.

9              I'm sorry.  You asked, do I remember

10  that?

11        Q.   Yes.

12        A.   I'm sorry.  I was caught up on her name

13  because we just talked to her the other day.

14             No, I -- no, I don't remember that

15  one.

16        Q.   And if you go to the incident above

17  that, 7/30/16, do you remember that incident?

18        A.   No, I don't remember that one either.

19  My assignment wasn't 12C9, though.  So I'm not

20  sure if that was me or somebody else.

21        Q.   You said your assignment was not --

22        A.   No.  It's never been 12C9.

23        Q.   Okay.

24        A.   So maybe this was someone else that --

25  no.  That's about all I know.

77

1      Q.   Okay.

2           (Plaintiff's Exhibit 32 was marked for

3           identification.)

4   BY MS. BRATTON:

5      Q.   Okay.  Do you remember having to take a

6   retraining for cursing at citizens?

7      A.   Yeah.

8           I volunteered to go to -- surviving

9   verbal conflict I think is what it's called.

10     Q.   Okay.  And then there was -- also, if

11  you go to GB1604 --

12          MS. LLOYD:  I'm sorry, what was that?

13          MS. BRATTON:  GB1604.

14  BY MS. BRATTON:

15     Q.   And you had a retraining on use of

16  force and documentation.

17     A.   Right.  That was how to document and

18  explain better than what I was explaining.

19     Q.   Okay.  And that was in 2015, correct?

20     A.   Yes.

21     Q.   Okay.  And if you go to 1632, this is

22  the middle of an investigative summary involving

23  an incident with a Mr. Brad Cherry.

24     A.   Oh, I do remember this one.

25     Q.   And during your initial interview

78

1   you -- on the second paragraph -- or the first

2   full paragraph, Officer Groves stated that

3   Officer George finished a search and walked back

4   to PTV.  Officer Groves stated when Officer

5   George got in the driver's seat, he did not hear

6   Officer George utter the statement, She's getting

7   on my fucking nerves, she needs to go back in the

8   house, or any profanity at all.

9          So initially, when you were

10   interviewed, you said you didn't hear any

11   profanity; is that accurate?

12         A.   Based -- from Officer George.

13         Q.   Okay.  And you didn't offer that you

14   had cursed?

15         A.   He never asked me at that point.

16         Q.   Okay.

17         A.   Yeah, because -- I remember that

18   because I was talking to that officer.  He asked

19   me if I needed to talk to her further.  And

20   that's when I said, She's getting on my fucking

21   nerves.

22         Q.   Okay.  And then, I guess, two

23   paragraphs after that, after the initial

24   interview, you were called back into internal

25   affairs, after they examined the cruiser video

1   and found that it was you, not Officer George,

2   who made the comment.

3        A.   I'm sorry.  I was reading that.

4        Q.   Oh, okay.

5        A.   What was your question?

6        Q.   Okay.  Go ahead and read.

7        A.   No.  Go ahead.

8        Q.   You were called back in --

9        A.   Yes, a second time.

10       Q.   -- a second time, after they reviewed

11  the cruiser video, correct?

12       A.   Yes.

13       Q.   And that was for them to let you know

14  that they had heard that you were the person who

15  used the profanity?

16       A.   Correct.

17       Q.   And was there any reason you didn't

18  tell them, outside of them not asking you, during

19  the first interview?

20       A.   They didn't ask, and I didn't tell

21  them.

22            MS. BRATTON:  Okay.  If we can take a

23       quick break, I think I'm done, but --

24            (Off the record.)

25            MS. BRATTON:  I don't have anything

80

1  else.

2      THE REPORTER:  Would you like signature

3  if it's ordered?

4      MS. LLOYD:  Yes, please.

5

6              _____

7                   OFFICER ADAM GROVES

8                    - - -

9     DEPOSITION ADJOURNED AT 11:03 A.M.

10                    - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

81

```
 1              C E R T I F I C A T E

 2

 3    STATE OF OHIO        :
                           :  SS
 4    COUNTY OF HAMILTON   :

 5             I, Wendy Haehnle, the undersigned, a

 6    duly qualified and commissioned notary public

 7    within and for the State of Ohio, do certify that

 8    before the giving of his deposition, OFFICER ADAM

 9    GROVES was by me first duly sworn to depose the

10    truth, the whole truth and nothing but the truth;

11    that the foregoing is the deposition given at

12    said time and place by OFFICER ADAM GROVES; that

13    I am neither a relative of nor employee of any of

14    the parties or their counsel, and have no

15    interest whatever in the result of the action.

16             IN WITNESS WHEREOF, I hereunto set my hand

17    and official seal of office at Cincinnati, Ohio,

18    this 6th day of October 2017.

19

20    _____

21    Wendy Scott
      Notary Public - State of Ohio
22    My commission expires September 3, 2022

23

24

25
```

82

```
 1              E R R A T A   S H E E T

 2          DEPOSITION OF:  OFFICER ADAM GROVES
                   TAKEN:  SEPTEMBER 26, 2017
 3

 4    Please make the following corrections to my
      deposition transcript:
 5

 6    Page  Line Number           Correction Made

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____   _____

25    Witness Signature             Date
```

83

**0**

**0** 11:17,18

**1**

**1** 11:17 23:9 37:5 45:13
**10** 40:22 42:3 58:7,15 76:6
**10:21** 53:21
**10:24** 53:22
**11** 35:1 38:1 39:5
**11:03** 80:9
**12** 60:18 61:24
**128** 30:9
**12C9** 76:19,22
**13** 39:22 63:12
**14** 39:22 41:22 58:16,17
**15** 57:9 68:2
**15th** 14:8 31:19,20
**16** 46:15 52:19,20 63:11
  76:4
**1632** 77:21
**16th** 31:13
**17** 41:10,20 42:4,14,17
  61:21,25
**18** 34:11 39:21 41:22 42:2,
  4 48:8,20 68:1
**18th** 74:8
**19** 36:11 52:4,17
**19th** 16:7,19,20,21

**2**

**2** 11:17,21 29:18 39:5 66:5
**20** 27:21 44:19 46:20
  48:12 52:17 54:11
**2012** 74:8 75:5
**2014** 14:8 31:14
**2015** 77:19
**2016** 76:2
**21** 53:11 54:11 75:5
**22** 46:19 47:16 48:7,12
**22:45** 27:11
**23** 36:11 37:4 63:12,15
**25** 37:4
**2651** 30:1
**28** 33:5,6,10,13 34:12,24
**29** 44:24 45:3

