IA150000545

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

**SUBJECT:** Use of Force, Level II - Mace (Inc#140796431) / INJURY TO PRISONER

**ORIGINATOR:** Sergeant Lowell Rector, #5188  **ASSIGNMENT** CRT-Three  **DATE:** 9/21/2014

---

**FORWARD TO:** Lieutenant Joseph Echenrode, #5097  **ASSIGNMENT** SRB, Enforcement
**REMARKS:** LEVEL 2 USE OF FORCE BY OFC. GROVES (TEMP. ASSIGNED TO CRT 3) REASONABLE AND WITHIN POLICY TO GAIN → ☒ Cont'd on back
**SIGNATURE:** Joseph U Echenrode  **DATE REC'D** 11/18/14  **FORWARDED** 11/24/14

---

**FORWARD TO:** Commander Suzanne Curmode, #5020  **ASSIGNMENT** Strategic Response Bureau
**REMARKS:** Level 2 (mace) "within policy"; minor injuries were result of suspect's combative behavior — NO FURTHER ACTION REQUIRED ☒ Cont'd on back
**SIGNATURE:** Cmdr S Curmode  **DATE REC'D** 11-26-14  **FORWARDED** 11-26-14

---

**FORWARD TO:** I.A.B.  **ASSIGNMENT**
**REMARKS:**
☐ Cont'd on back
**SIGNATURE:**  **DATE REC'D**  **FORWARDED**

---

**FORWARD TO:**  **ASSIGNMENT**
**REMARKS:**
☐ Cont'd on back
**SIGNATURE:**  **DATE REC'D**  **FORWARDED**

---

**FORWARD TO:**  **ASSIGNMENT**
**REMARKS:**
☐ Cont'd on back
**SIGNATURE:**  **DATE REC'D**  **FORWARDED**

---

**FORWARD TO:**  **ASSIGNMENT**
**REMARKS:**
☐ Cont'd on back
**SIGNATURE:**  **DATE REC'D**  **FORWARDED**

---

**FINAL DISPOSITION:**

**ORIGINATING PERSON ADVISED BY:** _____ NAME _____ NOTIFIED VIA _____ DATE

☒ CD/DVD (#) ATTACHMENTS   A-10 (02/09)



Δ π EXHIBIT 33
Deponent Curmode
Date 9-28-17  Rptr. WS
WWW.DEPOBOOK.COM

GB000726

LT. ECHENRODE (CONT.)

CONTROL OF MR. PHILLIPS. PHILLIPS AGGRESSIVELY RESISTED EFFORTS TO BE DETAINED DURING THE OFFICERS' LAWFUL INVESTIGATION OF A BURGLARY IN PROGRESS. I RECOMMEND NO FURTHER ACTION.

Joseph U Echenrode 5097

GB000727