GB004057
EXHIBIT

Δ π EXHIBIT 22
Deponent Johnson
Date 5.8.17 Rptr. VLA
WWW.DEPOBOOK.COM

