# Event Chronology -- P140796334

☑ System Comments

| Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|
| 10:43:38 PM | 9/15/2014 | ct010 | 2005009 | EVENT CREATED: Location=2756 SULLIVANT AVE CBUS FRA : R/O THE BAR ** CLOSED ** , Cross Streets=S HAGUE AVE /S HARRIS AVE , Call Source=PHONE |
| | | | | Agency=CPD, Group=CPDZ3, Beat=194, Status=8, Priority=1, ETA=0, Hold Type=0, Current=F, Open =T, Type Code=8-BURGLARY IN PROGRESS |
| | | | | EVENT COMMENT=2 MW ** AND A FB *** |
| | | | | ** LOI search completed at 09/15/14 22:43:38 |
| 10:43:48 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=THIS IS A CLOSED BUSINESS *** |
| 10:44:02 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=CARRYING OUT THINGS THRU THE BACK DOOR |
| 10:44:23 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=FB ** ORANGE HEAD WRAP ** SHORTS |
| 10:44:24 PM | 9/15/2014 | pd003 | 1995040 | Unit=7314, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1994068 |
| 10:44:29 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=1 MW ** GREY COAT |
| 10:44:38 PM | 9/15/2014 | pd003 | 1995040 | Unit=7314, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1994068 |
| 10:44:45 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=CALLER UNABLE TO SEE WHAT THE VEHCILE IS THAT THEY R LOADING ITEMS INTO |
| 10:44:58 PM | 9/15/2014 | pd003 | 1995040 | Unit=9191E, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2008030 |
| 10:45:01 PM | 9/15/2014 | pd003 | 1995040 | Unit=9191E, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2008030 |
| 10:45:20 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=SAID THEY R NOW INSIDE.... CALLER THINKS THEY GAINED ENTRY THRU THE BACKDOOR |
| 10:45:22 PM | 9/15/2014 | ct010 | 2005009 | EVENT UPDATED: Location=2756 SULLIVANT AVE CBUS FRA : R/O THE BAR ** CLOSED ** , Cross Streets=S HAGUE AVE /S HARRIS AVE , Name=MALE REF , Call Source=PHONE |
| | | | | Agency=CPD, Group=CPDZ3, Beat=194, Status=8, Priority=1, ETA=0, Hold Type=0, Current=F, Open =T, Type Code=8-BURGLARY IN PROGRESS |
| 10:45:23 PM | 9/15/2014 | pd003 | 1995040 | Unit=7316, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2010096 |
| 10:45:25 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=S19B ADV |
| 10:45:28 PM | 9/15/2014 | $7316 | 2010096 | Unit=7316, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2010096 |
| 10:45:51 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=EJY4201 BLK TRK 2 ON BOARD |
| 10:46:00 PM | 9/15/2014 | pca004ap | 1995040 | EVENT COMMENT=** VEH search completed at 09/15/14 22:46:00 |
| 10:46:00 | 9/15/2014 | pd003 | 1995040 | SUPP INFO CREATED: VEHIC: , License Number=EJY4201 |


PLAINTIFF'S EXHIBIT 13

| Time | Date | Term | ID | Comment |
|---|---|---|---|---|
| PM | | | | |
| 10:46:04 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=** LOI information for Event # P140796334 was viewed at: 09/15/14 22:46:04<br>** >>>> by: MELISSA A. CRAWFORD on terminal: pd003 |
| 10:46:19 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=** LOI information for Event # P140796334 was viewed at: 09/15/14 22:46:19<br>** >>>> by: MELISSA A. CRAWFORD on terminal: pd003 |
| 10:46:40 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=7312 WITH 9191 |
| 10:46:55 PM | 9/15/2014 | ct010 | 2005009 | EVENT COMMENT=** LOI information for Event # P140796334 was viewed at: 09/15/14 22:46:55<br>** >>>> by: DAWN R. MCENEANY on terminal: ct010 |
| 10:47:27 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=STOPPED HARRIS NORTH OF SULLIVANT |
| 10:47:37 PM | 9/15/2014 | pd003 | 1995040 | Unit=9191E, Status=AR, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2008030 |
| 10:47:38 PM | 9/15/2014 | pd003 | 1995040 | Unit=7316, Status=AR, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2010096 |
| 10:47:40 PM | 9/15/2014 | pd003 | 1995040 | Unit=7314, Status=AR, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1994068 |
| 10:48:41 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=FEMALE TOOK WHEN MALE RESISTING |
| 10:48:47 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=FB BLK JKT PINK ON JKT |
| 10:48:57 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=TOOK OFF RUNNING |
| 10:49:28 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=FW TOOK OFF RUNNING EB SULLIAVNT |
| 10:49:31 PM | 9/15/2014 | pd003 | 1995040 | EVENT COMMENT=NO SHOES |
| 10:49:36 PM | 9/15/2014 | pd003 | 1995040 | Unit=550, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED ** |
| 10:49:40 PM | 9/15/2014 | pd003 | 1995040 | Unit=7312, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1995033 |
| | | | | Unit=7312, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1997093 |
| 10:49:41 PM | 9/15/2014 | pd003 | 1995040 | Unit=550, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED ** |
| 10:49:42 PM | 9/15/2014 | pd003 | 1995040 | Unit=7312, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1995033 |
| | | | | Unit=7312, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1997093 |
| 10:49:58 PM | 9/15/2014 | pd003 | 1995040 | Unit=MWSPL3, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2001061 |
| | | | | Unit=MWSPL3, Status=DP, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1996103 |
| 10:50:00 PM | 9/15/2014 | pd003 | 1995040 | Unit=MWSPL3, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=2001061 |
| | | | | Unit=MWSPL3, Status=ER, Location=2756 SULLIVANT AVE CBUS FRA: R/O THE BAR ** CLOSED **, Employee=1996103 |