

DEPOSITION
EXHIBIT
Phillips
1