# Division of Police
# Internal Affairs Bureau
# Employee Report for

# RECTOR, LOWELL F - 1994093

## Citizen Complaints and Internal Investigations

| | | | |
|---|---|---|---|
| IAB Number | 200204-0252 | Incident Date | 4/25/2002 2:52:00 PM |
| Action | Transporting | Duty Status | On Duty |
| | | Assignment | 2100013 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Individual Issued Mace** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Use Of Mace | Complainant | Curry, John A. |
| Address | 2200 W. Broad Street | City, State, Zip | Columbus, Ohio 43223 |
| Phone | | Phone | |
| Sex / Race | M / B | Ethnicity | |
| Age | 34 | Status | |
| IAB Number | 200208-0136 | Incident Date | 8/17/2002 8:24:00 PM |
| Action | Investigating and / or Questioning | Duty Status | On Duty |
| | | Assignment | 5110616 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Actions Taken / Not Taken** | Disposition | **Cancelled for Cause** |
| Investigation Type | Citizen Complaint | Complainant | Chamberlin, Beth & Robert |
| Address | 147 N. Ogden Road | City, State, Zip | Columbus, Ohio 43204 |
| Phone | (614)278-2687 | Phone | |
| Sex / Race | F / W | Ethnicity | |
| Age | 30 | Status | A - Directly Involved in Incident |



2/22/2017 2:21:16 PM

GB001010

| | | | |
|---|---|---|---|
| IAB Number | 200506-0191 | Incident Date | 5/7/2005 3:01:00 AM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5135000 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Special Ordinance** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Sitterson, Douglas E. |
| Address | 231 N. Eureka Avenue | City, State, Zip | Columbus, Ohio 43224 |
| Phone | (517)974-5068 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 31 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 200506-0191 | Incident Date | 5/7/2005 3:01:00 AM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5135000 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Injury during arrest** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner, Use Of Force | Complainant | Sitterson, Douglas E. |
| Address | 231 N. Eureka Avenue | City, State, Zip | Columbus, Ohio 43224 |
| Phone | (517)974-5068 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 31 | Status | |

| | | | |
|---|---|---|---|
| IAB Number | 201004-0054 | Incident Date | 3/29/2010 9:11:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | 5130700 |
| Criminal Charges | | Dept Charges | |
| Allegation | **Injury during arrest** | Disposition | **Officers Actions within Policy** |
| Investigation Type | Injury To Prisoner | Complainant | Butcher, Jeffery A. |
| Address | 2580 Eakin Road | City, State, Zip | Columbus, Ohio 43204 |
| Phone | (614)634-4187 | Phone | |
| Sex / Race | M / W | Ethnicity | |
| Age | 24 | Status | |

2/22/2017 2:21:16 PM

GB001011

| | | | |
|---|---|---|---|
| IAB Number | 201411-1015 | Incident Date | 9/23/2014 12:00:00 AM |
| Action | Other | Duty Status | On Duty |
| | | Assignment | CRT3-SGT |
| Criminal Charges | | Dept Charges | |
| Allegation | **Discriminatory Actions** | Disposition | **Unfounded** |
| Investigation Type | Internal - Sworn | Complainant | Byrne, Jean |
| Address | 120 Marconi Blvd | City, State, Zip | Columbus, OH 43215 |
| Phone | (614) 645-4780 | Phone | |
| Sex / Race | F / W | Ethnicity | N - Not of Hispanic Origin |
| Age | 53 | Status | Division Employee |

## Citizen Inquiry

| | | | |
|---|---|---|---|
| Admin Folder | IA150001406 | Incident Date | 5/12/2015 9:30:00 PM |
| Action | Making Arrest | Duty Status | On Duty |
| | | Assignment | CRT |
| Complaint | **Injury to Prisoner** | Disposition | **Within Policy** |
| Incident Classification: | Action - Response - Level: 0-1 w/ complaint of injury caused by response | Complainant | Hales, Danny |
| Address | 2343 Palmetto St | City, State, Zip | Columbus, OH 43204 |
| Phone | (614) 294-2191 | Phone | |
| Sex | M | Race | White |
| Age | 49 | Status | Treated By Squad / Medic |

2/22/2017 2:21:16 PM

GB001012