IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DALE PHILLIPS, | : | |
| | : | Case No.  2:16-cv-880 |
| Plaintiff, | : | |
| | : | Judge Marbley |
| v. | : | |
| | : | |
| KAREN BLAIR, et al. | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Defendants Officers Karen Blair, Adam Groves, Jean Byrne, Douglas McClain, Jr., and Chad Cazan, Sergeant Lowell Rector, and the City of Columbus hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on the 28th day of September 2018, in which individual Defendants were denied qualified immunity.

        Respectfully submitted,

        CITY OF COLUMBUS, DEPARTMENT OF LAW
        ZACH KLEIN, CITY ATTORNEY

        s/Paula J. Lloyd
        Paula J. Lloyd (0033419)
        Pamela J. Gordon (0030794)
        Assistant City Attorneys
        77 N. Front Street
        Columbus, Ohio 43215
        (614) 645-0808
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing Notice of Appeal was served on Plaintiff's counsel, Jennifer L. Branch, Alphonse A. Gerhardstein, and Janaya Trotter Bratton, Gerhardstein & Branch, Co. L.P.A., 441 Vine Street, Suite 3400, Cincinnati, Ohio 45202 by electronic filing this 22nd day of October 2018.

s/Paula J. Lloyd
Paula J. Lloyd
