# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 25, 2018

Ms. Jennifer L. Branch
Gerhardstein & Branch
441 Vine Street
Suite 3400
Cincinnati, OH 45202

Janaya Trotter Bratton
Gerhardstein & Branch
441 Vine Street
Suite 3400
Cincinnati, OH 45202

Ms. Paula J. Lloyd
Columbus City Attorney
90 West Broad Street
Columbus, OH 43215-0000

Re: Case No. 18-4043, *Dale Phillips, II v. Karen Blair, et al*
Originating Case No. : 2:16-cv-00880

Dear Counsel,

This appeal has been docketed as case number **18-4043** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 8, 2018**. Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant:    Appearance of Counsel
    Civil Appeal Statement of Parties & Issues
    Disclosure of Corporate Affiliations
    Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
    Disclosure of Corporate Affiliations
    Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-4043

DALE K. PHILLIPS, II

        Plaintiff - Appellee

v.

KAREN BLAIR, Individually and in her official capacity as a police officer for the City of Columbus; ADAM GROVES, Individually and in her official capacity as a police officer for the City of Columbus; JEAN BYRNE, Individually and in her official capacity as a police officer for the City of Columbus; DOUGLAS K. MCCLAIN, JR., Individually and in her official capacity as a police officer for the City of Columbus; CHAD CAZAN, Individually and in her official capacity as a police officer for the City of Columbus; LOWELL F. RECTOR, Individually and in her official capacity as a police sergeant for the City of Columbus; CITY OF COLUMBUS, OH

        Defendants - Appellants