**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **DALE PHILLIPS,** : | Case No. 2:16-CV-880 |
| : | |
| Plaintiff, : | Judge Algenon L. Marbley |
| vs. : | |
| : | Magistrate Judge Chelsey M. Vascura |
| **KAREN BLAIR, et al.** : | |
| : | **NOTICE OF WITHDRAWAL OF** |
| Defendants. : | **ATTORNEY JANAYA TROTTER** |
| : | **BRATTON** |
| : | |
| : | |

Pursuant to Local Rule 83.4(d), Janaya Trotter Bratton hereby gives notice of her withdrawal as legal co-counsel for Plaintiff Dale Phillips in the above-captioned case. Plaintiff Dale Phillips has authorized Janaya Trotter Bratton's withdrawal. (Exhibit A, Authorization of Withdrawal). Attorney Janaya Trotter Bratton is leaving her employment with Gerhardstein & Branch Co. LPA, and therefore regrets that she can no longer serve as co-counsel for Plaintiff.

Plaintiff will continue to be represented by Jennifer Branch of the firm Gerhardstein & Branch, Co. L.P.A.

              Respectfully submitted,

              s/ Jennifer L. Branch
              Jennifer L. Branch (0038893)
              Trial Attorney for Plaintiff
              Alphonse A. Gerhardstein (0032053)
              Gerhardstein & Branch, Co LPA
              441 Vine Street, Suite 3400
              Cincinnati, Ohio 45202
              (513) 621-9100
              Fax (513) 345-5543
              agerhardstein@gbfirm.com
              jbranch@gbfirm.com
              *Attorneys for Plaintiff*

/s/ Janaya Trotter Bratton
Janaya Trotter Bratton (0084123)
Attorney for Plaintiff
Gerhardstein & Branch Co. LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel (513) 621-9100
Fax (513) 345-5543
jtbratton@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Janaya Trotter Bratton
Attorney for Plaintiffs