**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DALE PHILLIPS,**

    **Plaintiff,**

                                                    Civil Action 2:16-cv-880
                                                    Chief Judge Algenon L. Marbley
    **v.**                                              Magistrate Judge Chelsey M. Vascura

**KAREN BLAIR,** *et al.***,**

    **Defendants.**

## **ORDER**

Magistrate Judge Norah McCann King, who successfully mediated this action, has notified this Court that the parties have reached a settlement on all remaining claims. The parties agree that a conditional dismissal of the action at this juncture is proper subject to reopening the case upon motion should the settlement not be consummated within sixty days. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to reopening upon a motion filed **WITHIN SIXTY DAYS**. If no such motion is filed within the sixty days, and neither party moves for an extension of time in which to reopen the case, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to **TERMINATE** ECF No. 69 from the Court's pending motions list.

    **IT IS SO ORDERED**.


                                                         /s/ *Chelsey M. Vascura*
                                                         CHELSEY M. VASCURA
                                                         UNITED STATES MAGISTRATE JUDGE