# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DALE PHILLIPS, | : | |
| Plaintiff, | : | Case No. 2:16-cv-880 |
| v. | : | Chief Judge Algenon L. Marbley |
| KAREN BLAIR, et al. | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

## STIPULATED DISMISSAL

The parties have resolved this matter; therefore, it is hereby dismissed with prejudice, each side to bear its own costs.

So Ordered:

_____
Algenon L. Marbley
United States District Judge

Date:_____

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

| | |
|---|---|
| s/ Jennifer L. Branch | s/ Pamela J. Gordon |
| Jennifer L. Branch (0038893) | Pamela J. Gordon (0030794) |
| Gerhardstein & Branch Co. LPA | Assistant City Attorney |
| 441 Vine Street, Suite 3400 | 77 N. Front Street |
| Cincinnati, Ohio 45202 | Columbus, Ohio 43215 |
| (513) 621-9100 | (614) 645-6943 |
| jbranch@gbfirm.com | pjgordon@columbus.gov |
| Attorney for Plaintiff | Attorney for Defendants |