**3**

**3** 11:17 27:8,11 52:5
**30** 27:21 53:23 54:1
**31** 73:25 74:4

**32** 27:11 77:2
**35** 47:17
**37** 63:16

**4**

**4** 44:19 52:10
**4/25/15** 75:12,23
**40** 25:24
**47** 46:20 47:16 48:7
**49** 48:12

**5**

**5** 41:12,18,20 42:19 44:19
  50:24 51:24 62:1
**50** 25:24
**54** 63:12,15

**6**

**6** 34:22 64:23 68:1
**6/14** 76:4
**6/14/16** 76:2
**60** 16:3

**7**

**7** 37:4 56:21
**7/30/16** 76:17
**799** 29:23

**8**

**8** 11:18 37:5
**8/2/16** 61:18

**9**

**9** 50:16
**90** 16:3
**9:26** 27:2
**9:28** 27:2

**A**

**A.M.** 80:9
**ability** 13:11
**able** 6:4 30:20 31:8 47:3
  58:8 69:1
**academy** 8:2,20 10:11
**accident** 7:24
**accomodating** 6:17
**accuracy** 33:25
**accurate** 24:5 34:5 42:9
  44:21 48:17 51:23 57:2
  62:15 65:7 78:11

**actions** 67:2
**actively** 40:11
**actual** 62:22 63:4,6
**Adam** 4:1,12 80:6
**add** 33:15
**ADJOURNED** 80:9
**affairs** 32:24 33:14 69:9
  72:8 73:4 74:5 78:25
**affect** 62:19
**age** 25:7 26:1,10
**ago** 17:2,9 19:23
**agree** 50:6 72:13
**ahead** 22:3 32:5 63:1 79:6,
  7
**ahold** 50:17
**air** 17:5
**aired** 24:23 25:6 26:22
**amount** 38:20
**answer** 5:8,18,20 10:5
  25:10 45:16,24 49:22
  50:2,10,14 52:16 57:6
  58:10 60:16 62:3 65:1
  71:21
**anybody** 66:9
**approached** 48:15
**approximately** 48:7
**arm** 8:19 11:1 20:3,7,20,
  24,25 22:20 23:25 36:25
  37:7 50:18 57:8,20,24
  58:2 59:17,21 65:15 70:19
  71:3
**arms** 30:14 31:7 48:22
  51:3,9,10 59:11
**arrest** 24:4,7 31:24 66:11,
  13 67:13 74:9 75:13
**arrive** 25:5 26:5
**arrived** 42:23
**asked** 35:2,3 40:23 42:2
  43:7 45:16,22 49:7,10,11,
  17,19,22 50:3,6 52:11
  53:11 54:11,20 56:24 57:4
  58:7 61:5,22 65:3 76:9
  78:15,18
**asking** 10:19 18:1 25:16
  35:10,12 37:22 40:13
  42:10 49:5 52:7 56:12
  60:19 64:23 69:23 72:1
  79:18
**assessed** 26:21
**assignment** 16:1,2 76:19,
  21
**Assistant** 73:22
**assume** 26:20
**assuming** 14:1 42:8
**attempt** 59:16

84

**attempted** 49:3
**attention** 48:3
**attorney** 5:17 6:9 7:17
  52:8
**audio** 27:9,12 34:15,16
  64:7,8 68:3,16 69:13
**available** 7:19
**aware** 27:14 59:4

**B**

**bachelor's** 7:10
**back** 5:10 27:15 37:11
  39:20 41:10,14 42:22
  47:11 64:5 68:13 78:3,7,
  24 79:8
**back-and-forth** 66:7
**badge** 30:2,4
**bar** 28:1,2,7,8,10,14,23
**bars** 8:19 11:1
**based** 8:22 37:25 39:9
  43:6 44:1,15 47:8 48:18
  51:24 53:1 58:5 78:12
**basis** 9:5 56:10
**Bates** 29:21
**bathroom** 5:11 26:25
  53:19
**began** 23:11
**behavior** 75:6
**believe** 33:16 54:12,16
  64:6 73:12
**believing** 56:5
**belly** 51:3,20,23 52:2
**Belvidere** 16:8,23
**Bennington** 64:22
**best** 11:25 12:12,16 17:2,8
  28:8
**better** 77:18
**bike** 14:18
**binder** 29:18
**Bits** 18:21
**black** 14:4 28:22 29:12
  55:11,13
**Blair** 32:19 36:9 40:17,21,
  23,24 42:3,5 43:5,8,15
  46:10 54:18 59:5,24 65:22
**Blair's** 67:1
**body** 19:25 20:1 23:20
  30:18 41:8,9 58:11,13
**book** 8:23 11:12
**bothers** 15:23
**bottle** 13:8
**bottom** 29:20 45:9 54:8
  76:7

**Bottoms** 74:14,17,18,21,
  25
**Brad** 77:23
**BRATTON** 4:5 6:1,2 10:4,
  20 25:1,11 26:12 27:3,10,
  13 33:8,12,19,22 34:1,4,7,
  8,17 35:14 40:8 42:13
  43:18 44:17 45:1 46:18
  47:1,7,15 48:2 51:17
  53:18,25 57:15,18 63:2,14
  68:4,17 69:10,14 71:10,
  20,25 74:2 75:3 77:4,13,
  14 79:22,25
**break** 5:14 26:25 51:9
  53:19 79:23
**breaks** 5:11
**building** 19:8,21 21:25
  54:21 55:5
**bulldozed** 28:9
**bunch** 59:11 69:22 70:1
**bureau** 74:5
**burglar** 36:2
**burglary** 16:5 19:8,20
  22:8 35:5,8,22 36:7 54:14,
  19 56:6,23
**burns** 38:24 39:2
**burst** 12:21 31:5 38:3,20
  39:8
**Byrne** 22:4 28:18

**C**

**call** 16:5,25 17:4 26:9
  27:20 74:21
**called** 28:21 54:14 74:16
  77:9 78:24 79:8
**calling** 72:22
**calls** 17:15
**cam** 46:16 63:11
**camera** 15:14
**cameras** 15:9,11
**car** 17:6 21:3,4,10,13,23
  22:16,19 23:12 24:3,13
  26:10 46:22 47:19 48:7
**carrying** 54:22
**cars** 15:11
**case** 17:25
**caught** 76:12
**Cazan** 28:25 30:12 40:1
  47:4,8 50:25 61:1 69:4,15
  71:5,14,18,24
**Cazan's** 60:19 68:5 69:8
**certain** 21:9
**Chad** 30:19 40:1,15 41:2
  43:8,22 44:2,10

**chain** 66:19,22
**characteristics** 56:16
**charge** 32:20
**charges** 72:12
**Cherry** 77:23
**chest** 48:22
**chick** 19:1 21:24
**Chief** 73:22
**citizens** 77:6
**cleared** 22:7
**clearly** 48:10
**close** 12:2
**closer** 75:9
**clothing** 25:7 26:3,11
**clue** 74:12
**coat** 55:13
**codes** 48:4
**color** 25:7
**Columbus** 6:22 7:2,22
**come** 23:21 25:20 36:14
**comes** 38:2,9,18,21 63:6
**coming** 6:9 17:17 36:19,23
  39:15
**command** 24:16 66:19,23
**Commander** 73:19
**commands** 24:13,19 31:10
**comment** 79:2
**community** 14:25 15:19,
  23
**complete** 22:23
**completely** 70:22
**complied** 31:9 49:12 64:1,
  17
**complies** 50:23
**comply** 24:19 45:19 49:25
  56:24
**computer** 17:23 18:9
**concentrate** 6:4
**conclusion** 36:15
**conflict** 8:11 77:9
**confused** 10:18
**continue** 36:19
**continued** 31:6
**continuously** 12:18 13:11
**control** 22:23 30:14 51:1
  57:10
**conversation** 22:6 46:2,10
**convoluted** 5:5
**cooperating** 52:14
**correct** 15:2 23:23 28:16,
  22 32:24 33:19 37:10
  39:18 43:9,21,23,24 44:5
  48:25 50:11,20,21 51:6,21
  52:15,16,18 56:10 58:14,

24 61:7,8 69:16 70:24
  77:19 79:11,16
**counsel** 7:20 33:18
**count** 13:22
**couple** 62:3
**course** 42:9
**court** 4:21 53:8 66:15
**Cross-examination** 52:5
**CRT** 14:25 15:1,3,11,21
**cruiser** 15:4,7 28:24 46:16
  48:12 63:11 78:25 79:11
**cruisers** 15:8 21:20
**cuff** 59:21 69:19 70:3
**cuffed** 69:18
**cuffs** 21:1 23:4
**Curmode** 73:19
**current** 6:20
**cursed** 78:14
**cursing** 77:6
**custody** 20:18

## D

**Dale** 19:18 28:24 41:17
  66:6,7
**Dale's** 61:6
**dark** 19:2 58:11,21,25
**date** 31:18 32:2 61:16
  66:24
**dates** 9:20
**day** 14:9 15:17 31:16,21
  76:13
**days** 16:3
**deal** 9:23 15:24
**dealing** 18:15 65:14
**December** 6:25
**defendant** 4:2
**Defendant's** 23:9
**defensive** 8:6,14 9:24
  10:14,21 11:7
**degree** 7:10
**department** 14:14
**deploy** 11:23 12:17,18
  61:22 62:2
**deployed** 31:4 62:14
**deposed** 4:3
**deposition** 4:13,15 6:14
  80:9
**describe** 45:22 50:4
**description** 17:20 26:3
  50:5 51:15
**detail** 14:24
**details** 26:10 72:23
**detain** 19:19 21:5 23:5
  54:25 56:10,22

**detained** 23:3 24:4,6,14
  46:7
**determine** 33:25
**different** 5:2 8:19 21:20
  26:19 69:19 73:6,9
**directive** 11:14,16
**directly** 59:2 62:15
**director** 73:14
**discuss** 72:11
**discussed** 6:9 72:23,24
**discussing** 44:10
**discussion** 5:19 40:5
**disk** 34:10
**dismiss** 72:12
**dispatch** 24:23 25:6,18,23
  26:7,14 27:5,15,20 28:13,
  21
**distance** 12:6,11,12 16:13
**distinguishing** 56:16
**division-issued** 31:5
**document** 77:17
**documentation** 77:16
**documents** 6:8
**doing** 19:10 39:15 43:5
  54:23 60:1
**door** 19:9,21 36:12 37:6,7,
  19 41:17 42:1 50:17 57:6
**doorjamb** 22:21
**double-leg** 60:20
**Doug** 63:20,21 64:4
**drive** 15:3
**driver's** 47:19 78:5
**driving** 15:5 17:23 18:23,
  24
**duly** 4:2
**duties** 15:16
**duty** 55:2
**dying** 20:10

## E

**e-mails** 9:13
**earlier** 60:17 61:7 66:18
**east** 28:10
**education** 7:9
**either** 70:21 72:20 76:18
**employed** 6:24
**enforcement** 7:2
**engaged** 46:11
**entire** 48:13
**equipped** 15:8
**escort** 22:20
**escorting** 65:1
**estimate** 26:1

**eventually** 20:25 21:22
  31:8 46:7 51:1
**eventually** 19:17
**everybody** 30:24 66:23
**evolving** 60:14
**exact** 12:6,15 16:13 35:24
**exactly** 26:23 42:10 51:19
**examination** 4:4 64:21
**examined** 4:3 78:25
**excuse** 33:11 61:14,21
  64:22
**exhibit** 23:9 27:8,11 29:18
  33:4,6,10,13 34:11,24
  44:24 45:3 46:15 53:23
  54:1 63:11 68:1 73:25
  74:4 77:2
**exiting** 52:13,15,24 53:12
**experience** 7:4,7
**explain** 38:2 77:18
**explaining** 77:18
**expound** 5:9
**eye** 62:15 63:5
**eyes** 12:3 62:19

## F

**face** 12:3,9 31:6,7 39:7,12,
  18,19 61:6,11 62:4,16
**factor** 25:8
**facts** 74:9
**fair** 55:5
**fall** 31:2 51:5,9
**far** 12:3 16:4,9,11,13
  23:14 25:17 32:11 38:12
  57:2 64:19 66:9 72:22
**fast** 60:14
**feet** 8:18
**fell** 30:24 51:9
**female** 55:10,11,14,18
  56:2,15
**fight** 22:22
**fighting** 13:3
**fights** 8:18
**figure** 19:20 24:10
**figured** 59:20
**find** 11:9 55:2 59:23
**finding** 75:5
**fine** 5:13 7:18 63:3
**fingers** 40:18,19
**finish** 57:13
**finished** 78:3
**first** 4:17 12:1 19:15 32:9
  45:4,6 46:9 47:18,22,24
  57:1 62:10 74:7 78:1
  79:19

**five** 74:11
**flat** 38:12
**focused** 15:21
**follow-up** 8:4
**follows** 4:3
**foot** 19:24 23:19 36:11
    37:3 50:18,19 57:7,23
**force** 9:25 10:16 13:24
    32:11,16 77:16
**forget** 59:8
**form** 10:17 25:9 26:6
    35:10 40:3 42:7 43:11
    44:12 71:13
**forth** 67:23
**forward** 39:18
**found** 79:1
**four** 7:10
**frame** 37:19
**Franklinton** 74:19,23 75:2
**freaking** 20:11
**fucking** 78:7,20
**full** 78:2
**further** 35:6 36:8 56:23
    78:19

—————————

**G**

**game** 26:17
**gangs** 15:22
**GB** 45:11 54:8
**GB1013** 74:7
**GB1031** 76:1
**GB1032** 75:12,17
**GB108** 60:18
**GB109** 61:21
**GB112** 64:20
**GB1604** 77:11,13
**GB339** 45:12 48:20
**GB343** 50:22
**GB354** 52:3
**GB355** 53:11
**GB799** 29:22
**GB93** 54:10
**GB94** 56:20
**GB95** 57:9
**GB98** 58:6
**George** 78:3,5,6,12 79:1
**getting** 6:15 22:15 23:4,7,
    14,17,22 24:3 32:18 37:2,
    10,13,14,22 39:24 44:10
    65:4 78:6,20
**girl** 21:18
**give** 36:18 45:2 56:17
**gives** 25:23

**giving** 7:13 20:20 24:12
**go** 5:10 7:16 8:21 15:18
    22:3,10 26:7,8,16 29:4,18,
    22 32:5 40:22 41:25 45:12
    47:11 48:19 50:25 51:20
    52:4 54:10 58:6 60:2,18
    61:6 63:1,4 64:20 68:1,13
    75:9,25 76:16 77:8,11,21
    78:7 79:6,7
**goes** 7:23 11:18 42:22
    61:10 62:18 66:15,19,20,
    22
**going** 10:1,8 20:9,11,13,14
    21:19,20 22:25 23:4,5,6,8,
    21,25 26:20 27:4,10 33:2,
    3 34:9 35:6,12 36:8 37:5
    38:6 42:6 45:2,8 46:14,19
    55:1,23 57:13,15 58:9
    60:12,15 62:18 63:7,10
    67:25 68:1 69:2,11 70:2,9
    72:21
**good** 4:6,7,8 22:10 36:12,
    16 70:10
**grab** 58:1 64:24 65:4
**grabbed** 20:3 23:25 36:21,
    25 50:17 57:10,21,25 58:2
    59:17
**grabbing** 23:15
**gray** 55:13
**ground** 8:18 20:19 23:19
    30:21,22 31:7 39:18 42:24
    44:5,7,11,16 50:19 51:2,6
    58:9
**group** 32:19
**Groves** 4:1,12,14 30:12
    31:4 71:17 78:2,4 80:6
**Groves'** 69:7
**Guard** 7:8
**guess** 10:18 37:16 56:8
    78:22
**guide** 57:8,21,24

—————————

**H**

**hair** 25:7
**half** 19:25 20:1 23:20 41:5
    44:3,15
**hand** 12:18 23:15,23 33:3
    37:7,8,9,15 53:12,14
    68:11,12,19,25 69:1,18
    70:10 74:3
**hand-to-hand** 8:23
**handcuff** 65:10
**handcuffed** 31:9 44:20
    59:5 65:12 68:10,23 69:16
    70:6,14,15,18,22 71:4

**handcuffing** 68:8
**handcuffs** 48:11
**Handing** 33:9
**handle** 23:15,23 37:8,9,15,
    16,19 40:19,20,22 50:17
    57:11,22,25 58:2 64:24
    65:4
**handles** 37:18
**hands** 58:8 68:10 69:20
    70:2
**happened** 16:25 41:14
    42:22 45:14 49:20 60:10,
    11
**happening** 58:12 65:19
**happens** 6:18
**harder** 9:2
**Harris** 19:4,6,12 28:3,5,10
**head** 18:13 20:10 55:15
**hear** 17:15,19,21 68:22
    69:12 78:5,10
**heard** 63:20 67:22 68:11
    79:14
**heck** 4:9
**height** 25:7
**help** 17:8 19:15 60:16
**Hemminger** 52:8,11 53:11
**hey** 18:10 22:24 23:3 60:3
    66:4,23
**Hilltop** 15:20,21
**hold** 13:19 22:20,23
**holding** 53:12
**homicide** 7:25
**honestly** 17:1,9
**horrible** 62:20
**hours** 46:19 47:16 48:7,12
    63:12,15
**house** 78:8

—————————

**I**

**IA** 66:20
**IAB** 34:25
**idea** 16:14 18:1 20:15
    23:16 24:17,20 29:16
    30:17 36:12,16 72:14
**identification** 33:7 44:25
    53:24 74:1 77:3
**ignore** 26:13
**immediate** 32:6
**immediately** 36:22 60:3,5
**important** 24:21 25:2,3,16
    26:4
**inches** 62:3
**incident** 31:17 32:10 48:13
    61:17 65:20 69:23 74:10

75:22 76:3,16,17 77:23
**incidents** 73:14
**incorporated** 67:18
**increments** 13:1
**Indicating** 62:25
**individual** 22:15
**individuals** 21:10 54:13, 22 55:16
**information** 7:14 26:4 55:22
**informed** 35:18
**initial** 24:15 61:16 77:25 78:23
**initially** 29:6 40:7 52:23 78:9
**injury** 74:8 75:12 76:2
**inside** 21:24 27:16 28:23 64:6,7,10
**instructs** 5:23
**interaction** 18:20
**internal** 32:23,24 33:14 69:8 72:8 73:4 74:5 78:24
**interpret** 69:3 71:13
**interview** 32:24 33:14,21 34:25 43:2 68:6 77:25 78:24 79:19
**interviewed** 72:8 78:10
**investigate** 35:6 36:8 55:1 56:23
**investigating** 21:11 35:5, 22 36:7
**investigation** 21:7
**investigations** 7:24,25
**investigative** 77:22
**involved** 21:22 24:10 54:13,18,24 55:17,19
**involvement** 22:7
**involving** 73:14 77:22
**issues** 15:19

**J**

**January** 74:8
**Jean** 18:25 19:15 60:1
**Johnson** 34:25 35:1 40:23 41:13,25 42:20 43:20 49:3
**June** 61:24

**K**

**Karen** 18:25 19:18 40:7, 23 42:3 43:8,15
**keep** 12:17 13:6 18:1,13 57:9
**keeping** 9:7

**keeps** 6:15
**kept** 10:11 17:12 20:7 39:6,15 59:17
**kick-down** 60:20
**kind** 4:18 13:13 20:2 23:20 26:21 29:21 59:20
**knew** 35:7,11,16 39:13,14
**know** 5:10,14 6:18,19 7:21 9:19 12:1,10,14 14:6 19:9, 11,23 20:12,13,14,24 21:14 22:5,9,11,24 24:11, 22 27:22,25 28:6 35:7,16, 18,20 36:25 38:4,13 46:23 47:2,12,21 48:3 49:18 51:8 55:2,19 56:7 59:25 61:1 63:24 65:22 66:4,9, 20,22,23 68:14 72:9 74:14 75:7 76:25 79:13
**knowledge** 35:4,17 64:25
**known** 29:3
**Kuebler** 73:22

**L**

**lag** 27:19,24
**law** 7:1 9:10,12
**leave** 21:10
**left** 19:24 20:3,21 37:2,7 50:18,19 57:7,8,20,23,24 58:1,12,20 59:17 68:11, 14,19,24,25 69:18,24,25 70:20,21
**leg** 51:1 60:20
**legal** 8:7 9:3,15
**legs** 20:22 41:4 44:2 51:1 59:12
**let's** 24:15 26:24 31:3 33:4 40:22 44:18 47:25 64:14 68:13 75:9
**level** 11:16,21 66:5
**lieu** 7:13
**lift** 13:18
**lights** 59:2
**line** 35:1 37:5 39:5 40:22 41:12,18,20,22 42:3,14,19 45:13 48:20 50:16,24 51:24 52:4,5,10,17,19,20 53:11 56:21 57:9 58:7,15 60:18 61:21,25 62:1 64:23
**lines** 36:1,11 37:4 39:22 42:4,10 44:19 54:11
**listen** 25:18
**listened** 25:6
**LLOYD** 10:1,17 24:24 25:9 26:6 33:11,15,20,23 34:2,5 35:9 40:2 42:6

43:10 44:12 51:12 57:13, 17 69:2 71:9,12,23 77:12 80:4
**location** 17:6
**long** 5:5 6:24 8:1 36:18 50:10,14
**longer** 13:20
**longest** 59:25
**look** 9:17 17:22 18:9 45:8 52:12 54:7
**looked** 29:1
**looking** 18:14 24:23 50:16 54:1
**looks** 39:25 41:12 48:4 49:10 52:4,6 61:23 64:6, 21 75:5 76:1
**lot** 20:18 26:7,8,9 39:4 55:21 70:16
**loud** 41:19
**lower** 30:19 44:15

**M**

**mace** 11:20,23 13:8 20:24 31:5 38:2 39:13 60:7 61:22 62:2,14 68:9
**maced** 65:13 70:12
**macing** 39:6 65:18
**making** 74:9 75:13
**male** 14:5 55:13,18 56:2, 15
**males** 55:10,11
**March** 75:5
**mark** 33:3
**marked** 23:9 27:7 33:6,9 34:10 44:24 45:3 46:15 53:23 73:25 74:3 77:2
**Mcclain** 63:21,22,24 64:15
**mean** 10:10 23:13 26:15 32:8 50:4 62:18
**meaning** 71:18
**means** 71:24
**meant** 45:22
**mechanism** 13:13
**medications** 6:5
**meet** 73:13
**memos** 9:13
**mention** 41:24 42:5 43:4
**messing** 40:18
**Micah** 21:23 24:11 28:24 29:8,9,11 54:17 56:17
**microphone** 15:15
**microphones** 15:13
**mics** 64:8

**middle** 29:22 77:22
**midnight** 31:25
**midway** 30:10
**miles** 16:10
**Military** 7:4
**millitary** 7:6
**mind** 53:19
**minute** 16:16 45:25 46:3
**minutes** 46:20 47:16 48:7,
  12,14 63:12,15 68:1
**mischaracterization** 40:4
  43:13 51:13
**mist** 38:13
**months** 7:23 8:3 9:18
**morning** 4:6,7
**move** 39:12
**moved** 6:15
**moving** 13:6,7 21:15 39:7
**multiple** 67:12

---
                    N
---

**name** 4:10 76:12
**narcotics** 15:22
**narrative** 30:8 65:23
  66:13 67:7,18
**narratives** 67:8,11
**National** 7:8
**near** 17:6
**need** 5:11,12,14,20 7:17,
  19 21:5 37:11
**needed** 19:15,19 36:7
  78:19
**needs** 78:7
**nerves** 78:7,21
**never** 13:24 34:6 41:24
  76:22 78:15
**news** 9:8
**night** 31:23
**normal** 18:7
**normally** 15:20
**north** 19:12
**nose** 62:19
**notice** 40:25
**nozzle** 38:9 62:22 63:4
**number** 12:15 30:1 39:5
  54:5,6
**numbers** 29:21 45:9,11
  54:8

---
                    O
---

**object** 10:2 42:6
**objecting** 5:18

**objection** 10:17 24:24 25:9
  26:6 35:9 40:2 43:10
  44:12 51:12 69:3 71:9,12
**objections** 5:16
**offer** 78:13
**officer** 4:1,6,14 6:21
  13:10,19 22:4 24:22 25:2
  28:18 30:12 31:4 32:19
  40:1,17,21,24 42:5 43:4,
  15 46:10 47:8 50:25 54:18
  59:5,24 60:19 61:1 63:22,
  24 64:15 65:22 67:1 68:5
  69:4,7,8,15 71:5,8,14,17,
  18,24 78:2,3,4,6,12,18
  79:1 80:6
**officers** 6:13 22:5 31:8
  65:17 67:12,17
**officers'** 31:10
**oh** 4:9,20 6:6,18 7:18 10:6
  11:6 17:16 22:3,13 23:1
  29:16 32:4 38:22 42:16
  58:22 59:6 63:6,9 72:9
  73:10 74:20 75:18,20
  77:24 79:4
**okay** 4:18,21,23 5:4,7,15,
  22,25 6:7,12,16,18,19,22
  7:6,9,11,13,20 8:1,4 9:1,9,
  12,16,22 10:6 11:9,13,16,
  19,22 12:7,10,16,22,25
  13:5,8,19,23 14:1,8,11,14,
  17,20,23 15:1,4,8,13,16,
  25 16:4,9,12,15,18,21,24
  17:19,24 18:3,5,12,16,22
  21:2,16 22:14,24 23:2,7,
  10,18,22 24:2,7,12,18,21
  25:13 26:13,24 27:6,18,
  23,25 28:6,12,17,21 29:5,
  14,17 30:1,5,10,22 31:1,3,
  13,22 32:1,3,14,18,23
  33:1,15 34:7,10,12,14,21
  35:21,25 36:10,18 37:4,21
  38:8,12,14,17,19,23 39:3,
  5,11,17,21 40:17,21 41:7,
  10,23 42:25 43:7,25 44:4,
  6,9,18,23 45:2,8,10 46:5,
  13,24 47:2,5,11,13,23,25
  48:9,16,19 49:2,6,8,14,19
  50:13,15,22,24 51:8,18,25
  52:3,9,11,21 53:2,4,6,17
  54:3,7,9,10 55:12,16,23
  56:4,8,20 57:4,17 58:6
  59:1,4,7,10,13,19,23 60:2,
  6,9,13,16,23 61:4,10,14,
  19 62:13,14,17 63:10,21,
  23 64:10,14,20 65:24
  66:2,8,11,14,16,21 67:1,5,
  8,11,15,20,25 68:5,7,10,
  18 69:11,12,15 70:8,13

71:4,22 72:2,15,25 73:11,
  13,19,24 74:7,13,20,22
  75:4,11,25 76:8,23 77:1,5,
  10,19,21 78:13,16,22
  79:4,6,22
**old** 7:11
**once** 9:14 13:17,18 21:22
  22:15 30:24
**one-second** 12:21 31:5
  38:3,20
**one-second-burst** 12:25
**open** 29:17 41:17 42:1
  57:7
**opening** 37:6
**opportunity** 33:24 65:16
**orange** 55:14
**order** 56:25
**ordered** 80:3
**OSU** 7:10
**outside** 6:8 7:2 9:23 10:2,
  10 29:4 70:18 75:6 79:18

---
                    P
---

**page** 29:22 34:22 37:4,5
  38:1 39:21 41:10,20,22
  42:2,11,17 44:18 48:20
  49:13 53:10 61:20 64:20
  74:7 75:4,10,14 76:1,6
**paid** 48:3
**pants** 14:12,22
**paragraph** 30:11 67:21
  78:1,2
**paragraphs** 78:23
**parked** 19:10
**part** 19:20,25 30:18 58:23
  59:6 62:21 63:6 64:18
  67:12
**partially** 45:21,23 50:2,4
  52:13,15
**participate** 6:4
**particular** 9:19 15:17
**partner** 18:10
**parts** 30:19
**passenger** 19:2,15 46:22
  48:6
**patrol** 15:20
**pavement** 19:25 30:13
  57:7,23 61:7
**payment** 39:7
**peacefully** 52:14,25
**people** 20:21 21:21 26:8
  29:6 61:11 69:19
**person** 47:3 57:10 67:23
  79:14

**person's** 13:3
**personal** 7:14
**Phillips** 6:1 14:2 18:20
  21:17 23:8,11 24:2,13
  27:25 28:12,13 29:7 30:13
  32:20 35:2,7,10,19 36:6,
  15 37:13 39:24 42:23
  44:19 46:11 47:18 48:11,
  21 50:16 52:23,24 54:17
  56:16,22 61:10 63:25
  64:15,24 65:10,12 72:12
  73:15 75:19
**Phillips'** 27:16 31:6 46:22
  48:6 52:8 58:8
**physically** 30:12,15,16
  40:15
**pick** 24:11
**pieces** 18:21
**placed** 30:13,16,23
**plaintiff's** 27:7 33:6 44:24
  46:15 53:23 73:25 77:2
**plates** 27:16
**play** 27:4,10 63:10 67:25
  69:11
**played** 27:9,12 34:16
  46:17,25 47:6,14 48:1
  63:13 68:3,16 69:13
**playing** 20:15 26:17
**please** 80:4
**point** 37:1 40:6,24 42:3
  43:16 44:2 47:24 51:2,5,
  22 52:1,12 55:4 78:15
**points** 8:19
**police** 6:21,22 7:2,22 15:4
**policies** 9:22,24 10:15
  11:4,10,13 12:1
**policy** 10:14,15 11:25
  12:16 22:14,18 75:6
**portion** 54:2
**posed** 45:18
**position** 6:20 23:16
**possibility** 69:22 70:17
**potential** 21:3 25:23
**practice** 12:17 18:7
**practices** 12:13
**precinct** 16:7,20,21
**prepared** 33:18 34:3
**press** 13:11,17
**pressure** 8:19
**pretty** 8:17,19
**previously** 34:10 46:15
**prior** 6:9,13 35:4,12 44:9,
  10 50:7 52:23 65:13 72:17
  76:1
**prisoner** 74:8 75:13 76:3

**proactive** 15:18
**probably** 52:18
**profanity** 78:8,11 79:15
**progress** 16:6
**property** 28:9
**prosecutor** 45:18 49:8,10
  50:3 52:7 56:24 57:4 58:7
  60:19 64:22 72:11,17
**prostitution** 15:22
**proximity** 55:5 56:1,14
**PTV** 78:4
**public** 26:9,16 55:21
**pull** 20:13,15 31:6 40:19
  48:21 49:4 50:7
**pulled** 48:22
**pulling** 40:11,15 48:24
  49:9,15,17 59:18
**punishment** 13:24
**push** 38:16
**put** 21:19 23:4 34:9 36:10,
  11 37:2,6,7,23 38:15 51:3
  57:7,23 59:13 67:2,25

### Q

**qualification** 10:2
**qualifications** 8:8
**question** 5:1,18,20 10:7,13
  37:12 40:10 42:12 43:12,
  14,17 45:18 52:21 54:20
  57:16 58:1,19 62:1,2,5,20
  65:3 71:21,22,23 72:1
  79:5
**questions** 49:24 50:6,9,12
  52:7 54:25 60:17
**quick** 26:25 79:23

### R

**race** 25:24 26:11 28:17
**radio** 17:12 18:9 26:18,22
  27:4 55:9
**radios** 17:14
**rail** 53:12
**raise** 69:3
**read** 9:17 37:11 41:18,19
  61:23 79:6
**reading** 52:20 61:24 62:9
  79:3
**reair** 17:22
**real** 26:25
**realize** 34:2
**realized** 36:12,15
**really** 18:18 19:11
**rear** 28:1,7,13

**reason** 6:3 21:16 49:2 55:6
  79:17
**reasonable** 56:11,13,18
**recall** 12:5,11 22:13 32:17,
  18 56:19
**recess** 27:2 53:21
**recognize** 14:4 34:18
  46:21 47:9 63:18 74:4
**record** 4:11 5:19 33:16,23
  66:25 79:24
**recorded** 73:8
**recorder** 34:3
**Rector** 32:20 66:3
**redirect** 64:21 65:7
**referencing** 52:19
**referring** 41:6 62:11 68:24
  71:5,14,15
**refresher** 8:21 9:6,7,14
**reload** 13:10,15,17
**remember** 5:8 14:24 15:10
  16:4 17:1,2,5,10,11,24
  18:17,19,22 19:14 20:5
  23:13,24 24:1,15,18
  26:20,22 27:17 28:8,17
  29:14 30:15,18,23,25
  32:22,25 35:22,25 36:20,
  21 37:1,3 39:8,10,13,14,
  19 45:5,6 46:2,10 47:20,
  22 49:5 51:16 59:6 60:4,5,
  6,8 61:12,13 64:2,12,18,
  19 65:11 66:10 67:16
  70:5,9,13,15,23 72:7,10,
  23 73:20 74:15 75:13,22
  76:3,9,14,17,18 77:5,24
  78:17
**remembered** 65:18
**remove** 21:4,17 22:19
**repeat** 5:2
**report** 32:7,9 66:12 67:2
  73:3 74:5
**reporter** 4:22 62:25 74:24
  75:1 80:2
**represented** 33:17
**request** 45:19 49:12,25
**requirement** 12:13
**reread** 43:1
**resist** 44:19 64:1
**resisting** 64:17
**respond** 17:7 25:6 53:14
  57:1 60:25
**response** 14:25 35:23,24
  41:1 43:19 65:6
**retraining** 77:6,15
**review** 8:17 9:11 33:24
**reviewed** 6:7 79:10

90

rewind 48:5
rifle 8:12
right 10:23,25 11:2 19:4,
21 20:20,23,25 30:7 34:21
37:1,8,17,20 38:9 41:3
44:6 50:12,18 51:14
53:13,14,18 54:21 56:14
58:10,20 61:17 65:15
66:18 69:1 70:1,9,19,21,
25 71:3 75:25 77:17
roof 29:1
royal 71:15
rub 31:7
run 27:16
running 17:12 21:23
28:25

**S**

safety 73:13
saw 67:22
saying 4:25 26:14 35:13
41:4 50:7 64:18 69:4,5
74:24
says 5:17 26:16 29:23
43:14 44:4 51:14,22 52:1,
5
scene 22:9 24:22 25:5 26:5
41:15 42:1 54:17 66:4
search 78:3
seat 78:5
second 13:14 30:11 33:11
54:4 60:4 61:15 78:1 79:9,
10
seconds 27:11,21 46:20
47:17 48:8,12 63:12,16
68:2
see 19:15 21:20 31:3 33:4
44:18 47:3,25 48:10 49:19
58:8,21 60:21 61:1 64:14
75:18
seen 14:2 34:6 38:5
send 9:19,20
sentence 30:11
sentences 31:4
separate 21:19
September 14:8 31:13
Sergeant 32:20 34:25 35:1
40:23 41:13,25 42:19
43:20 49:3 66:3
seven 6:25
shirt 14:12,21,22
shorts 29:15 55:14
show 23:8 38:7 46:14
shown 73:3

sic 20:11 62:4
side 19:1,2,15 20:20,21
28:1,7,11,14 36:5 39:19
46:22 47:19,22 48:6
58:11,12,20 68:15 69:17,
25 70:1,20
signature 29:23,24 80:2
significant 38:20
situation 60:14
Six 7:23 8:3
skylight 29:1
smelled 67:22 68:9
somebody 17:5 29:2 59:17
69:21 76:20
someone's 12:2,3 62:15
63:5
SOP 11:11
sorry 11:8 22:2 30:6 32:4,
5 34:15 38:25 40:22 42:16
43:17 52:21 53:5,7 58:19
60:24 62:5 63:1,22 73:1,
18 74:16,19 76:9,12 77:12
79:3
sort 53:12
south 20:6
speak 4:21
speaking 28:18 32:19
34:20 63:25
speaks 43:12 44:13 69:5
specific 10:16
specifically 5:23 43:14
49:14,17
specifics 55:24
spectrum 11:19
speculate 71:18
spin 20:17
spray 11:24 12:8 38:6,12
62:16
sprayed 20:24 39:16
stand 22:21
standard 14:15
start 24:15 41:12 52:20
started 23:22 24:12 29:2
starting 42:2,16,19 45:12
56:21 58:6 63:11
starts 41:13,25 52:10
state 4:10 35:1
stated 50:25 78:2,4
statement 57:14 69:8 73:4
78:6
statements 73:1,2
stay 21:14
step 19:19 35:2 45:17,19,
25 49:12,23,25 56:22,25

stepped 50:19
stop 13:9 21:12 46:19
47:16 57:5
stopped 19:11 28:1 29:6
35:8 36:17 44:22 57:1
63:15
Stops 13:14
street 16:18,22 19:10,12
59:2
stronger 20:18
struck 39:1
struggle 58:9
struggling 30:14 70:4
stuff 54:23 64:19
substation 16:8 17:12
sue 72:13
Sullivant 16:8,22 19:3,6,
12
summary 30:8 77:22
supposed 11:22 12:20 63:4
supposedly 54:22
sure 10:10 30:19 46:6
49:16 72:16 76:20
surrounding 74:10
survivable 8:11
surviving 8:17 77:8
suspect 21:3
suspect's 25:24
suspects 17:20 18:8 27:15
suspicion 56:11,13,18
SUV 18:24
sweep 60:20
switch 46:13
switching 52:6
sworn 4:2
system 9:8

**T**

tactic 10:14
tactics 8:7,14 9:24 10:22
11:7
take 21:3 41:13 53:19
67:17 77:5 79:22
taken 4:13 27:2 53:21
talk 23:5 56:21 65:16
72:17,25 78:19
talked 6:12 19:18 25:20
47:21,24 65:22 66:17,18
76:13
talking 8:8 18:25 19:1
22:6 37:17 41:4 44:14
54:18 55:18 64:16 70:20
74:11 78:18

**taught** 8:20 10:11 13:23
**teach** 11:1
**teaching** 10:12
**team** 14:25
**telephone** 26:17
**tell** 15:23 16:24 23:1 26:17
  45:13,14 49:3,20 53:7
  58:12 65:25 72:21 79:18,
  20
**telling** 35:4 45:25
**tells** 26:18
**temp** 16:2
**tensed** 20:4 57:11
**testified** 4:19 48:20 50:16
**testifying** 45:5
**testimony** 43:1 44:13 45:4
  51:13,23 53:1,2 57:12,19
  58:3 61:5,7 65:8 69:7
  72:18
**thank** 6:16 53:20 72:6
**thing** 20:9
**things** 35:13
**think** 8:7,12 11:11 15:11
  16:7 17:5 18:23,24 19:3,4,
  13,22,24 20:8,21 21:21,25
  28:3,4,25 33:4 39:9 40:4
  47:4 49:7 51:13 59:5
  63:20 65:23 66:20 67:6,7
  68:24 73:20 77:9 79:23
**third** 30:11 71:6 72:4
**Thirty** 7:12
**thought** 14:7 59:21 60:1
  68:11
**thousand** 12:21 13:2,16,22
**three** 17:2,9 19:23 21:21
  31:4 33:2 54:22 55:16
**thumb** 38:15
**tie** 56:6
**time** 12:5 14:15 15:10,12
  23:13 24:3,8,9,14,18
  27:14,16,20,24 31:24 36:4
  40:6 41:14,25 42:23 48:4,
  14 52:12 53:7 54:12 55:4
  56:5,19 60:1,5,11 64:3
  65:17,20 66:24 70:10
  72:22 75:9 79:9,10
**times** 21:9 26:7,8,9 55:21
  72:7
**tired** 4:9
**today** 4:15 6:5,10,13 73:3
**told** 19:18 29:4 35:21 36:6
  43:19 64:15 66:3 67:4,17
**top** 52:5
**touch** 22:25
**touched** 23:19

**touching** 52:24
**traffic** 21:12
**trained** 9:23 10:3,9
**training** 7:22 8:11,12,16
  9:3,14 10:21 21:2
**trainings** 8:5,6,10,14
  10:14
**transcribed** 34:24
**transcript** 33:13,17 42:4,8
  54:2 61:24,25
**trial** 4:18,19 7:17 45:3,4
  50:15 54:2,4 61:15 62:10
  72:20
**trials** 72:19 73:5
**tried** 50:7 51:9
**trooper** 64:17,18
**truck** 18:24,25 20:1,8,9,
  11,13,16 28:4 36:5,12,23
  50:17 54:12 57:11,25
  64:24 65:2
**try** 8:23 17:2 62:16
**trying** 8:7 17:10 19:13,23
  20:8,16,17,23 24:10 25:15
  40:19 48:21 50:25 56:9
  59:21 69:3 71:13
**tug** 20:15
**turn** 22:22 33:10 34:21
  38:1 39:21 41:10 50:22
  52:3 56:20 61:20 75:4
**turning** 57:9
**two** 16:16 29:5 37:18 42:4
  45:25 46:3 48:14 54:5,6
  55:10,11,17 60:5 61:16
  73:4 78:22
**typed** 31:11

---

**U**

**U-10** 65:23 66:11
**U-10.100** 66:13
**U-10.100.** 67:6
**U-10.128** 66:17
**U-10.128s** 8:12
**uh-huh** 7:15 12:24 17:18
  19:7 22:17 25:12,25 27:1
  29:10,19 30:3 31:12,20
  34:4,23 39:23 41:11,16,21
  42:15,21 43:3 48:23 51:7
  53:3 55:25 56:3 58:18
  60:22 68:21
**Uh-uh** 6:11 12:20 59:3
  63:9 73:16
**underneath** 51:4 70:11
**understand** 5:1 25:15
**uniform** 14:9,10,13,15,19,
  20

**unit** 15:17
**unsure** 23:21
**update** 9:10
**updated** 9:8
**updates** 9:12,15
**upper** 30:18 37:16 41:5
  44:2,14
**use** 9:24 10:16 11:5,20
  12:2 13:24 26:15 32:11,16
  77:15
**use-of-force** 73:3
**Usually** 18:1 31:2
**utter** 78:6

---

**V**

**van** 64:7,10,12
**vans** 15:1,2,3
**vehicle** 35:3 39:25 40:11,
  16 45:15,17,20 46:1
  48:15,24 49:4,9,11,13,18,
  21,23 50:1 52:14,15,25
  56:25 65:5
**verbal** 77:9
**versus** 41:8
**video** 31:18 34:13 46:16,
  17,25 47:6,14 48:1,18
  55:9 59:1 63:13 64:4
  78:25 79:11
**videos** 46:13
**view** 29:4
**voice** 63:19
**volunteered** 77:8

---

**W**

**wait** 10:8
**walked** 48:4,6,11 78:3
**walking** 46:21 47:3,8
**want** 5:9 13:4,10,12 21:13,
  15 41:19 48:5 52:18,19
**wanted** 35:6
**war** 20:15
**warrants** 21:25
**wasn't** 20:20 24:4,7 36:12,
  15 64:16 76:19
**way** 5:2 7:24 10:3 18:2
  19:16,17 23:14,17 65:18
**we'll** 5:10 46:13 54:7
**we're** 8:20 10:9,11 17:23
  18:14 21:12 23:3,4,5
  35:21 44:14 45:8 69:21
  70:4 74:11
**we've** 34:6 39:1
**weapons** 45:15 49:11,21

**weight** 25:7 26:10
**went** 15:21 17:4 19:14,16,
  24 20:6 28:25 39:17,18
  51:3,22 52:1 54:12 61:2,3
**weren't** 50:6
**whichever** 19:16
**white** 14:7,21,22 28:20
  29:11,13 55:11,13
**witness** 50:23 53:20 62:23
  74:25 75:2
**witnesses** 6:13
**woman** 22:6 28:18,22
  29:3,5 56:17
**words** 31:11 71:19
**work** 12:22
**wrap** 55:14
**wrestling** 69:21
**write** 66:19 67:16,24 73:9
**writing** 8:12
**written** 10:15 67:8,11
**wrong** 55:22
**wrote** 30:7,9 31:21,23
  32:9,15 65:23 67:7

-----------------------
            **Y**
-----------------------
**yanking** 20:7
**yeah** 4:20 8:15 9:4 11:6
  16:22 17:15,16 19:5 21:6
  23:1 25:4,18,19,22 26:2
  31:21 37:20 38:22 49:7
  53:1 58:5 59:6 61:15
  63:17 64:11 65:15 69:17,
  24 76:8 77:7 78:17
**year** 8:21 9:14,15
**yearly** 8:6,8
**years** 6:25 7:10 17:2,9
  19:23 33:2 61:16 74:11
**yelled** 39:13,14 59:8,9
**yelling** 29:2
**yep** 31:15 53:15